U.S. DISTRICT COURT FOR EASTERN PENNSYLANIA - Stan J. Caterbone, Pro Se

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _1250 FREMONT St., LANCASTER, PA 17603_

Address of Defendant: _39 W. CHESTNUT ST. LANCASTER PA 17603_

Place of Accident, Incident or Transaction: _COUNTY OF LANCASTER, PA_

(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐ No☒

Does this case involve multidistrict litigation possibilities?    Yes☐ No☐

RELATED CASE, IF ANY:
Case Number: _17-4000_    Judge _SMITH_    Date Terminated: _TO U.S. SUPREME CT._
_17-3400 U.S.C.A THIRD_

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☒ No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☒ No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
### (Check Appropriate Category)
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _JUNE 19, 2018_

Pro Se Plaintiff

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____

Pro Se Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Stan J. Caterbone, Pro Se

v.

Lancaster City Police Dept.

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. § 2241 through § 2255.                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
   and Human Services denying plaintiff Social Security Benefits.                         ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from
   exposure to asbestos.                                                                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
   commonly referred to as complex and that need special or intense management by
   the court.  (See reverse side of this form for a detailed explanation of special
   management cases.)                                                                     (X)

(f) Standard Management -- Cases that do not fall into any one of the other tracks.       ( )

June 19, 2018
**Date**

(717) 327-1566
**Telephone**

**FAX Number**

**Pro Se Plaintiff**

STANCATERBONE @GMAIL.COM
**E-Mail Address**

(Civ. 660) 10/02

### Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
#### (See §1.02 (e) Management Track Definitions of the
#### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.




**Stan J. Caterbone**
**ADVANCED MEDIA GROUP**
Freedom From Covert Harassment & Surveillance,©
Registered in Pennsylvania
**1250 Fremont Street**
**Lancaster, PA  17603**
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
**717-327-1566**

# U.S. DISTRICT COURT FOR EASTERN PENNSYLVANIA

## CIVIL ACTION – LAW

### In Re:  STANLEY J. CATERBONE and ADVANCED MEDIA GROUP,

### Plaintiff

### Case No.  _____

## PRELIMINARY INJUNCTION FOR EMERGENCY RELIEF

AND NOW, on this 19th Day of JUNE, 2018 I, STANLEY J. CATERBONE and ADVANCED MEDIA GROUP, Plaintiff's, appearing pro se, and In Forma Pauperis, do hereby file a Preliminary Injunction for Emergency Relief.

"In determining whether a preliminary or special injunction should be granted and whether notice or a hearing should be required, the court may act on the basis of the averments of the pleadings or petition and may consider affidavits of parties or third persons or any other proof which the court may require." Pa. R. Civ. P. 1531(a). The decision whether or not to grant a hearing on an emergency injunction is therefore left to the sound discretion of the court; the mere filing of a motion by the plaintiff does not automatically entitle him to a hearing.

Pursuant to Pa.R.C.P. 126 Liberal Construction and Application of Rules, which states "the rules shall be liberally construed to secure the _just_, speedy and inexpensive determination of every action or proceeding to which they are applicable.  The court at every stage of any such action or proceeding may disregard any error or defect of procedure which does not affect the substantial rights of the parties.

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

# LIST OF PARTIES

1. LANCASTER CITY BUREAU OF POLICE, Lancaster, Pennsylvania
2. LANCASTER COUNTY DISTRICT ATTORNEY CRAIG STEDMAN
3. Steve Midciff Ceo Lancaster Regional Hospital Lancaster Pa.;
4. Dr.Anthony Mastropietro Medical Director Lancaster Regional Hospital Lancaster,Pa.;
5. Linda S. Wenger Pa-C Lancaster Regional Hospital Lancaster Pa.;
6. Christine M.Dang M.D. Lancaster Regional Hospital Lancaster Pa.;
7. Mastropietro Associates Family Practice Noll Drive Lancaster Pa.;
8. BLack And Black Dental Willow St. Pa.;
9. Dr. John Black Iii Black And Black Dental Willow St. Pa.;
10. Southeast Health Clinic Brightside Baptist Church Lancaster Pa.;
11. Dr. Leo Dorizynski Psychiatry Department Lancaster General Hospital Lancaster Pa.;
12. Dr. Sean Coldren M.D. Psychiatry Department Lancaster General Hospital Lancaster Pa.;
13. Dr. Emily Pressley M.D. Psychiatry Department Lancaster General Hospital Lancaster Pa..;
14. Dr. Daniel Mcintyre M.D. Lancaster General Hospital Lancaster Pa.;
15. Lancaster General Hospital Department Of Psychiatry Lancaster Pa.;
16. Dr. Tate Lancaster Emergency Associates Of Lancaster General Hospital Lancaster Pa..;
17. Amy Millhouse Lancaster General Hospital Lancaster Pa.;
18. Officer Eric Mccrady, Lancaster City Bureau Of Police Lancaster Pa.;
19. Lancaster County Mental Health/Mental Retardation Department County Of Lancaster Lancaster Pa.;
20. JAMES McLAUGHLIN DISRECTOR MENTAL HEALTH/MENTAL RETARDATION DEPARTMENT COUNTY OF LANCASTER LANCASTER PA.;
21. CRISIS INTERVENTION OF LANCASTER COUNTY;
22. MR. McCARDY EXECUTIVE DIRECTOR CRISIS INTERVENTION OF LANCASTER COUNTY'
23. BOARD OF COMMISSIONERS COUNTY OF LANCASTER PA.;
24. DENNIS STUCKEY CHAIRMAN BOARD OF COMMISSIONERS COUNTY OF LANCASTER PA.;
25. HOUSE OF PASTA BAR & RESTAURANT MILLERSVILLE PIKE LANCASTER PA.;
26. YORGEY'S RESTAURANT & BAR NORTH QUEEN ST. LANCASTER PA.;
27. UPS COPY STORE STONE MILL PLAZA LANCASTER PA.;
28. ART WARD PROPERIETOR UPS COPY STORE STONE MILL PLAZA LANCASTER PA.;
29. PENNSYLVANIA STATE POLICE TROOP J. LINCOLN HIGHWAY EAST LANCASTER PA.;
30. COMMANDER PA. STATE POLICE TROOP J LINCOLN HIGHWAY EAST LANCASTER PA.;
31. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION(PENNDOT);
32. BEVERLY POINTS ESQ. LEGAL COUNSEL PENNSYLVANIA DEPARTMENT OF TRANSPORTATION;
33. LANCASTER COUNTY DEPARTMENT OF SHERIFFS COUNTY OF LANCASTER PA.;
34. TERRY BERGMAN SHERIFF OF LANCASTER COUNTY DEPARTMENT OF SHERIFFS COUNTY OF LANCASTER PA.;
35. MARK REESE CHIEF DEPUTY LANCASTER COUNTY DEPARTMENT OF SHERIFFS COUNTY OF LANCASTER PA. FILED BY: STAN J. CATERBONE PRO SE. REINSTATED AS DIRECTED.
36. RANDALL O. WENGER PROTHONOTARY.
37. LANCASTER REGIONAL MEDICAL CENTER COLLEGE AVENUE LANCASTER PENNSYLVANIA
38. DR. L. WENGER LANCASTER REGIONAL MEDICAL CENTER
39. WEIS MARKETS SADSBURY PENNSYLVANIA
40. WEIS PHARMACY SADSBURY PENNSYLVANIA
41. AMY BRENT PHARMICIST DISTRICT MANAGER WEIS MARKET
42. CVS PHARMACY MANOR SHOPPING CENTER LANCASTER PENNSYLVANIA
43. FULTON FINANCIAL CORPORATION LANCASTER PENNSYLVANIA
44. FULTON BANK LANCASTER PENNSYLVANIA
45. MR. R. SCOTT SMITH CEO FULTON FINANICAL CORPORATION
46. PHILLIP WENGER COO FULTON FINANICAL CORPORATION
47. MR. CRAIG RODA CEO FULTON BANK

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

48. MS DANA CHRYST BOARD OF DIRECTORS FULTON FINANICAL CORPORATION LANCASTER
49. GENERAL HOSPITAL
50. NEW HOLLAND DENTAL CLINIC NEW HOLLAND PENNSYLVANIA
51. DR. WEST NEW HOLLAND DENTAL CLINIC LANCASTER NEWSPAPERS INC. LANCASTER PENNSYLVANIA
52. STEVE WEAVER MANAGER LANCASTER NEWSPAPERS
53. JOHN BUCKWALTER BOARD OF DIRECTORS CHAIRMAN LANCASTER NEWSPAPERS
54. HIGH INDUSTRIES LANCASTER PENNSYLVANIA
55. FRANK MCCABE HIGH HOTELS
56. S. DALE HIGH HIGH INDUSTRIES
57. BARLEY SNYDER LLC. LANCASTER PENNSYLVANIA
58. SHAWN LONG ESQ. BARLEY SNYDER LLC
59. WGAL TV-8 LANCASTER PENNSYLVANIA
60. PAUL QUINN GENERAL MANAGER WGAL TV-8
61. DOUG ALLEN WGAL TV-8
62. JANELLE STELLSON WGAL TV-8
63. SUSAN SHIPIRO WGAL TV-8
64. BARBARA BARR WGAL TV-8
65. LANCASTER COUNTY BOARD OF COMMISSIONERS LANCASTER COUNTY PENNSYLVANIA
66. COPY MAX/IMPRESSO OFFICE MAX RED ROSE COMMONS LANCASTER PENNSYLVANIA
67. LANCASTER COUNTY CLERK OF COURTS LANCASTER COUNTY COURT OF COMMON PLEAS
68. RYAN P. AUMENT LANCASTER COUNTY CLERK OF COURTS
69. LANCASTER GENERAL HOSPITAL LANCASTER GENERAL HOSPITAL EMERGENCY DEPARTMENT
70. NURSE 1 OF JULY 13 2009 OF THE LANCASTER GENERAL HOSPITAL EMERGENCY DEPARTMENT
71. NURSE 2 OF JULY 13 2009 OF THE LANCASTER GENERAL HOSPITAL EMERGENCY DEPARTMENT
72. DR. VITO DICAMILLO OF THE LANCASTER GENERAL HOSPITAL EMERGENCY DEPARTMENT
73. WACHOVIA BANK HERSHEY AVENUE AND MANOR STREETS LANCASTER PENNSYLVANIA
74. BRANCH MANAGER WACHOVIA BANK HERSHEY AVENUE AND MANOR STREETS LANCASTER PENNSYLVANIA
75. ANNIE BAILEYS RESTUARANT AND BAR
76. MARION COURTROOM RESTUARANT AND BAR
77. MARION STREET CAFE
78. MIKE GEESEY PROPRIETOR MARION COURTROOM
79. ALLEY KAT BAR AND RESTUARANT
80. JOHN KATRAS PROPRIETOR ALLEY KAT BAR AND RESTUARANT
81. BRETT STABLEY MANAGER ALLEY KAT BAR AND RESTUARANT
82. ROSA ROSA RESTUARANT
83. RUBY TUESDAY RESTUARANT BAR AND GRILL MANOR SHOPPING CENTER
84. VALENTINOS CAFE LANCASTER
85. BRICKYARD BAR
86. LANCASTER COUNTY RESTUARANT ASSOCIATION
87. DAVID PFLUMM
88. PENNSYLVANIA CAREER LINK LIBERTY PLACE LANCASTER
89. LANCASTER EMPLOYMENT TRAINING AGENCY (LETA)
90. MARK SPRUNGER EXECUTIVE DIRECTOR LETA
91. RED ROSE TRANSIT AUTHORITY (RRTA)
92. DAVID KILMER RED ROSE TRANSIT AUTHORITY
93. LANCASTER CITY POLICE BUREAU
94. KIETH SADDLER CHIEF OF POLICE LANCASTER CITY POLICE BUREAU
95. SGT. RICHARD COSMORE LANCASTER CITY POLICE BUREAU LANCASTER
96. CITY HOUSING INSPECTION DEPARTMENT
97. MR. MCGUIRE LANCASTER CITY HOUSING INSPECTION

98. DEPARTMENT AND NON-UNIFORMED UNION REPRESENTATIVE
99. LANCASTER CITY POLICE UNION LANCASTER CITY POLICE UNION
100. RICHARD GRAY MAYOR  CITY OF LANCASTER
101. LANCASTER COUNTYWIDE COMMUNICATIONS
102. WILLIAM RICHARD PLANK
103. RESIDENTS OF 1200 BLOCK FREMONT STREET LANCASTER PA
104. LANCASTER COUNTY DISTRICT ATTORNEY OFFICE
105. CRAIG STEDMAN LANCASTER DISTRICT ATTORNEY
106. MICHAEL LANDIS DETECTIVE LANCASTER COUNTY DISTRICT ATTY. OFFICE
107. PRESIDENT JUDGE LOUIS FARINA LANCASTER COUNTY COURT OF COMMON PLEAS
108. JUDGE JAMES P. CULLEN LANCASTER COUNTY COURT OF COMMON PLEAS
109. COMMONWEALTH OF PENNSYLVANIA PENNSYLVANIA LIQUOR CONTROL BOARD COMMONWEALTH OF PENNSYLVANIA
110. ATTORNEY GENERAL OFFICE THOMAS CORBETT PENNSYLVANIA ATTORNEY GENERAL
111. UNITED STATES ATTORNEY OFFICE FO THE EASTERN DISTRICT OF PENNSLVANIA IN PHILADELPHIA
112. ERIC HOLDER UNITED STATES ATTORNEY GENERAL
113. FEDERAL BUREA OF INVESTIGATION (FBI) HARRISBURG OFFICE
114. FEDERAL BUREA OF INVESTIGATION (FBI) PHILADELPHIA OFFICE
115. SHERYL CROW INTERSCOPE RECORDING ARTIST
116. UNITED STATES NATIONAL SECURITY AGENCY (NSA)
117. UNITED STATES DEPARTMENT OF DEFENSE (D.O.D.)
118. DEPARTMENT OF DEFENSE INTELLIGENCE AGENCY (DIA)
119. ROBERT GATES UNITED STATES SECRETARY OF DEFENSE
120. BARRACK OBAMA UNITED STATES PRESIDENT
121. DR. AMINTA HAWKINS-BREAN PH.D. VICE PRESIDENT STUDENT AFFAIRS MILLERSVILLE UNIVERSITY
122. JODIE RICHARDSON SECRETARY OF STUDENT AFFAIRS MILLERSVILLE UNIVERSITY
123. LORI B. AUSTIN DIRECTOR OF JUDICIAL AFFAIRS MILLERSVILLE UNIVERSITY
124. VICTOR DESANTIS DIRECTOR GRADUATE STUDIES AND RESEACH PROGRAM MILLERSVILLE UNIVERSITY
125. MARJORIE M. WARMKESSLER PH.D. HUMANTIES LIBRARIAN AND LIBRARIAN INSTRUCTION COORDINATOR MILLERSVILLE UNIVERSITY
126. MILLERSVILLE UNIVERSITY POLICE DEPARTMENT MILLERSVILLE UNIVERSITY
127. NATHANIEL BOMBERGER LEGISLATIVE ASSISTANT
128. P. MICHAEL STURLA PENNSYLVANIA HOUSE OF REPRESENTATIVES
129. JOHN ROCHAT CHIEF OF POLICE MILLERSVILLE BOROUGH POLICE DEPARTMENT
130. MILLERSVILLE BOROUGH POLICE DEPARTMENT
131. ROBERT S. WALKER,
132. ATT MOBILE PHONE,
133. SPRINT MOBILE PHONE,
134. BEST BUY,
135. HILDEY'S BAR,
136. THE JUKE BOX, JOHN KATRAS, LANCASTER
137. FLEET AND AUTO,
138. PRESS ROOM, LNP ENTERPRISES,
139. ALLSTATE INSURANCE COMPANY,OFFICE
140. MAX, LANCASTER REGIONAL HEALTH SYSTEM,
141. PATIENT FIRST URGENT CARE, ALTANA
142. RESTAURANT, BEN FRANK, AMALFI PROPERTIES,
143. TELLUS360 BAR AND RESTAURANT,

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

| | |
|---|---|
| 144. | CORTY BYRON, ANNIE BAILEY'S RESTAURANT, JOSHUA FUNK, |
| 145. | CIGAR BAR, DANIEL FALCON, |
| 146. | LANCASTER DISPENSING COMPANY, BRADLEY DEFORGE, JUDY ROSS, |
| 147. | YORGOS BAR AND RESTAURANT, GEORGE KATSAROS, AND MRS.    KATSAROS, |
| 148. | LENS CRAFTERS, LANCASTER, PA., DR. JOHN H. BROADDUS & ASSOCIATES, OPTOMETRISTS, LANCASTER, PA. |
| 149. | CARTRIDGE WORLD, LANCASTER, PA., |
| 150. | KOHLS DEPARTMENT STORE LANCASTER, PA., |
| 151. | EYEMART EXPRESS STORE, LANCASTER, PA., |
| 152. | DR. HARRY BREITMAN, LANCASTER, PA., |
| 153. | OFFICE MAX STORE #854, LANCASTER, PA., |
| 154. | CENTRAL INTELLIGENCE AGENCY, CIA, LANGLEY, VIRGINIA, |
| 155. | LEON PANETTA, DIRECTOR, CENTRAL INTELLIGENCE  AGENCY, LANGLEY, VIRGINIA |
| 156. | MARRIOTT MOTELL, PENN SQUARE GRILL AND BAR, INTERSTATE HOTELS & RESORTS |
| 157. | SPRING HOUSE BREWING COMPANY, TAPROOM |
| 158. | PRESIDENT DONALD J. TRUMP THE WHITE HOUSE |
| 159. | MR. JEFFREY SESSIONS, UNITED STATES ATTORNEY GENERAL, U.S.   DEPARTMENT OF JUSTICE |
| 160. | GEICO ADVANTAGE INSURANCE COMPANY |
| 161. | JESSICA BAAS OF GEICO INSURANCE COMPANY |
| 162. | RICH RUOFF, FOUNDER OF ROOTS and BLUES |
| 163. | LANCASTER ROOTS and BLUES FESTIVAL |
| 164. | LANCASTER COUNTY COURT OF COMMON PLEAS PRESIDENT JUDGE DENNIS REINAKER |
| 165. | LANCASTER COUNTY COURT OF COMMON PLEAS JUDGE DAVID ASHWORTH |
| 166. | LANCASTER COUNTY COURT OF COMMON PLEAS JUDGE JEFFREY D.   WRIGHT |
| 167. | LANCASTER COUNTY MAGISTERIAL DISTRICT COURT JUDGE ADAM J. WITKONIS |
| 168. | LANCASTER COUNTY DISTRICT ATTORNEY'S OFFICE |
| 169. | LANCASTER COUNTY DISTRICT ATTORNEY'S OFFICE CHIEF OF DETECTIVES |
| 170. | |
| 171. | |
| 172. | MASON PFLUMM – STALKING, HARASSMENT, THREATS |
| 173. | ABIGAL PFLUMM – STALKING, HARASSMENT, THREAT |
| 174. | ELIZABETH PFLUMM – STALKING, HARASSMENT, THREATS |
| 175. | KEAGAN PFLUMM – STALKING, HARASSMENT, THREATS |
| 176. | WILLIAM PFLUMM – STALKING, HARASSMENT, THREATS |
| 177. | GREG BURIE – STALKING, HARASSMENT, THREATS |
| 178. | KEVIN HOBDAY – STALKING, HARASSMENT, THREATS |
| 179. | ANNA CATERBONE – STALKING, HARASSMENT, THREATS |
| 180. | STEVE CATERBONE – STALKING, HARASSMENT, THREATS |
| 181. | PHIL CATERBONE – STALKING, HARASSMENT, THREATS |
| 182. | KIESHLA CALCORFI-PRTIZ/ENTERPRISE AUTO – FALSE STATEMENTS TO AUTHORITIES |
| 183. | LANCASTER BARNSTORMERS, DAKOTA BASEBALL, IAN RIZOW, BOB LISS,   STEVE ZUCKERMAN, BOB ZUCKERMAN; Doing Business at 650 NORTH PRINCE STREET, LANCASTER, PENNSYLVANIA 17603 |
| 184. | |
| 185. | FREMONT STREET NEIGBORS |
| 186. | GEIGER, ROBERT AND CAROL 1261 FREMONT ST REAR |
| 187. | WEICKSEL, CHARLES 1257 FREMONT ST REAR |
| 188. | TANNER JOSHUA M, 1267 FREMONT ST |
| 189. | WEICKSEL, CHARLES 1255 FREMONT ST REAR |
| 190. | AREAS, KARLA 1263 FREMONT ST |
| 191. | WILSON THEODORE R JR, AND JENNIFER, N 1261 FREMONT ST |

192. GEIGER, ROBERT AND CAROL 1261 FREMONT ST REAR
193. WEICKSEL CHARLES S SR, 1257 FREMONT ST
194. NOLL, LINDA 1255 FREMONT ST
195. FIX FRANK C II & A MARLENE, 1251 FREMONT ST
196. MCELROY JANICE L, 1249 FREMONT ST
197. HERR E NORBERT&BERYL M, 1247 FREMONT ST
198. HOLZ WILLIAM C, 1231 FREMONT ST
199. SHORT, JILL 1245 FREMONT ST
200. MCCUEN, CHRISTINE 1243 FREMONT ST
201. PATEL, VIVAK 1239 FREMONT ST
202. TROUT RONALD N & JEANETTE E, 1262 FREMONT ST
203. SHAMBAUGH, KATHERINE 1237 FREMONT ST
204. CULLERS BRUCE E & TRACEY L, 1235 FREMONT ST
205. LAUKHUFF KENNETH W & MARLENE, 1260 FREMONT ST
206. BAUER M EILEEN, 1233 FREMONT ST
207. PARIS BRIAN M, 1258 FREMONT ST
208. FISHER JUSTIN E, 1231 FREMONT ST
209. 789 MAIN STREET LLC, 1256 FREMONT ST
210. SCHRECK DAVID M, AND EDWARD EVINS 1252 FREMONT ST
211. FOEHLINGER FRANCES C, 1227 FREMONT ST
212. BOWMAN RONALD D, AND LORI, C. 1225 FREMONT ST
213. COLON DANIEL, 1223 FREMONT ST
214. SUTTON DAWN M, AND KENDALL 1248 FREMONT ST
215. GRAHAM, ERIK AND COURTNEY 1246 FREMONT ST
216. GROFF RONALD L & HELEN E, 1221 FREMONT ST
217. BOAS RICHARD L & SYLVIA F, 1244 FREMONT ST
218. BECHTEL, MARYANN AND PETE AND MEGAN 1219 FREMONT ST
219. HERZOG WALTER F &, SAGERER, BARBARA 1242 FREMONT ST
220. NGUYEN THU VAN &, HOI THI DOAN 1238 FREMONT ST
221. DINGS FRED L II &, MELODY, M 1236 FREMONT ST
222. DEAN ELIZABETH M, 1234 FREMONT ST
223. ALI, FAIZA 1232 FREMONT ST
224. HILL RICHARD L & LINDA L, 1230 FREMONT ST
225. TORIBIO MANUEL, AND TORIBIO 1228 FREMONT ST
226. KAUFFMAN SABRINA, 1224 FREMONT ST
227. DELAHOZ, SANDRA 1222 FREMONT ST
228. BORTZFIELD JAMES T, 1220 FREMONT ST
229. MOYER, LINDA AND DANIEL IVGARAGES AND ORCHARD1258 REAR    FREMONT ST
230. ARMARTER THERESA A, 1218 FREMONT ST
231. MELVIN, STEPHANIE 1216 FREMONT ST
232. MCDOWELL, JONATHAN MICHAEL 1214 FREMONT ST
233. ZETTLEMOYER ROBERTA M, 1210 FREMONT ST
234. PROGRAM ASSISTANCE CORP, 1208 FREMONT ST
235. FLAHARTY JACQUELINE N, 1206 FREMONT ST
236. DARRAH, DAVID 1204 FREMONT ST
237. BELLVEDERE INN, N.QUEEN AND LEMON STREET, LANCASTER, PA
238. THE HONORALBE EDWARD G. SMITH, UNITED STATES DISTRICT COURT    FOR
     THE EASTERN DISTRICT OF PENNSLVANIA, ALLENTOWN, PA
239. CENTER CITY BRANCK LANCASTER YMCA, HARRISBURG AVENUE,    LANCASTER,
     PA
240. RAYMOND PENNINO AND VILLANOVA WEST BAR AND RESTUARANT, Columbia
     Avenue, Lancaster, PA –
241. RANDY, BARTENDER AND HOUSE OF PASTA, Millersville Pike, Lancaster, PA
242. ASHLEY "DOE", 1242 Fremont Street -
243. THE GRAHAMS, 1246 Fremont Street, Lancaster, PA -
244. LOWES STORE, Columbia Ave., Lancaster, PA –
245. MILLER OPTICAL, LANCASTER, PA

246.    TJ ROCKWELLS RESTAURANT AND BAR, ELIZABETHTOWN, LANCASTER, PA
247.    MANHIEM TOWNSHIP POLICE DEPARTMENT
248.    M&T BANK, COLUMBIA AVENUE, LANCATER, PA
249.    KRISTINA E. FINDIKYAN
250.    HEARST CORPORATION
251.    WGAL-TV
252.    SGT CHARLES M. MELHORN OF MANHEIM TOWNSHIP POLICE DEPARTMENT
253.    PETE ANDERS OF MILLERSVILLE UNIVERSITY POLICE DEPARTMENT
254.    MILLERSVILLE UNIVERSITY POLICE DEPARTMENT
255.    TURKEY HILL CONVENIENCE STORES
256.    PENNSLVANIA SUPERIOR COURT PROTHONOTARY
257.    PENNSLVANIA SUPREME COURT PROTHONOTARY
258.    MARC ZUCKERBERG AND FACEBOOK
259.    PA FILE AND SERVE
260.    JAMES ELMER MITCHELL and JOHN BRUCE JESSEN, CIA TORTURE
        PSYCHOLOGISTS
261.    NAUGHTY GOOSE BAR, NORTHEAST, MARYLAND
262.    LOXLEY'S BAR AND RESTAURANT, LANCASTER, PENNSLVANIA
263.    SKETCHERS STORE, LINCOLN HIGHWAY EAST, LANCASTER, PENNSLVANIA
264.    AMVETS POST 19, FAIRVIEW AVENUE, LANCASTER, PENNSLVANIA
265.    SONS OF SQUADRON 19, FAIRVIEW AVENUE, LANCASTER, PENNSLVANIA
266.    KEVIN MILLER, FAIRVIEW AVENUE, LANCASTER, PENNSLVANIA
267.    CHRISTOPHER A. WRAY, DIRECTOR OF THE FBI, WASHINGTON, D.C.
268.    WEIS PHARMACY, MILLERSVILLE PIKE, LANCASTER, PA
269.    JOHN DOE, PHARMICIST ONE, WEIS PHARMACY, MILLERSVILLE PIKE,
        LANCASTER, PA
270.    JANE DOE, PHARMICIST TWO, WEIS PHARMACY, MILLERSVILLE PIKE,
        LANCASTER, PA
271.    CVS PHARMACY, MILLERSVILLE PIKE, LANCASTER, PA
272.    JOHN DOE, PHARMICIST ONE, CVS PHARMACY, MILLERSVILLE PIKE,  LANCASTER,
        PA
273.    BRENDEES IRISH BAR, LEMON STREET, LANCASTER, PA
274.    MISTER LUBECENTER, MANHIEM PIKE, LANCASTER, PENNSLVANIA
275.    JARRAD BERKIHISER, ACTING CHIEF, LANCASTER CITY POLICE DEPT.
276.    KANUCK, D. OF THE LANCASTER CITY POLICE DEPARTMENT
277.    S.A.I.C. CORPORATION, McLEAN, VA
278.    Deborah Lee James, CEO S.A.I.C. CORPORATION
279.    BOBBY RAY INMAN, WASHINGTON, D.C.
280.    LT. BRADLEY SHENK , LANCASTER CITY POLICE DEPARTMENT
281.    OFFICER HERR, LANCASTER CITY POLICE DEPARTMENTS
282.    OFFICER ROTHERMEL, LANCASTER CITY POLICE DEPARTMENTS
283.    OFFICER HAGEN, LANCASTER CITY POLICE DEPARTMENT
284.    LANCASTER COUNTY PRISON
285.    CHERYL STEBERGER, WARDEN, LANCASTER COUNTY PRISON
286.    LT. LEESE, LANCASTER COUNTY PRISON
287.    DR. LEE, LANCASTER COUNTY PRISON
288.    MDJ ADAM WITKONIS, LANCASTER COUNTY DISTRICT MAJISTRATE
289.    ADA ELLISON, ASSISTANT LANCASTER COUNTY DISTRICT ATTORNEY
290.    Dr. Livia K. Baublitz, D.O. Lancaster, Pennsylvania
291.    Ashley Blake, Pretrial Intake Specialist, Lancaster County Court
        Administration, Bail Supervision
292.    Lancaster City Mayor Danene Sorace, Lancaster, Pennsylvania
293.    Lancaster County Court of Common Pleas President Judge Denise Reinaker
294.    GINA HASPEL, DIRECTOR OF THE CENTRAL INTELLIGENCE AGENCY, CIA

# BRIEF IN SUPPORT OF PRELIMINARY EMERGENCY INJUNCTION
# FOR RELIEF

**LEGAL SUMMATION –** This Injunction is far different that any previous injunctions that Stan J. Caterbone has filed in either federal or state courts in that the information contained and allegations detailed in the HATE CRIME REPORT are of far reaching claims with substantial evidence contained in the:

**STAN CATERBONE ONLINE EVIDENCE FOR REVIEW FOLDERS**
**LINKS TO 4 ONLINE FOLDERS OF OVER 700 DOCUMENTS, AUDIO RECORDINGS, VIDEOS, AND COURT FILINGS SUPPORTING AS EVIDENCE OF THE FOLLOWING CLAIMS (CLICK HERE)**

First and foremost is the fact that the Military Career of Craig Stedman, namely that he was and/or is a Military Intelligence Officer, with the highest secret clearances.   In addition he performed a stint in the legal affairs division of the Department of Defense Intelligence Division, at the Pentagon in Washington, D.C. Prior to being hired by the Lancaster County District Attorney Office in 1991 and the ISC/CIA Scandal was first discovered and publicized in 1991 is curious, to say the least.  This information was taken from a document online that was his resume and bio for the judgeship to the Superior Court of Pennsylvania.

**SUMMATION:**  Due to the ACTIONS AND CRIMINAL ACTIVITIES DETAILED IN THE STAN J. CATERBONE HATE CRIME REPORT it is reasonable to prove that every aspect of The Complainant, PRO SE PLAINTIFF STAN J. CATERBONE's life, Stan J. Caterbone, is subject to undo influence; harassment; torture; obstruction; etc. thus resulting in irreparable harm and injury. This situation and set of circumstances as outlined here, and in Part II, Finding of Facts, and all previous filings; reports; and statements, is a prescription for only one endgame - death or suicide. There is no life action or activity that is immune from this horrendous HATE CRIME. The precedent and landmark elements that make this so appalling is that the Complainant has never done anything to set these circumstances in motion but to be right regarding International Signal & Control back in 1987; as well as many other proclamations and forecasts. That being said, it is also widely reported that many Targeted Individuals and Victims of U.S. Sponsored Mind Control are lead to death and/or suicide. The Lancaster Community-At-Large is guilty of creating; abetting; fostering; and executing this tragedy. The fact that local; state; and federal law enforcement induce and encourage this environment of hate is landmark.

The fact that the recent newly discovered information regarding the history of the Military Career of Craig Stedman, namely the fact that he was and/or is a Military Intelligence Officer, with the highest secret clearances with a stint in the legal affairs division of the Department of Defense Intelligence Division, at the Pentagon in Washington, D.C. Prior to being hired by the Lancaster County District Attorney Office in 1991 and the ISC/CIA Scandal was first discovered and publicized in 1991 is curious, to say the least.

The Complainant, PRO SE PLAINTIFF STAN J. CATERBONE seeks a temporary injunction until a permanent resolution to these issues can be constructed through ARBITRATION RESULTING FROM THE REQUESTED SUMMARY JUDGMENTS IN ALL PENDING CASES IN BOTH FEDERAL AND STATE COURTS.

**IRREPARABLE HARM:** The irreparable harm and injure that has resulted from the above circumstances includes but is not limited to the following:

1. Loss of personal property and real estate.
2. Loss of opportunity to secure personal property, business assets, and court related assets, information, and evidence; including when sleeping (rape drug rohypnol).
3. Loss of protection from law enforcement at every level; local, state, and federal.
4. Loss of relationships including family; friends; and professional.
5. Loss of freedom of movement in Downtown Lancaster Entertainment Venues and Constant and Never Ending Threats of Physical Harm, Harassment, Over-Charging on Cost of Goods,  intimidation, discrimination, and barring from entering public places and entertainment venues, violations of intellectual property rights, and obstruction of justice.
6. Loss of freedom of movement; complainant has been denied every opportunity to secure his personal and business assets at 1250 Fremont Street, Lancaster, Pennsylvania making it impossible to travel or leave for any amount of time without fear of harm.
7. Loss of freedom of movement may constitute false imprisonment and may invoke the federal habeas corpus laws of freedom.
8. Loss of female companionship, and under constant mocking for it.
9.  Loss of business opportunities.
10. Loss of accounts receivables.
11. Loss of professional and personal reputation; especially with specific regards to honesty and integrity.
12. Civil and Criminal Conspiracy to manufacture mental illness symptoms and illnesses.

## DEFINITION OF PRELIMINARY EMERGENCY INJUNCTION FOR RELIEF:

There are six essential prerequisites that a party must establish prior to obtaining a Preliminary Emergency Injunction For Relief:

1) that the injunction is necessary to prevent immediate and irreparable harm that cannot be adequately compensated by damages;

2) that greater injury would result from refusing an injunction than from granting it, and, concomitantly, that issuance of an injunction will not substantially harm other interested parties in the proceedings;

3) that a preliminary injunction will properly restore the parties to their status as it existed immediately prior to the alleged wrongful conduct;

4) that the activity it seeks to restrain is actionable, that its right to relief is clear, and that the wrong is manifest, or, in other words, that it is likely to prevail on the merits;

5) that the injunction it seeks is reasonably suited to abate the offending activity; and,

6) that a preliminary injunction will not adversely affect the public interest

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE




**Stan J. Caterbone**
**ADVANCED MEDIA GROUP**
**Freedom From Covert Harassment &**
**Surveillance,®**
**Registered in Pennsylvania**
**1250 Fremont Street**
**Lancaster, PA  17603**
**www.amgglobalentetainmentgroup.com**
**stancaterbone@gmail.com**
**717-327-1566**

# THE HATE CRIME REPORT
## re The City and County of LANCASTER, Pennsylvania
### Saturday June 16, 2018

This report is the culmination of 31 years of research, documentation, trials and tribulations that grew from the founding of Financial Management Group, Ltd., and the meeting of June 23, 1987 with the International Signal & Control, or ISC executive.  What started out as a cover-up of the Federal Whistleblowing activities regarding ISC in 1987; a harassment campaign; false arrests; etc.,  then turned into a victimization of Gang Stalking and Electromagnetic Attacks in 2005 and now a bona fide federal hate  crime. Through the research and inspection of family documents came the horrific realizations that the U.S. Sponsored Mind Control and the criminal acts of the Lancaster City Police Department were  started  back  in  the  1960's  from  the  victimization  of  Samuel P. Caterbone, Jr., the father of Stan J. Caterbone.   Through the declaration of Sammy Caterbone regarding the LSD administered in the U.S. Air Force in the late 1960's, the family victimization of U.S. Sponsored Mind Control was proven.

## I) OBJECTIVES OF THE HATE CRIME
- OBSTRUCTION OF DUE PROCESS AND JUSTICE OF ALL LEGAL PROCEEDINGS
- EXTORTION OF ALL FINANCIAL ASSETS
- LIBEL AND SLANDER PROFESSIONAL REPUTATION
- FABRICATION OF CRIMINAL RECORD
- FABRICATION OF MENTAL HEALTH RECORD
- PROVIDE DEFENSE FOR ALL DEFENDANTS IN LOCAL, STATE, AND FEDERAL COURTS
- RECONSTRUCT HISTORY OF STAN J. CATERBONE, SAMUEL P. CATERBONE, JR., (FATHER); SAMMY CATERBONE, (BROTHER), AND TOMMY CATERBONE, (BROTHER)
- CONTINUE TO COVER-UP THE ORIGINAL 1987 WHISTLEBLOWING ACTIVITIES REGARDING INTERNATIONAL SIGNAL AND CONTROL, Plc., OR ISC
- DISPUTE ALL FACTUAL EVIDENCE OF U.S. SPONSORED MIND CONTROL HISTORY AND CURRENT ACTIVITIES OF MILITARY-INTELLIGENCE AGENCIES
- DISPUTE THE ALLEGATIONS OF GROUND-ZERO AS IT RELATES TO THE SYNERGY AND HISTORY OF BOBBY RAY INMAN, ROBERT ZOOK, Mathew Baurash, STAN J. CATERBONE, SAMUEL P. CATERBONE, AND SAMMY CATERBONE

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

## II) TACTICS USED TO FACILITATE THE HATE CRIME

- **UNJUST ENRICHMENT: A** general equitable principle that no person should be allowed to profit at another persons expense without making restitution for the reasonable value of any property, services, or other benefits that have been unfairly received and retained.
- **COINTELPRO-LIKE TACTICS BY LOCAL, STATE, AND FEDERAL LAW ENFORCEMENT**
- **COMMUNITY GANG-STALKING**
- **EXTENSIVE HARASSMENT CAMPAIGNS**
- **EXTENSIVE COMPUTER HACKING CAMPAIGNS**
- **EXTENSIVE ELECTROMAGNETIC ATTACKS**
- **EXTENSIVE CAMPAIGNS OF VANDALISM AND THEFTS OF PERSONAL AND REAL PROPERTY**
- **EXTENSIVE CIVIL RIGHTS VIOLATIONS ESPECIALLY WITH REGARDS TO COMPLAINTS TO LAW ENFORCEMENT REGARDING ANY OF THE ABOVE**
- **THE SIGNING OF 3 NEW EXECUTIVE ORDERS IN THE FIRST 3 MONTHS BY THE TRUMP ADMINISTRATION TO EXPAND COMMUNITY POLICING AND ENCOURAGING UNFETTERED ABUSES BY LAW ENFORCEMENT**
- **EXTENSIVE CAMPAIGN TO SABOTAGE ALL COURT FILINGS BY PERPETRATORS AND THE CLERKS OF THE RESPECTIVE COURTS; KNOWING THERE IS NO PROCEDURE OR NO AUTHORITY THAT PROVIDES ANY OVERSIGHT, INCLUDING JUDICIAL REVIEW BOARDS THAT ONLY INCLUDE JUDGES**

## III) THE EVIDENCE

**STAN CATERBONE ONLINE EVIDENCE FOR REVIEW FOLDERS**
LINKS TO 4 ONLINE FOLDERS OF OVER 700 DOCUMENTS, AUDIO RECORDINGS, VIDEOS, AND COURT FILINGS SUPPORTING AS EVIDENCE OF THE FOLLOWING CLAIMS (CLICK HERE)
https://drive.google.com/open?id=0BwT2QmkUTiXcQlZ6YWR3MTZJTkE

THE SUPPORTING FILES AND EVIDENCE PROVIDES SUBSTANTIAL PROOF OF THE FOLLOWING CLAIMS AND ALLEGATIONS:

1. OBSTRUCTION OF JUSTICE AND DUE PROCESS UTILIZING A FEDERAL COINTELPRO-LIKE PROGRAM USING FEDERAL, STATE, AND LOCAL LAW ENFORCEMENT AND THE FORGING, DELETING, AND MANIPULATION OF COURT FILINGS BY CLERKS AND JUDGES SINCE 1987

2. VICTIMIZATION OF U.S. SPONSORED MIND CONTROL AND RELATED ELECTROMAGNETIC WEAPONS SINCE 2005 AS PROVEN IN THE SOCIAL SECURITY DISABILITY FILE

3. THE AWARDING OF SOCIAL SECURITY DISABILITY BENEFITS IN AUGUST 2009 SPECIFICALLY FOR THE VICTIMIZATION OF U.S. SPONSORED MIND CONTROL SINCE DECEMBER OF 2005

4. THE LONG-TERM CLASSIFICATION OF A PENNSYLVANIA DEPARTMENT OF TRANSPORTATION HANDICAP PLACARD FOR PHYSICAL AILMENTS RELATED TO THE SUSTAINED DEGRADATION OF THE LOWER EXTREMITIES AND CORE DUE TO THE EXTREME FREQUENCY OF THE ATTACKS OF THE ELECTROMAGNET WEAPONS SINCE 2015

5. THE UTILIZATION OF LOCAL ORGANIZED GANG-STALKING GROUPS TO INDUCE BULLYING AND HARASSMENT CAMPAIGNS OF EXTREME NATURE SINCE 1987

6. THE FABRICATION AND FALSE STATEMENTS OF WITNESSES, POLICE, AND SOME JUDGES RESULTING IN OVER 30 FALSE ARRESTS AND OVER 40 ILLEGAL NO-TRESPASS NOTICES SINCE 1987

7. THE UTILIZATION OF LAW ENFORCEMENT AND CITIZENS TO INDUCE A FEDERALLY FUNDED NATIONAL HATE CRIME

8. THE DAILY VANDALISM AND THEFTS OF BOTH THE HOME AND AUTO RESULTING IN TENS OF THOUSANDS OF DOLLARS OF CASH LOSSES

9. THE ACCUMULATION OF SOME $1,000,000 IN LEGAL PRO SE BILLINGS FOR THE OVER 160 COURT CASES SINCE 2005 WITH CASE LAW SUPPORTING THAT THE BILLINGS WILL BE PAID

10. THE CUMULATIVE VALUE OF THE FEDERAL ANTI-TRUST CASE WORTH OVER $250 MILLION DOLLARS SINCE 1987

11. **THE FEDERAL FALSE CLAIMS ACT AND WHISTLEBLOWING ACTIVITIES REGARDING LOCAL DEFENSE CONTRACTOR INTERNATIONAL SIGNAL AND CONTROL, PIC., (ISC) AND THE RELATIONSHIP OF A COVERT OPERATION WITH THE CENTRAL INTELLIGENCE AGENCY, CIA AND THE NATIONAL SECURITY AGENCY, NSA SINCE 1987**

12. **THE FACT THAT LOCAL DISTRICT ATTORNEY CRAIG STEDMAN IS A FORMER AND MAYBE PRESENT DEPARTMENT OF DEFENSE AND ARMY INTELLIGENCE OFFICER WHO CAME TO LANCASTER IN 1991, THE VERY SAME YEAR THAT ISC WAS FEDERALLY INDICTED FOR THE $BILLION DOLLAR FRAUD AND FORMER SECRETARY OF DEFENSE AND DIRECTOR OF CIA ROBERT GATES WAS NOMINATED, IRRESPECTIVE OF THE ALLEGATIONS OF HIS ISC CONNECTIONS.**

13. **THE MANY LINKS AND SUPPORTING EVIDENCE THAT LANCASTER MAYBE GROUND ZERO FOR SOME OF THE U.S. SPONSORED MIND CONTROL TECHNOLOGIES, ESPECIALLY CONSIDERING THE FORMER ISC BOARD MEMBER AND MILITARY RESUME OF BOBBY RAY INMAN**

14. **THE RECENT EFFORTS BY THE TRUMP ADMINISTRATION TO EXECUTE UNCHECKED AND ABUSIVE POLICE POWERS THAT ARE THE RESULT OF 3 EXECUTIVE ORDERS SIGNED INTO OFFICE IN THE FIRST FEW MONTHS OF OFFICE IN 2017.**

15. **THE COMPLETE FABRICATION OF BOTH THE CRIMINAL AND MENTAL HEALTH RECORDS OF THE PAST 31 YEARS SINCE 1987**

16. **EVIDENCE THAT STAN J. CATERBONE'S FATHER, SAMUEL AND BROTHER SAMMY WERE BOTH VICTIMS OF THE CIA MIND CONTROL PROGRAM MKULTRA.**

17. **EVIDENCE THAT THE CASH ACCOUNTS OF SOME $60,000 HELD IN JUNE OF 2015 WERE DRAINED IN SIMILAR FASHION, THAT HAS BEEN DONE ON 4 OCCASIONS SINCE 1987 AND THAT THE CONTINUED VANDALISM AND THEFTS ARE THE TOOLS OF CHOICE TODAY TO DRAIN CASH ASSETS.**

18. **THAT ALL THREE DESCENDANTS, SAMUEL, FATHER; SAMMY, BROTHER; AND TOMMY, BROTHER ALL DIED OF SUSPICIOUS DEATHS IN NEW YORK, SANTA BARBARA, CA AND KILL DEVIL HILLS, NC RESPECTIVELY.**

19. **THAT THE CURRENT PENDING AND PAST PROTECTED FEDERAL CLAIMS OF STAN J. CATERBONE V. THE LANCASTER CITY POLICE DEPARTMENT IN FEDERAL AND STATE COURTS AND THE CRIMINAL CASE OF FATHER SAMUEL P. CATERBONE BY THE LANCASTER CITY POLICE ARE ALL AREAS OF INTEREST TO THE UNITED STATES ATTORNEY GENERAL AND DEPARTMENT OF JUSTICE WHICH ARE BEING COVERED-UP.**

20. **THAT THE AMICUS BRIEFS RECORDED IN THE KATHLEEN KANE CASE, THE LISA MICHELLE LAMBERT CASE, THE CIA TORTURE CASE, WHICH THE CIA PSYCHOLOGISTS LOST AND SETTLED), THE ACLU v. The NSA CASE, THE TABITHA BUCK CASE, THE SIRHAN SIRHAN CASE (BOBBY KENNEDY CASE WHICH A FEW WEEKS AGO FAMILY MEMBERS PETITIONED TO BE RE-OPONED AND BELIEVED SIRHAN WAS NOT THE KILLER), THE LANCASTER COUNTY CONVENTION CENTER CASE, THE ESTABAN SANTIAGO CASE, THE NIKOLAS CRUZ CASE, AND THE MEHGAN LIAPPATT CASE WERE ALL MOTIVES IN THE PREVIOUS ACTS BY THE CORRUPT LANCASTER COUNTY DISTRICT ATTORNEY AND THE VERY FACT THAT THE NEWLY DISCOVERED EVIDENCE THAT CRAIG STEDMAN IS A FORMER MILITARY-**

**INTELLIGENCE OFFICER SHEDS NEW LIGHT TO THE ALLEGATIONS THAT THE LANCASTER COUNTY DISTRICT ATTORNEY IS A BONA-FIDE CRIMINAL ENTERPRISE.**

21. **THAT THE PREMATURE DEATHS OF U.S. ATTORNEY JONATHAN LUNA, FOUND IN A CREEK IN LANCASTER COUNTY AND THOMAS FLANNERY OF LANCASTER NEWSPAPERS WHO WAS ONE OF THE ORIGINAL JOURNALIST ON THE 1991 ABC NEWS NIGHTLINE EPISODE EXPOSING THE COVERT CIA/ISC OPERATION - MAY BE RELATED.**

22. **THAT THE STATEMENT BY THE NSA AGENT IN 1998 REGARDING THE "GOOD OLD BOYS" AND THE ALLEGATIONS BY FORMER PENNSYLVANIA ATTORNEY GENERAL KATHLEEN KANE DEPICTING THE "GOOD OLD BOYS" AS THE CAUSE .**

**RELIEF SOUGHT BY PLAINTIFF:**  The Complainant, PRO SE PLAINTIFF STAN J. CATERBONE seeks immediate relief from the above in the form of sanctions and fines for those guilty of extortion and embezzlement and those withholding accounts receivables. Complainant seeks immediate relief from the law enforcement agencies that continue abuse of process.  Complainant seeks immediate relief from public officials for obstructing justice and due process. Complainant seeks relief, in as much as the courts are able, with regards to the harassment and torture from those known of such crimes. The Complainant seeks relief from stalking and harassing neighbors and requires law enforcement to make sure households can identify all occupants and prove they are entitled to the lease and or deed.   The Complainant seeks relief by awarding the Complainant his PRO SE BILLINGS INVOICE.

The Complainant, PRO SE PLAINTIFF STAN J. CATERBONE seeks relief by awarding the Complainant SUMMARY JUDGMENT in all cases filed before the LANCASTER COUNTY COURT OF COMMON PLEAS in retaliation for the ARROGANCE OF BOTH THE LOCAL LAW ENFORCEMENT COMMUNITY AND THE JUDICIAL SYSTEM FOR THE SYSTEMIC ABUSE OF PROCESS AND THE EXTREME NATURE OF THE OBSTRUCTION OF JUSTICE WHICH IN ITSELF IS RESPONSIBLE FOR PUTTING THE COMPLAINANT'S LIFE IN HARMS WAY ON A DAILY BASIS.

The Complainant, PRO SE PLAINTIFF STAN J. CATERBONE, requests the COURT to ORDER local media, including LNP Media Group, and WGAL-TV 8 to do public service announcements informing and educating the PUBLIC-AT-LARGE in the SUSQUEHANNA VALLEY of  Complainant, PRO SE PLAINTIFF STAN J. CATERBONE's DRAFT ANTI-STALKING LEGISLATION and the HARM FROM USING SUCH TACTICS AND STRATEGIES OF COINTELPRO-LIKE PROGRAMS ON U.S. CITIZENS.

# Criminal Statutes

## Assault/Battery

In most states, an assault/battery is committed when one person 1) tries to or does physically strike another, or 2) acts in a threatening manner to put another in fear of immediate harm. Many states declare that a more serious or "aggravated" assault/battery occurs when one 1) tries to or does cause severe injury to another, or 2) causes injury through use of a deadly weapon. Historically, laws treated the threat of physical injury as "assault", and the completed act of physical contact or offensive touching as "battery," but many states no longer differentiate between the two.

For information on personal injury ("tort") cases involving assault and battery, visit the Assault and Battery section of FindLaw's Accident & Injury Center.

**PA**
Assault, Title 18 Sections 2701 to 2703
**Federal**
 Assault, 18 USC Chapter 7

## Aiding and Abetting/Accessory

A criminal charge of aiding and abetting or accessory can usually be brought against anyone who helps in the commission of a crime, though legal distinctions vary by state. A person charged with aiding and abetting or accessory is usually not present when the crime itself is committed, but he or she has knowledge of the crime before or after the fact, and may assist in its commission through advice, actions, or financial support. Depending on the degree of involvement, the offender's participation in the crime may rise to the level of conspiracy.

For example, Andy draws a floor plan of a bank, knowing of Dan's intention to rob it. After Dan commits the robbery, Alice agrees to let him store the stolen money at her house. Both Andy and Alice can be charged with aiding and abetting, or acting as accessories to the robbery.

Read more: Accomplices, Accessories, Aiders, and Abettors

**PA**
Liability for conduct of another;complicity, Title 18 Section 306

**Federal**
Principals ... Accessory After The Fact , 18 USC Secs. 2 to 3

## Computer Crime

Computer crime laws in many states prohibit a person from performing certain acts without authorization, including 1) accessing a computer, system, or network; 2) modifying, damaging, using, disclosing, copying, or taking programs or data; 3) introducing a virus or other contaminant into a computer system; 4) using a computer in a scheme to defraud; 5) interfering with someone else's computer access or use; 6) using encryption in aid of a crime; 7) falsifying e-mail source information; and 8) stealing an information service from a provider.

**PA**
Unlawful use of computer, Title 18 Section 3933

**Federal**
Fraud and related activity in connection with computers, 18 USC Sec. 1030

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

**Identity Theft**

Identity theft laws in most states make it a crime to misuse another person's identifying information -- whether personal or financial. Such data (including social security numbers, credit history, and PIN numbers) is often acquired through 1) the offender's unlawful access to information from government and financial entities, or 2) lost or stolen mail, wallets and purses, identification, and credit or debit cards.

**PA**
Identity theft, Title 18 Section 4120

**Federal**
Fraud and related activity in connection with identification documents and information,
18 USC Sec. 1028

**Disorderly Conduct**

Almost every state has a disorderly conduct law that makes it a crime to be drunk in public, to "disturb the peace", or to loiter in certain areas. Many types of obnoxious or unruly conduct may fit the definition of disorderly conduct, as such statutes are often used as "catch-all" crimes. Police may use a disorderly conduct charge to keep the peace when a person is behaving in a disruptive manner, but presents no serious public danger.

**PA**
Disorderly conduct, Title 18 Section 5503

**Federal**

**Conspiracy**

A criminal conspiracy exists when two or more people agree to commit almost any unlawful act, then take some action toward its completion. The action taken need not itself be a crime, but it must indicate that those involved in the conspiracy knew of the plan and intended to break the law. One person may be charged with and convicted of both conspiracy and the underlying crime based on the same circumstances.

For example, Andy, Dan, and Alice plan a bank robbery. They 1) visit the bank first to assess security, 2) pool their money and buy a gun together, and 3) write a demand letter. All three can be charged with conspiracy to commit robbery, regardless of whether the robbery itself is actually attempted or completed.

**PA**
Criminal conspiracy, Title 18 Section 903

**Federal**
Conspiracy, 18 USC Chapter 19

**Embezzlement**

Embezzlement is defined in most states as theft/larceny of assets (money or property) by a person in a position of trust or responsibility over those assets. Embezzlement typically occurs in the employment and corporate settings.

For example, while working as a bank manager, Dan alters customer deposit receipts and account information, then siphons bank money into his own pocket.

**PA**
Theft by failure to make required disposition of funds received, Title 18 Section 3927

**Federal**
Embezzlement and theft, 18 USC Chapter 31

**Extortion**

Most states define extortion as the gaining of property or money by almost any kind of force, or threat of 1) violence, 2) property damage, 3) harm to reputation, or 4) unfavorable government action. While usually viewed as a form of theft/larceny, extortion differs from robbery in that the threat in question does not pose an imminent physical danger to the victim.

For example, Dan goes to Victor's place of business and demands monthly payment from Victor for the business's "protection" from vandalism and after-hours theft. Fearing that he or his business will suffer harm otherwise, Victor agrees to pay Dan.

**PA**
Theft by extortion, Title 18 Section 3923

**Federal**
Extortion and threats, 18 USC Chapter 41
Hate Crimes and Criminal Civil Rights Violations
A civil rights violation may become a crime if it involves the use (or threat of use) of force. Hate crimes are intended to hurt and intimidate someone because of their race, ethnicity, national origin, religious, sexual orientation, or disability. Below you will find information on hate crimes and prosecution of civil rights violations, as well as links to resources from the federal government.

*The Basics:*

- Government Prosecution of Criminal Civil Rights Violations Q&A

- Criminal Civil Rights Enforcement and Hate Crimes: History and Law

- Hate Crime: The Violence of Intolerance

*Government Resources:*
- Hate Crime Information (FBI)

- Preventing Youth Hate Crime (U.S. Dept. of Ed.)

- Initiative to Combat Post-9/11 Discriminatory Backlash (U.S. Dept. of Justice)


**Insurance Fraud**

Insurance fraud occurs most often when an insured individual or entity makes a false or exaggerated insurance claim, seeking compensation for injuries or losses that were not actually suffered. Insurance fraud can also be committed upon customers, through 1) the sale of unlicensed or bogus insurance coverage to unsuspecting clients, or 2) an insurance broker or agent's diversion or theft of insurance premiums paid by clients.

**PA**
Insurance fraud, Title 18 Section 4117

**Federal**
Federal Deposit Insurance Corporation Transactions ... Loan and credit applications generally; renewals and discounts; crop insurance ... Crimes By Or Affecting Persons Engaged In The Business Of Insurance Whose Activities Affect Interstate Commerce ... False statements relating to health care matters , 18 USC Secs. 1007, 1014, 1033, 1035

## Perjury

Perjury statutes in many states make it a crime to knowingly lie after taking an oath to tell the truth, such as when testifying in court or communicating through certain legal documents. The falsehood must usually be material to the matter at issue, though perjury can also be committed by simply signing a document with the knowledge that it contains false assertions.

For example, while completing a sworn affidavit during child support proceedings in family court, Dan purposefuly understates his monthly income by $2000, signs the document, and files it with the judge's clerk.

### PA
Perjury, Title 18 Section 4902

### Federal
Perjury, 18 USC Chapter 79

## Racketeering/RICO

Federal and state racketeering, profiteering, and RICO (Racketeer-Influenced and Corrupt Organization) laws make it illegal for criminal organizations to profit from any legitimate business operations. Many of these laws allow for the confiscation and seizure of the criminal organization's legitimate enterprise assets, and are typically used against known "organized crime" groups. The goal is to cripple the operation financially, and cut off sources of cash that support ongoing criminal activity.

PA
Corrupt organizations, Title 18 Section 911

Federal
Racketeer Influenced and Corrupt Organizations Act, 18 USC Chapter 96

## Robbery

Many states define robbery as theft/larceny of property or money through the offender's use of physical force or fear against a victim. Where a deadly weapon such as a gun is used or the victim suffers injury, the robbery may be charged as "armed" or "aggravated." Unlike burglary, the crime of robbery almost always requires the presence of a victim who suffers actual injury, or is threatened with harm.

For example, Dan approaches Victor from behind, demanding Victor's wallet while pressing a hard object into his back. Fearing that Dan has a gun, Victor gives up his wallet. If Dan did use a gun, or if Victor suffered an injury, the charge would likely be elevated to "armed" or "aggravated" robbery.

### PA
Robbery, Title 18 Section 3701

### Federal
Robbery and burglary, 18 USC Chapter 103

## Stalking

Stalking laws in most states pertain to a relatively new crime involving a clear pattern of conduct in which the offender follows, harasses, or threatens another person, putting that person in fear for his or her safety. An individual may be charged with stalking regardless of any pre-existing relationship with the victim. Stalking victims can range from celebrities to former spouses who have obtained a protective order against their ex.

For example, Dan spends a number of hours each week harassing Victoria, his former girlfriend, by following her home from work, sending her threatening emails, and calling her in the middle of the night.

**PA**

Harassment and stalking, Title 18 Section 2709

**Federal**

Domestic violence and stalking, 18 USC Chapter 110A

### Theft/Larceny

Theft/larceny is typically defined as the taking of almost anything of value without the consent of the owner, with the intent to permanently deprive him or her of the value of the property taken. Most states recognize degrees of theft, such as "grand" or "petty," which usually relate to the value of the property taken.

For example, Dan goes to Victor's music store, puts two CDs in his pocket, and walks out the door. Dan can be charged with theft/larceny. Had Dan stolen Victor's car from the parking lot, Dan would likely be charged with grand theft/larceny.

**PA**

Theft by unlawful taking or disposition, Title 18 Section 3921

**Federal**

Embezzlement and theft, 18 USC Chapter 31

### Wire Fraud

Wire fraud crimes refer broadly to any fraudulent or deceitful scheme to secure money or property, committed or aided through the use of interstate "wires" -- meaning television, radio, telephone, or computer modem. Almost all instances of wire fraud are considered federal crimes, due to their potential interstate effects.

**Federal**

Fraud by wire, radio, or television, 18 USC Sec. 1343

**Summation:** I, **Complainant, PRO SE PLAINTIFF STAN J. CATERBONE**, **Targeted Individual or TI**, residing at: **1250 Fremont Street, Lancaster, Pennsylvania, 17603**, do hereby state that I am at least 18 years of age, that I am a citizen or a legal resident of the United States of America, that I am of sound mind, and that I am the person whose signature follows on this Preliminary Emergency Injunction for Relief. The purpose of this document is (1) to advise the Lancaster County Court of Common Pleas as well as state and local officials of the participation of the residents of Lancaster County in organized stalking and/or electronic and mind manipulation torture being committed against me and (2) to request a cease and desist order of their participation of the activities described herein.

**Our Government is responsible for protecting its citizens from elements that covertly harass, torment, murder, and cause victims to commit suicide through organized stalking and remote electronic torture.** Yet, unbiased research indicates that certain elements of Government either engage in these activities or protect those who perform them. I seek the complete dismantling of any officially-sanctioned covert Government torture programs, and organized stalking and harassment programs and the passage of legislation specifically outlawing that high-tech torture, and the full prosecution of any person, regardless of his rank or position, who has violated my civil rights and my most basic human rights.   The assaults on my mind, body, person, property, intellectual property, and business interests have been occurring for **over 31 year(s)  and include, but are not limited to the following victimization's:**

- **Blanketing my dwelling and surroundings with electromagnetic energy. Bombarding my body with debilitating electronic and mind manipulation effects. Directed Energy Weapons Causing Severe Pain to Body and Brain.** Began in at least 2005 and still continuing, with complaints to Freedom From Covert Harassment and Surveillance, FFCHS in 2009, and in cited in various state and federal court cases over the past thirteen years.   Attacks causing severe artificial pain most likely from Directed Energy Devices synchronized with telepathic harassment and organized stalking and harassment have been logged and reported to law enforcement and medical professionals since 2008. Prior to 2008 the attacks were experienced and reported to medical professionals but the sources were not known.  Also reported attacks of pain to a family physician, emergency room personnel and psychiatrists.

- **Invading my thoughts via remote sensing technologies**. Was sent an autonomous email in 1998 introducing the term remote viewing. Various technologies and tactics are being used to create "emotional signatures" that induce various emotional states; a systematic complete hacking of my mind.

- **Making me mentally "hear" others' voices through the microwave hearing effect. Synthetic and/or Mental Telepathy.** First started to experience telepathy/synthetic telepathy in 2005 with full-time 24/7 connection during the same time to present. When full-time telepathy started a male conducted interrogations lasting several hours at a time concerning a wealth of subjects including ISC/CIA Knowledge. Cannot disconnect from continuous conversations at all times with one female person. The handlers know everything I know and experience in real time. During 2006 and 2007 have been telepathic with some 10 or more persons, both male and female for short durations. Can recall most conversations and subject matter with identities of who they said they were. Interrogation type harassment is still being used telepathically to harass and for some sleep deprivation. Made first complaints to DARPA, the FBI, and U.S. Senator Arlen Specter in 2007. Some conversations by the persons that are telepathic with me elude to some program similar to the DARPA datalog program where they record your entire life. Everything that you try to do on a daily basis is subject matter for conversation and harassment. Interference with thought, harassment, and interrogation is used often times with electromagnetic weapon attacks to the brain or body.

- **Depriving me of sleep due to neurological intervention.** Mostly Experienced Sleep Deprivation Techniques during periods of time in 2008 to 2018. Mostly with attacks of pain from Directed Energy Weapons to back, neck, head (brain); and heart on a few occasions; and with harassment from telepathy.

- **Introducing poisonous gas and radiation toxins into my home.** First experienced toxic gases (Chloroform?) in heavy doses in 2006-2007. Made complaints to the Lancaster City Police Department and the Southern Regional Police. Experienced attacks that would cause dizziness at home, in automobile and in public. Was informed it was being released through a distribution system the size of fishing line. To counter attacks used cotton in nostrils and gas mask. In 2009 experienced attacks of what is said to be sleeping gas, when attacked could not open eyes. Took Pictures during some attacks.

- **Having me stalked en masse on foot and in vehicles, vandalizing my home and/or car.** Gang Stalking or Organized Stalking began in 1987 and continues today. It includes strangers using gestures such as finger under eye; various forms of harassment; and public mobbing. Complaints have been filed in 1987; 1992;1998 and 2005 to 2018. Complaints were made to various public officials and local, state, and federal agencies as mental duress. The terms organized stalking, gang stalking, targeted individual, etc., was not learned until a few years ago. The organized stalking and harassment followed in several

states, some while traveling from Lancaster, Pennsylvania to California.    Tracking technologies may have been used and most likely are still being used.  Police were involved in most places.

- **Tapping (Bugging) my phones.**  Complaints of phone tapping/tampering were made to New Jersey Bell in 1987 with a service call to Stone Harbor, New Jersey to check lines and phones.  The same was done by a Bell Atlantic repairman in Conestoga, Pennsylvania in 1998. In 2004 a complaint with a report number was filed with the Pennsylvania Attorney General Office in Pittsburgh, Pennsylvania (Agent Amy Zelnick) regarding interference with phone calls and impersonations by perps intercepting and rerouting calls.   Computer Hacking complaints were filed to local authorities in the County of Lancaster and the Cyber Crime unit of the Federal Bureau of Investigation in 2005 to 2018.

- **Blacklisting me in the labor market.**  Filed complains of employment discrimination with the Pennsylvania Attorney General in 2006 and the Lancaster County Human Relations Commission in 2008.

- **Workplace mobbing.**  Experienced in 1987 at Financial Management Group, Ltd., American Helix of High Industries in 1991 and Pflumm Contractors, Inc., in 1997/1998.    Filed complaints and logs as mental duress and harassment.   Was forced out of all 3 organizations as a result of the mobbing and harassment.

- **Public Mobbing.**   Public type mobbing and organized stalking and harassment was perpetrated heavily in the years 2005 to 2010 in the following places:   The Lancaster County Courthouse, The Lancaster County Public Library, the Pennsylvania Career Link, and the Millersville University Library and University Offices.  I was given suspicious and illegal "No Trespass" Notices in some 18 public places in Lancaster County in the years 2005 to 2009 without just cause.  I was complaining of stalking and harassing in most all of those public places.  The Lancaster County Public Library and the Millersville University took away my access to a computer after my personal computers were vandalized and/or hacked inoperable.   Fulton Bank took away my safe deposit box.  Others included my church of worship, various bars and restaurants and one attorneys office.  Complaints have been filed regarding the same in courts and with various authorities.

- **Attempted Murder.**  Experienced with an attempt of vehicular homicide in 1991 after National News Media reported ISC/CIA-NSA connection of "Arms to Iraq".   The incident involved a vehicle changing lanes and direction and heading directly toward me in the wrong direction running me off the road, narrowly missing a tree.  I Filed the incident in federal courts and used as a motion to seal federal case no. 05-2288 in 2005 in the United States District Court for the Eastern District of Pennsylvania.

- **Pet Killing.**   Cat was killed in 2005 with complaints to the Lancaster County Humane Shelter and the Southern Regional Police Department.

- **Illegal Entries of Home/Properties.** First in 1987 in Stone Harbor, New Jersey, then again in 1991; 1997-1998; and most serious in 2005 to 2010. Filed Police Reports and insurance claims, most with the Southern Regional Police Department of Conestoga, Pennsylvania , State Farm and Harleysville Insurance Companies.

- **Illegal Repossessions.** Airplane in 1987 containing legal and business files. Home/Property and Contents in 2006 also containing legal and business files and documents.

- **Physical Assaults.** One attack and filed complaint with police report in Los Osos California in 2005 and one in the City of Lancaster. Police reports were filed and obtained for both.

- **False Arrests. Experienced 7 in 1987 and more than 20 in 2005 and 2006 TO 2018** in the Commonwealth of Pennsylvania Lancaster County Court of Common Pleas. The false arrests were charges that were all dismissed prior to court hearings.

- **False Imprisonments.** Spent 7 to 10 days in Lancaster County Prison in 1987 with all charges dismissed and again for some 60 days in 2006 with all charges dismissed. The 60 Days of imprisonment of 2006 was triggered with a false report of missing a bail supervision meeting, which was confirmed to be false in court; however bail was maliciously and purposefully reinstated as secured instead of unsecured. The appropriate appeal was filed which secured my release after some 60 days of false imprisonment. There were no charges that resulted in any convictions. **On November 21, 2017 I again was arrested on a COMPLETELY FABRICATED CHARGE OF STALKING, THIS TIME THE VERY SAME FAMILY THAT HAS BEEN TERRORIZING ME FOR THE PAST 3 OR MORE YEARS – RAMIREZ OF 1252 FREMONT STREET, LANCASTER, PA – AND CHARGED WITH STALKING. I SPENT 28 DAYS UNTIL DECEMBER 22, 2017 FOR A STALKING CHARGE, WHICH WAS COMPLETELY MANUFACTURED. THE CASE IS PENDING MY MOTION TO DISMISS WITH CALL OF THE TRIAL LIST ON MAY 4, 2018.**

- **Psychiatric Abuses with False Suicide Allegations from Perpetrators/Stalkers.** One in 1987 resulting in a forced hospitalization for several hours by police in Stone Harbor, New Jersey. And one again in February of 2005 resulting in police restraining me in my home and abusing me. This one was a fraudulent and phony email sent to police by a perp. The Southern Regional Police had to vacate after the email was proven to be a fraud.

- **Vandalism to Property.** First in 1987 in Stone Harbor, New Jersey, then again in 1991; 1997-1998; and most serious in 2005 to 2018. Filed Police Reports and insurance claims, most with the Southern Regional Police Department of Conestoga, Pennsylvania  and Harleysville Insurance Company, and ALLSTATE Insurance Company. 8 computers have been rendered inoperable since 2005 along with various electronics equipment; dvd recorders; printers; household items; TV antennas; appliances; etc., Most insurance claims have been paid. In the past years a wave of purchased items, online and in stores, were received broken or the wrong item and all had to be returned. Some included items to secure my

property, and others included computer related items, others were household and clothing items. **TODAY AN OUTSTANDING INSURANCE CLAIM OF OVER $23,000.00 IS PENDING A RESOLUTION.**

- **Gas Lighting.**  The illegal entering of home and causing psychological duress by moving items and or hiding items.  First reported in 1998 to the Conestoga Police and continued to present.  Clothing was also manipulated and altered.  The term "gas lighting" was only learned in 2010, although it was reported to police as harassment by neighbors of friends.  The daily draining of my hot tub was also used as a psychological warfare tactic and used to run up utility bills.  Numerous complaints were made to police in 2008 to 2018.

- **Thefts of Property.**  As evidenced by various police complaints, insurance claims, and incident reports.

- **Vandalism to Car/Truck.**  Since 2005 have experienced years of gas siphoning, battery outages, letting air out of tires, and wetting of inside of floor mats as psychological warfare tactics by perps and stalkers.  Made numerous complaints the Lancaster City Police Department. **ON OCTOBER 25, 2017 I HAD 4 TIRES PUNCTURED WHILE PARKED AT HOME AT 1250 FREMONT STREET.  GEICO INSURANCE COVERED THE CLAIM, HOWEVER I HAD TO PAY A $250.00 DEDUCTIBLE.**

- **Toxic Chemical Causing Running Nose.**  Experienced on regular basis in 2009 when in public places.  Was not in conjunction with cold/flu symptoms.  Research states it is a tactic used in organized stalking.

- **Computer Hacking.**  Computer Hacking complaints were filed to local authorities in the County of Lancaster and the Cyber Crime unit of the Federal Bureau of Investigation in 2005 to 2018.  Numerous complaint numbers have been secured.  Complaints of cell phone hacking was also reported.  Websites and blogs were regularly hacked and sometimes taken off-line. Electronic calenders, court documents, and financial records were often hacked causing many problems of the years, including having to withdraw civil complaints.  SEE THE LINKED FILE.

- **Cyber Stalking.**  Most in 2005 to 2018.  Complaints to Microsoft legal counsel, Yahoo Message Board, and the FBI Cyber Crime Unit.

- **Interference/Delay/Theft of U.S. Mails.** First reported to U.S. Postmaster of mail tampering and illegal changing of address in 1987.  In 2008 to 2009 have made several more complaints to the U.S. Postmaster Inspector General who claim to have begun investigations. Some caused missed court hearings and other missed appointments and or meetings.

- **Electromagnetic Weapons Causing Severe Muscle Spasms/Cramps.**  First experienced in 2006 to present.  One experience in 2006 was while I was in my hot tub and the pain and cramp was so severe in my left calf muscle (you automatically bend over to rub it out, which placed my head underwater) I had to crawl out of the hot tub before

**STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE**

almost drowning.

- **Electromagnetic Weapons Causing Sexual Stimulation.** First experienced in 2005.
- **Forced Hospitalizations.** Forced Hospitalizations in 1987 (2) one for 6 hours and one for 5 days; 2006 one for 3 days; 2009 one for several hours while in intensive care for emergency surgery; and 2010 one for 8 days; 2015 for 8 days; and 2016 for 8 days.  Filed complaints to Citizens Commission for Human Rights in 1991 and 2008.
- **Manipulation and Theft of Documents.** Numerous thefts and manipulation of all legal and business documents both in paper and in electronic format have occurred since 1987. Microfiche/Microfilming began in 1987 and other measures to secure documents have been ongoing to present.   Numerous complaints have been filed with law enforcement since 1987.
- **False Imprisonments.** Lancaster County Prison, 7 days in 1987; Stone Harbor, New Jersey, several hours in 1991; Lancaster County Prison 60 days in 2006; Lancaster County Prison 28 days in 2017.
- **Dismissed Criminal Charges Leading To False Arrests.** Over 30 since 1987.
- **Illegal and Fabricated No Trespass Notices.** Over 40 since 2005 to the Present.

I, **Complainant, PRO SE PLAINTIFF STAN J. CATERBONE** have been a Targeted Individual, TI, and Victim since 1987. In 1987 I blew the whistle (public Allegations and Complaints to State and Federal Authorities of Fraud during merger negotiations with British Defense Contractor Ferranti International) on an international defense contractor named International Signal & Control, or ISC, who was selling arms (Everything from Telemetry Systems to Cluster Bombs) to Iraq via South Africa and was convicted of a $1 Billion dollar Fraud in 1992 by the United States Attorney and several other federal agencies. See ABC/News 20/20 and Nightline in 1991. They were founded and headquartered in my hometown of Lancaster, Pennsylvania. I was a shareholder and was solicited by a top ISC Executives (Convicted as a Mastermind of the Billion Dollar Fraud) to help finance some of their operations through an affiliate called United Chem Con.

ISC was a Department of Defense (DOD) Contractor and a partner with United States Intelligence Agencies since it's beginnings in the early 1970's. One of it's first contracts was Project X with the National Security Agency or NSA of Ft. Meade, Maryland. Former Secretary of the Navy, Bobby Ray Inman was on the Board of Directors of ISC and was also on the Board of Directors of Science Applications International Corporation, or SAIC. SAIC was a huge defense contractor that was the recipient of the Defense Intelligence Agency, or DIA, program on Remote Viewing, which SAIC named Project Stargate. It was reported that Bobby Ray Inman declined the nomination for Secretary of Defense under the first Clinton Administration because of the ISC and Trecor scandals. In the early 1990's I was a subcontractor on a project for the Defense Advanced Research Project Agency, or DARPA, with the National Institute of Standards and Technology, or NIST called TIMIT. The project developed speech corpora for the development of computer based speech recognition systems. I was also involved in the bidding of other Department of Defense contracts dealing with information technologies. In 1998 I was stalked and approached by an employee of the National Security Agency, or NSA in York, Pennsylvania who said my problems were not with the NSA, but the "good ole boys". In 2005 I was detained by 2 Defense Intelligence Agency, or DIA officers in a museum on a military base in Austin, Texas and was questioned and interviewed regarding my civil actions filed in federal court for several hours. I was released and told to stay off of all military bases. My brother, a Family Physician in Austin Texas had to verify my travel plans and the fact that I was staying with him prior to my release.

My father alleged he was part of U.S. Navy experiments in the 1940's and experienced synthetic telepathy in the 1970's, 1980's and 1990's as outlined in memos and documents he had authored; and from my personal conversations with him prior to his death. Ms. Amy Fuchs of the Disclosure Project confirmed that he was most likely given an ET experience via synthetic telepathy. He died in 2001 in New York City of cancer. My brother was in the U.S. Air Force in the late 1960's and I allege was a victim of the LSD experiments relating to MKULTRA in the late 1960's and a victim of murder (Suspicious Suicide with tainted medical reports) in Santa Barbara

California in 1984;  Notarized Complaints were filed to the California Attorney General in 1991. He made a declaration type statement prior to his death that he got "bad LSD" while in the U.S. Air Force.

Organized stalking and harassment began in 1987 following the public allegations of fraud within ISC.  As far back as the late 1980's I thought that my mind was being read, or "remotely viewed". During the times that legal Counsel and attorneys were solicited in 1987, 1991, and 1997 Organized Stalking and Harassment and other forms of attacks experienced by Targeted Individuals were severely increased.  In 2005 the U.S. sponsored mind control turned into an all-out assault of mental telepathy; synthetic telepathy; and pain and torture through the use of directed energy devices and/or electromagnetic weapons.   This assault was no coincidence in that it began simultaneously with the filing of the federal action in U.S. District Court, of CATERBONE v. Lancaster County Prison, et. al., or 05-cv-2288.

This targeting has ruined every aspect of my life and must be stopped as much as possible by eliminating the residents of the County of Lancaster Pennsylvania from participating.


**DATE: JUNE 19, 2018**


/S/

**Stan J. Caterbone, Pro Se Litigant**
**ADVANCED MEDIA GROUP**

**Freedom From Covert Harassment & Surveillance,®**
**Registered in Pennsylvania**
**1250 Fremont Street**
**Lancaster, PA   17603**
**www.amgglobalentetainmentgroup.com**
**stancaterbone@gmail.com**
**717-327-1566**

## U.S. DISTRICT COURT FOR THE EASTERN DISTRICT

### CIVIL ACTION – LAW

## In Re:  STANLEY J. CATERBONE and ADVANCED MEDIA GROUP, Plaintiffs

### Case No.  _____

## ORDER

The Plaintiff's Stanley J. Caterbone and Advanced Media Group are requesting your honor to expeditiously prepare an ORDER that  provides the immediate and expeditious relief requested in the PRELIMINARY EMERGENCY INJUNCTION FOR RELIEF dated  19th day of JUNE, 2018.

AND NOW on this _____ day of _____, 2018 I hereby ORDER the residents of the County of Lancaster Pennsylvania to cease and desist against further participation in any way any of the  officially-sanctioned covert Government torture programs, and organized stalking and harassment programs as described herein.  The County of Lancaster Pennsylvania will enlist the media, specifically Lancaster Newspapers and WGAL-TV 8 to provide a public community wide media campaign to bring awareness to this ORDER.  The public awareness campaign shall include such items as prescribed by the ADVANCED MEDIA GROUP.

The ADVANCED MEDIA GROUP, owned and operated by Stan J. Caterbone is a company that was founded in 1989 that has provided "Information Technologies" to both domestic and foreign clients including many government agencies.   The ADVANCED MEDIA GROUP has an extensive library of research materials that could be utilized for the public awareness campaign.  Experts such as Dr. Nick Begich, Dr. John Hall, Dr. Terry Robertson, Juluane McKinney, Cheryl Welsh, Jim Guest, and Derrich Robinson, founder of the human rights organization Freedom From Covert Harassment and Surveillance could all be used for this purpose.  The reprinting of articles of interest, such as the Washington Post story of Harland Gerard By Sharon Weinberger Sunday, January 14, 2007.   To offer scientific evidence of U.S. Sponsored Mind Control the article "Misled and Betrayed How US Cover Stories Are Keeping a Cold War Weapon Neuroweapons and Illegal Human Testing a Secret", June 2013 could be used.   Another excellent article is "In Contravention of Conventional Wisdom CIA "no touch" torture makes sense out of mind control allegations By Cheryl Welsh" published in January 2008.  Information on Church Committee Hearings should also be publicized.   (UPDATED ARTICLES WILL PROVIDED UPON REQUEST FROM THE COURT – TOO MANY TO LIST)

_____
                                                        J.

Dated:  _____

# CASE LAW

## PRO SE & IN FORMA PAUPERIS
• Commonwealth v. Haggentstaller, 699 A. 2d 767 (Pa Superior, 1997), Pro Se Appellant sought Review of Conviction for violation of County for violation of County ordinance with Rule of Appellant Procedure, court conducted a "thorough, independent review of the record", and found sufficient evidence to sustain the conviction.

• Hempfield Township v. Hapchuck 153 Pa. Comwlth. 173620 A. 2d. 668 (1993) Pro Se Brief failed to comply with Pa. Rules of Appellate Procedure, but the failure to comply did not substantially impede the Courts ability to review the issues presented and therefore considered the merits of the case.

• Pa. R. App. P. Rule 552, 561 Indigent § 16.2 In Forma Pauperis, Griffen v. Illinois, 351 U.S. 12, 76 S. Ct. 585, 100 L. Ed. 891 (1956) states Indigent has right to free Trial Transcript for Appeal of Right.

• In Pederson v. South Williamsport Area School District, the courts interpreted due process, as "Essentially fundamental fairness is exactly what due process means". Furthermore, the United States District Courts in Perry v. Coyler (1978, 524 F 2d. 644) have concluded the following: "Even the probability of unfairness can result in a defendant being deprived of his due process Rights...".

• The first issue to address is that of the Plaintiff's right to due process, as prescribed by law. In Pederson v. South Williamsport Area School District, the courts interpreted due process, as "Essentially fundamental fairness is exactly what due process means". Furthermore, the United States District Courts in Perry v. Coyler (1978, 524 F 2d. 644) have concluded the following: "Even the probability of unfairness can result in a defendant being deprived of his due process rights...".

## CIVIL RIGHTS
• §1983 Civil Rights Acts and 18 U.S.C.A. Acts state the following: "The underlying purpose of the scheme of protecting constitutional rights are to permit victims of constitutional violations to obtain redress, to provide for federal prosecution of serious constitutional violations when state criminal proceedings are ineffective for purpose of deterring violations and to strike a balance between protection of individual rights from state infringement and protection from state and local government from federal interference", 18 U.S.C.A. §§ 241, 242; U.S.C.A. – Const. Art. 2, 53; Amend. 13, 14, 5, 15, § 2: 42 U.S.C.A. §§ 1981-1982, 1985, 1988, Fed. Rules Civil Proc. Rule 28, U.S.C.A.

• In Ascolese v. Southeastern Turnpike Authority, C 925 F. supp. 351, the case supports the notion that "One of the principal purposes of § 1983 was to give remedy to parties deprived of Constitutional Rights, privileges, and immunities by Official's abuse of his or her position, that is to provide remedy against individual officials who violate Constitutional Rights, 42 U.S.C.A. § 1983.

## CIVIL CONSPIRACY

• Rico §263 42 § 1985 (2) Persons Involved In Litigation To Be Free From Conspiracy
• In the case of United States v. Holck, 389 F. Supp. 2d. 338, criminal responsibility defines single or multiple conspiracies by the following:

"Governments, without committing variance between single conspiracy charges in an indictment and it's proof at trial may establish existence at continuing core conspiracy which attracts different members at different times and which involves different subgroups committing acts in furtherance of an overall plan". This illustrates the legal analysis of the 1987 conspiracy to cover-up my International Signal & Control, Plc., whistle blowing activities.

• Under Pennsylvania Law, conspiracy may be proved by circumstantial evidence that is by acts and circumstances sufficient to warrant an inference that the unlawful combination has been in front of facts formed for the purpose charged. See Walcker v. North Wales Boro, 395 F. Supp. 2d. 219. In the same case the following was supported: "Arrestee's allegations that the township (Conestoga) and it's police officers were acting in concert and conspiracy and with the purpose of violating arrestee's constitutional rights by subjecting him to unreasonable force, arrest, search, and malicious prosecution and the two (2) or more officers acted together in throwing arrestee to the ground (April 5th, 2006 and August 4th, 2006) and forcing him to take two (2) blood tests and holding him in custody". The preceding pleaded civil conspiracy claims under Pennsylvania Law.

• In order to state a claim for civil conspiracy and a cause of action under Pennsylvania Law, a plaintiff must allege that two (2) or more persons agree or combine with lawful intent to do an unlawful act or to do an otherwise lawful act by unlawful means, with proof of malice with intent to injure the person, his/her property and or business. In the case of United States v. Holck, 389 F. Supp. 2d. 338, criminal responsibility defines single or multiple conspiracies by the following: "Governments, without committing variance between single conspiracy charges in an indictment and it's proof at trial may establish existence at continuing core conspiracy which attracts different members at different times and which involves different subgroups committing acts in furtherance of an overall plan".

• §1983 Civil Rights Acts and 18 U.S.C.A. Acts state the following: "The underlying purpose of the scheme of protecting constitutional rights are to permit victims of constitutional violations to obtain redress, to provide for federal prosecution of serious constitutional violations when state criminal proceedings are ineffective for purpose of deterring violations and to strike a balance between protection of individual rights from state infringement and protection from state and local government from federal interference", 18 U.S.C.A. §§ 241, 242; U.S.C.A. – Const. Art. 2, 53; Amend. 13, 14, 5, 15, § 2: 42 U.S.C.A. §§ 1981-1982, 1985, 1988, Fed. Rules Civil Proc. Rule 28, U.S.C.A.

## ANIT-TRUST

• The Following violations constitute a legitimate Anti-Trust violation under Title 15 of the Federal Statutes. In private Anti-Trust actions, Plaintiff, in addition to proving violations and an injury, must also show that a violation and an injury must also prove that the violation was direct and material to the cause of injury suffered; however, the Plaintiff's burden in causations issues is not as heavy as the Plaintiff only needs to show a casual relation with reasonable probability to a fair degree of certainty (Anderson Foreign Motors, Inc. v. New England Toyota Distributors, Inc., D.C. Mass 1979, 475. Supp.).

## RICO

• **The Racketeer Influenced and Corrupt Organizations Act (commonly** referred to as **RICO**) is a United States federal law which provides for extended penalties for criminal acts performed as part of an ongoing criminal organization. RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970, Pub. L. No. 91-452, 84 Stat. 922 (Oct. 15, 1970). RICO is codified as Chapter 96 of Title 18 of the United States Code, 18 U.S.C. § 1961 through 18 U.S.C. § 1968.

• It has been speculated that the name and acronym were selected in a sly reference to the movie *Little Caesar*, which featured a notorious gangster named "Rico." The original drafter of the bill, G. Robert Blakey, has refused to confirm or deny this.[1]

## Contents
1 Summary
2 RICO offenses and definitions
3 Where RICO laws might be applied
4 Famous cases
5 References
6 External links

## Summary
Under RICO, a person or group who commits any two of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period and, in the opinion of the US Attorney bringing the case, has committed those crimes with similar purpose or results can be charged with racketeering. Those found guilty of racketeering can be
fined up to $25,000 and/or sentenced to 20 years in prison. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity." The act also contains a civil component that allows plaintiffs to sue for triple damages. When the U.S. Attorney decides to indict someone under RICO, he has the option of seeking a pre-trial restraining order or injunction to prevent the transfer of potentially forfeitable property, as well as require the defendant to put up a performance bond. This provision is intended to force a defendant to plead guilty before indictment. There is also a provision for private parties to sue. A "person damaged in his business or property" can sue one or more "racketeers." There must also be an "enterprise." The defendant(s) are not the enterprise, in other words, the defendant(s) and the enterprise are not one and the same. There must be one of four specified relationships between the defendant(s) and the enterprise. This lawsuit, like all Federal civil lawsuits, can take**place in either Federal or State court. http://www.dealer-magazine.com/index.asp?**article=481

## RICO offenses and definitions Racketeering activity means:
Any act or threat involving gambling, murder, kidnapping, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year;

Any act which is indictable under a wide variety of specific provisions of title 18 of the United States Code relating to bribery, Counterfeiting, theft, embezzlement, fraud, obscene matter, obstruction of justice, slavery, racketeering, gambling, money laundering, commission of murder-for-hire, etc. Any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501 (c) (relating to embezzlement from union funds), Any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of

the Controlled Substances Act), punishable under any law of the United States, Any act which is indictable under the Currency and Foreign Transactions Reporting Act, Any act which is indictable under the Immigration and Nationality Act, section 274 (relating to Bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or Any act that is indictable under any provision listed in section 2332b (g)(5) (B);

**Pattern of racketeering activity** requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

## Where RICO laws might be applied

Although some of the RICO predicate acts are extortion and blackmail, one of the most Successful applications of the RICO laws has been the ability to indict or sanction individuals for their behavior and actions committed against witnesses and victims in alleged retaliation or retribution  for cooperating with law enforcement or **intelligence agencies. The RICO laws can be alleged in cases where civil lawsuits or**
criminal charges are brought against individuals or corporations in retaliation for said individuals or corporations working with law enforcement, or against individuals or corporations who have sued or filed criminal charges against a defendant. Anti-SLAPP (strategic lawsuit against public participation) laws can be applied in an attempt to curb alleged abuses of the legal system by individuals or corporations who utilize the courts as a weapon to retaliate against whistle blowers, victims, or to silence anther's speech. RICO could be alleged if it can be shown that lawyers and/or their clients co nspired and collaborated to concoct fictitious legal complaints solely in retribution and retaliation for themselves having been brought before the courts. These laws also apply to victims of clergy abuse where statute of limitations has run out.

## Famous cases

On November 21, 1980, Frank "Funzi" Tieri was the first Cosa Nostra boss to be convicted under the RICO Act. In 1988, the owner of Florida Title Insurance, Inc. in Panama City, Florida sent copies of proposed qui.tam suit against 32 defendants with 12 Counts of Racketeering to the Justice Department as required, just to get them returned in a plain manila envelope with no cover letter regarding the RICO Act violations involving a competitor company, the IRS, with the IRS Agent threatening the life of Plaintiff on behalf of defendants and others. IRS Agent was found dead just days after being served by U.S. Marshals. Autopsy was conducted by Coroner later convicted of Murder. Case went before numerous Federal Judges in Northern District of Florida, who denied all motions including one for discovery conference, seizure of assets due to the defendant's failure to appear, 11th Circuit on Appeal with 15 minute argument (first hearing) with most spent trying to get the Government to have an independent autopsy of the IRS Agent and was denied access to Supreme Court due to minute error in spacing and Clerical Abuse of discretion in pro.ce case. In 2002, the former minority owners of the Montréal Expos baseball team filed charges under the RICO Act against Major League Baseball commissioner Bud Selig and former Expos owner Jeffrey Loria, claiming that Selig and Loria deliberately conspired to devalue the team for personal benefit in preparation for a move. If found guilty,
Major League Baseball could have been found liable for up to $300 million in punitive damages. The case lasted for two years, successfully stalling the Expos' move to Washington or contraction during that time. It was eventually sent to arbitration and settled for an undisclosed sum, permitting the move to Washington to take place. This happened notably after **Loria, now owner of the Florida Marlins, had received a significant financial boost** after winning the World Series and Selig refused to permit the Expos to engage in

September callups, effectively ending their chances at making the playoffs. RICO laws were cited in *NOW v. Scheidler*, a suit in which certain parties sought damages and an injunction against anti-abortion activists who physically block access to abortion clinics. In 2005, Tanya Andersen of Oregon responded to a lawsuit on

behalf of Atlantic Records by in turn suing them under the RICO laws. Her suit alleges that RIAA members, in this particular case Atlantic, engaged in illegal computer trespass, extortion, and unfair trade practices under Oregon state law. On April 26, 2006 the Supreme Court heard Mohawk Industries, Inc. v. Williams, which

concerned what sort of corporations fell under the scope of RICO. Mohawk Industries had allegedly hired illegal aliens, in violation of RICO. The court will decide whether or not Mohawk Industries, along with recruiting agencies, constitutes an 'enterprise' that can be prosecuted under RICO.

### References

RICO Suave (http://www.snopes.com/language/acronyms/rico.asp) . *Snopes.com*:(21 December 2004). Retrieved on 2006-03-26. 1.

### External links

RICO Act from Cornell University'sU. S. Code database (http://www.law.cornell.edu/uscode/html/uscode18/usc_sup_01_18_10_I_20_96.ht ml) Detail of Tanya Andersen's claim against Atlantic Records (http://recordingindustryvspeople.blogspot.com/2005/10/oregon-riaa-victim-fightsback-sues.html) Retrieved from http://en.wikipedia.org/wiki/Racketeer_Influenced_and_Corrupt_Organizations_Act Categories: Articles with weasel words | United States federal legislation | Organized crime terminology

### DO I HAVE A RICO CLAIM?

This is by far the most common question that I receive at Ricoact.com. There is no simple answer to this question because the answer depends upon the unique facts of each case. I have found, however, that a large percentage of potential RICO claims are undermined by the following considerations:

**A RICO claim cannot exist in the absence of criminal activity.** The simplest way to put this concept is: no crime – no RICO violation. This rule applies even in the context of civil RICO claims. Every RICO claim must be based upon a violation of one of the crimes listed in 18 U.S.C. § 1961(1). The RICO Act refers to such criminal activity as racketeering activity. RICO claims cannot be based upon breach of contract, broken promises, negligence, defective product design, failed business transactions, or any number of other factual scenarios that may give rise to other claims under the common law. This being said, a RICO claim can be based upon violations of the criminal mail and wire fraud statutes. The mail and wire fraud statutes are very broad. **Some creative lawyers have succeeded in arguing that the** mail and wire fraud statutes have been violated by fact patterns that superficially appear to give rise only to claims of negligence, breach of contract, and other actions giving rise to common law rights. If a RICO claim is based only upon violations of the mail or wire fraud statutes, however, courts are likely to subject the claims to stricter scrutiny. Courts look more favorably upon RICO claims based upon true criminal behavior, such as bribery, kickbacks, extortion, obstruction of justice, and clearly criminal schemes that are advanced by the use of the mails and wires.

**RICO addresses long-term, not one-shot, criminal activity.** Not only must a RICO claim be based upon criminal activity, but the criminal acts must constitute a "pattern" of criminal activity. A single criminal act, short-term criminal conduct, or criminal actions that bear no relationship to each other will not give rise to a RICO claim. The United States Supreme Court

has ruled that criminal actions constitute a "pattern" only if they are related and continuous. In order to be "related," the criminal acts must involve the same victims, have the same methods of commission, involve the same participants, or be related in some other fashion. A pattern may be sufficiently continuous if the criminal actions occurred over a substantial period of time or posed a threat of indefinite duration. The former patterns are referred to as closed-ended patterns; the latter patterns are referred to as open-ended patterns. Accordingly, even if you have been injured by a criminal act, you will not have a RICO claim unless that criminal act is part of a larger pattern of criminal activity. **Your claim may be barred by the statute of limitations if you discovered or reasonably should have discovered your injury four or more years ago.**

Many people are mistaken that civil RICO claims are not subject to a statute of limitations. True, Congress failed to include a statute of limitations when it passed the RICO Act, but the United States Supreme Court has remedied that oversight and imposed a four-year statute of limitations on all civil RICO claims. Civil Rico's statute of limitations begins to run when the victim discovers or reasonably should have discovered its injury. Many people also believe that the statute of limitations is reset every time a new criminal act is committed - this is not true. Once a victim is aware or should be aware of its injury, the victim has four years to discover the remaining elements of its claim and bring suit. A victim cannot sit on its rights and refrain from filing suit in the face of known injuries. **That being said, however, there are several equitable doctrines that may toll or suspend the running of the statute of limitations. If a defendant fraudulently conceals facts that are essential to the victim's ability to purse its rights, the running of the statute of limitations may be tolled. In addition, acts of duress, such as "if you sue me, I'll kill you," may toll the running of the statute of limitations. All tolling doctrines are based upon whether it is fair, under the circumstances, to bar the victim's claims on the basis of the running of the statute of limitations. Also, if a defendant engages in a new pattern of rackeeting, that causes new and independent injuries, a new limitations period may apply to those new and independent injuries. Of course, these are merely general considerations. Consult with an attorney to determine whether the facts of your particular case give rise to a RICO claim.**

**FEDERAL FALSE CLAIMS ACT**
**The Federal False Claims Act**
**TITLE 31. MONEY AND FINANCE**
**SUBTITLE III. FINANCIAL MANAGEMENT**
**CHAPTER 37. CLAIMS**
**SUBCHAPTER III. CLAIMS AGAINST THE UNITED STATES GOVERNMENT**
**31 USCS § 3729-33**
**§ 3729. False claims**
**§ 3730. Civil actions for false claims**
**§ 3731. False claims procedure**
**§ 3732. False claims jurisdiction**
**§ 3733. Civil investigative demands**
**§ 3729. False claims**

(a) Liability for certain acts. Any person who--
    (1) knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval;
    (2) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government;
    (3) conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;
    (4) has possession, custody, or control of property or money used, or to be used, by the Government and, intending to defraud the Government or willfully to conceal the property, delivers, or causes to be delivered, less property than the amount for which the person receives a certificate or receipt;
    (5) authorized to make or deliver a document certifying receipt of property used, or to be used, by the Government and, intending to defraud the Government, makes or delivers the receipt without completely knowing that the information on the receipt is true;
    (6) knowingly buys, or receives as a pledge of an obligation or debt, public property from an officer or employee of the Government, or a member of the Armed Forces, who lawfully may not sell or pledge the property; or **(7) knowingly makes, uses, or causes to be       made or used, a false record or** statement to conceal, avoid, or decrease an obligation to pay or  transmit money or property to the Government, is liable to the United States Government for a civil
penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Government sustains because of the act of that person, except that if the court finds that—
    (A) the person committing the violation of this subsection furnished officials of the United    States responsible for investigating false claims violations    with all information known to such person about the violation within 30 days after the    date on which the defendant first   obtained the information;
    (B) such person fully cooperated with any Government investigation of such violation; and
    (C) at the time such person furnished the United States with the information about
the violation, no criminal prosecution, civil action, or administrative action had commenced under this title with respect to such violation, and the person did not have actual knowledge of the existence of an investigation into such violation; the
court may assess not less than 2 times the amount of damages which the Government sustains because of the act of the person. A person violating this subsection shall also be liable to the United States Government for the costs of a

civil action brought to recover any such penalty or damages.
(b) Knowing and knowingly defined. For purposes of this section, the terms
"knowing" and "knowingly" mean that a person, with respect to information--
    (1) has actual knowledge of the information;
    (2) acts in deliberate ignorance of the truth or falsity of the information; or
    (3) acts in reckless disregard of the truth or falsity of the information, and no
    proof of specific intent to defraud is required.
(c) Claim defined. For purposes of this section, "claim" includes any request or
demand, whether under a contract or otherwise, for money or property which is
made to a contractor, grantee, or other recipient if the United States Government
provides any portion of the money or property which is requested or demanded,
or if   the Government will reimburse such contractor, grantee, or other recipient
for any portion of the money or   property
which is requested or demanded.
(d) Exemption from disclosure. Any information furnished pursuant to subparagraphs

(A) through (C) of subsection (a) shall be exempt from disclosure under section 552 of title 5.
**(e) Exclusion. This section does not apply to claims, records, or statements made**
under the Internal Revenue Code of 1986.

## § 3730. Civil actions for false claims
(a) Responsibilities of the Attorney General. The Attorney General diligently shall investigate a
violation under section 3729. If the Attorney General finds that a person has violated or is
violating section 3729, the Attorney General may bring a civil action under this section against
the person.
(b) Actions by private persons.
    (1) A person may bring a civil action for a violation of section 3729 for the person
    and for the United States Government. The action shall be brought in the name of
    the Government. The action may be dismissed only if the court and the Attorney
    General give written
    consent to the dismissal and their reasons for consenting.

    (2) A copy of the complaint and written disclosure of substantially all material
    evidence and information the person possesses shall be served on the Government
    pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure. The complaint shall
    be filed in camera, shall remain under seal for at least 60 days, and shall not be
    served on the defendant until the court so orders. The Government may elect to
    intervene and proceed with the action within 60 days after it receives both the
    complaint and the material evidence and information.

    (3) The Government may, for good cause shown, move the court for extensions of
    the time during which the complaint remains under seal under paragraph (2). Any such
    motions may
    be supported by affidavits or other submissions in camera. The defendant shall not
    be required to respond to any complaint filed under this section until 20 days after
    the complaint is unsealed and served upon the defendant pursuant to Rule 4 of the
    Federal Rules of     Civil Procedure.

    (4) Before the expiration of the 60-day period or any extensions obtained under
    paragraph
    (3), the Government shall--
        (A) proceed with the action, in which case the action shall be conducted by the
        Government; or
        (B) notify the court that it declines to take over the action, in which case the

person bringing the action shall have the right to conduct the action.
**Government** may intervene or bring a related action based on the facts underlying the pending action.

(c) Rights of the parties to qui tam actions.
(1) If the Government proceeds with the action, it shall have the primary responsibility for prosecuting the action, and shall not be bound by an act of the person bringing the action. Such person shall have the right to continue as a party to the action, subject to the limitations set forth in paragraph (2).
(2) (A) The Government may dismiss the action notwithstanding the objections of the person initiating the action if the person has been notified by the Government of the filing of the motion and the court has provided the person with an opportunity for a hearing on the motion.
(B) The Government may settle the action with the defendant notwithstanding the objections of the person initiating the action if the court determines, after a hearing, that the proposed settlement is fair, adequate, and reasonable under all the circumstances. Upon a showing of good cause, such hearing may be held in camera.
(C) Upon a showing by the Government that unrestricted participation during the course of the litigation by the person initiating the action would interfere with or unduly delay the Government's prosecution of the case, or would be repetitious, irrelevant, or for purposes of harassment, the court may, in its discretion, impose limitations on the person's participation, such as--
    (i) limiting the number of witnesses the person may call;
    (ii) limiting the length of the testimony of such witnesses;
    (iii) limiting the person's cross-examination of witnesses; or
    (iv) otherwise limiting the participation by the person in the litigation.
(D) Upon a showing by the defendant that unrestricted participation during the course of the litigation by the person initiating the action would be for purposes of harassment or would cause the defendant undue burden or unnecessary expense, the court may limit the participation by the person in the litigation.
(3) If the Government elects not to proceed with the action, the person who initiated the action shall have the right to conduct the action. If the Government so requests, it shall be served with copies of all pleadings filed in the action and shall be supplied with copies of all deposition transcripts (at the Government's expense). When a person proceeds with the action, the court, without limiting the status and rights of the person initiating the action, may nevertheless permit the Government to intervene at a later date upon a showing of good cause. **Government**
that certain actions of discovery by the person initiating the action would interfere with the Government's investigation or prosecution of a criminal or civil matter arising out of the same facts, the court may stay such discovery for a period of not more than 60 days. Such a showing shall be conducted in camera. The court may extend the 60-day period upon a further showing in
camera that the Government has pursued the criminal or civil investigation or proceedings with reasonable diligence and any proposed discovery in the civil action will interfere with the ongoing
criminal or civil investigation or proceedings.
(5) Notwithstanding subsection (b), the Government may elect to pursue its claim through any alternate remedy available to the Government, including any administrative proceeding to determine a civil money penalty. If any such alternate remedy is pursued in another proceeding, the person initiating the action shall have the same rights in such proceeding as such person would have had if the action had continued under this section. Any finding of fact or conclusion of
law made in such other proceeding that has become final shall be conclusive on all parties to an action under this section. For purposes of the preceding sentence, a

**STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE**

finding or conclusion is final if it has been finally determined on appeal to the appropriate court of the United States, if all time for filing such an appeal with respect to the finding or conclusion has expired, or if the finding or conclusion is not subject to judicial review.

(d) Award to qui tam plaintiff.

(1) If the Government proceeds with an action brought by a person under subsection (b), such person shall, subject to the second sentence of this paragraph, receive at least 15 percent but not more than 25 percent of the proceeds of the action or settlement of the    claim, depending upon the extent to which the person substantially contributed to the prosecution of the action. Where the action is one which the court finds to be based primarily on disclosures of specific information (other than information provided by  the person bringing the action) relating to allegations or transactions in a criminal, civil, or administrative hearing, in a congressional, administrative, or Government

[General] Accounting Office report, hearing, audit, or investigation, or from the news media, the court may award such sums as it considers appropriate, but in no case more than 10 percent of the proceeds, taking into account the significance of the information and the role of the **person bringing the action in advancing the case to litigation.        Any payment to a** first or second sentence of this paragraph shall be made from the proceeds. Any

such person shall also receive an amount for reasonable expenses which the court finds to have been necessarily incurred, plus reasonable attorneys' fees and costs. All such expenses, fees, and costs shall be awarded against the defendant.

……..


**June 19, 2018**


**Respectfully,**

**Stan J. Caterbone, Pro Se Litigant**
**ADVANCED MEDIA GROUP**
**Freedom From Covert Harassment & Surveillance,®**
**Registered in Pennsylvania**
**1250 Fremont Street**
**Lancaster, PA   17603**
**www.amgglobalentetainmentgroup.com**
**stancaterbone@gmail.com**
**717-327-1566**

**Notice and Disclaimer:** Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media. Reply if you wish to be removed from our Contact List. How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel (And the Torture from U.S. Sponsored Mind Control)?

## STAN J. CATERBONE IS ACTIVE IN THE FOLLOWING COURTS FOR 2018

- **U.S. SUPREME COURT**
- **UNITED STATES THIRD CIRCUIT COURT OF APPEALS**
- **UNITED STATES ELEVENTH CIRCUIT COURT OF APPEALS**
- **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
- **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
- **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
- **UNITED STATES BANKRUPTCY COURT FOR EASTERN PENNSYLVANIA**
- **PENNSYLVANIA SUPERIOR COURT, EASTERN DISTRICT**
- **PENNSYLVANIA SUPERIOR COURT, MIDDLE DISTRICT**
- **LANCASTER COUNTY COURT OF COMMON PLEAS, CIVIL DIVISION**
- **LANCASTER COUNTY COURT OF COMMON PLEAS, CRIMINAL DIVISION**
- **6 LANCASTER COUNTY MAGISTERIAL DISTRICT COURTS**

## ACTIVE COURT CASES

- **J.C. No. 03-16-90005 Office of the Circuit Executive, United States Third Circuit Court of Appeals - COMPLAINT OF JUDICIALMISCONDUCT OR DISABILITY re 15-3400 and 16-1149; 03-16-900046 re ALL FEDERAL LITIGATION TO DATE**
- **U.S. Supreme Court Pending U.S.C.A. Third Circuit 17-1904 PENDING**
- **U.S. Supreme Court Case No. 16-6822 PETITION FOR WRIT OF CERTIORARI re Case No. 16-1149 MOVANT for Lisa Michelle Lambert**
- **U.S.C.A. Third Circuit Court of Appeals Case No. 17-1904 CATERBONE v. NSA, et.al.,; Case No. 17-3400 Habeus Corpus; Case No. 16-3284; Case No. 16-1149 MOVANT for Lisa Michelle Lambert;15-3400 MOVANT for Lisa Michelle Lambert;; 16-1001; 07-4474**
- **U.S.C.A. ELEVENTH CIRCUIT Court of Appeals, Atlanta, GA – Case No. 18-10134-C Ft. Lauderdale Shooter AMICUS Appeal**
- **U.S. District Court Eastern District of PA Case No. 17-5133 Chapter 11 Appeal; Case No. 17-01233 Chapter 11 Appeal for 17-10615; Case No. 17-0867 Preliminary Injunction from Middle District; Case No. 16-4014 CATERBONE v. United States, et.al.; Case No. 16-cv-49; 15-03984; 14-02559 MOVANT for Lisa Michelle Lambert; 05-2288; 06-4650, 08-02982;**
- **U.S. District Court Middle District of PA Case No. 16- 2513 INJUNCTION; Case No. 16-cv-1751 PETITION FOR HABEUS CORPUS**
- **Commonwealth of Pennsylvania Judicial Conduct Board – Case No. 2016-462 Complaint against Lancaster County Court of Common Pleas Judge Leonard Brown III**
- **Pennsylvania Supreme Court Case No. 353 MT 2016; 354 MT 2016; 108 MM 2016 Amicus for Kathleen Kane**
- **Superior Court of Pennsylvania 3575 EDA 2016 Amicus for Kathleen Kane; Summary Appeal Case No. CP-36-SA-0000219-2016, AMICUS for Kathleen Kane Case No. 1164 EDA 2016; Case No. 1561 MDA 2015; 1519 MDA 2015; 16-1219 Preliminary Injunction Case of 2016**
- **Lancaster County Court of Common Pleas Case No. 16-05815 Injunction; Case No. 16-08472 INJUNCTION re Pain Meds; Case No. 15-10167 Film Commission; Case No. 08-13373; 15-10167; 06-03349, CI-06-03401**
- **U.S. Bankruptcy Court for The Eastern District of Pennsylvania Case No. 17-16204; Case No. 17-10615; Case No. 16-10157**

# CERTIFICATE OF SERVICE

And now on this 19th day of JUNE, 2018, I Stan J. Caterbone, appearing Pro Se do hereby attest that a true and correct copy of this **PRELIMINARY INJUNCTION FOR EMERGENCY RELIEF** will be provided upon the approval of the In Forma Pauperis and at which time the COURT orders it necessary.

June 19, 2018

Respectfully,

Stan J. Caterbone, Pro Se Litigant
ADVANCED MEDIA GROUP
Freedom From Covert Harassment & Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA  17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
717-327-1566

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

# EXHIBIT

**DVD - THE STAN J. CATERBONE HATE CRIME REPORT re The City and County of LANCASTER, Pennsylvania Sunday June 17, 2018**

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE[©]




**Stan J. Caterbone**
**ADVANCED MEDIA GROUP**
**Freedom From Covert Harassment &**
**Surveillance,**[®]
**Registered in Pennsylvania**
**1250 Fremont Street**
**Lancaster, PA  17603**
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
**717-327-1566**



# THE HATE CRIME REPORT[©]
## re The City and County of LANCASTER, Pennsylvania
### Sunday June 17, 2018

_____

This report is the culmination of 31 years of research, documentation, trials and tribulations that grew from the founding of Financial Management Group, Ltd., and the meeting of June 23, 1987 with an executive from International Signal & Control, or ISC.  THE PROGRAM (my own term), as I call it, started out as a cover-up of the Federal Whistleblowing activities regarding ISC in 1987 utilizing a harassment campaign; false arrests; and fabricated mental illness and suicide attempts.  Then in 2005 as I filed my first Federal complaint in U.S. District Court; it dramatically turned into a victimization of Organized Gang Stalking and Electromagnetic Weapon Attacks.  Then in 2017 under the TRUMP Administration it turned into a Landmark FEDERAL HATE CRIME.

Through my research and close inspection of family documents, including files, audio recordings, photos, etc., I came to the horrific realization that the U.S. Sponsored Mind Control and the criminal acts of the Lancaster City Police Department were started back in the 1960's from the victimization of Samuel P. Caterbone, Jr.,my father.  During the course of years, he had personally described his own victimization of synthetic telepathy, believing he was communicating with aliens. I started investigating the murder of my brother, Sammy, immediately following his death on Christmas Day of 1984.  Through his declaration to me on the beach of Santa Barbara, California regarding the LSD administered to him while in the U.S. Air Force in the late 1960's.   This is how the family victimization of U.S. Sponsored Mind Control was proven.

Today, THE PROGRAM consists of the utilization of remote neural monitoring by federal, state, and local law enforcement to read my mind, coupled with COINTELPRO-LIKE surveillance and harassment campaigns that culminate into an environment where intellectual property and privacy rights are turned against me to form a LANDMARK HUMAN RIGHTS VIOLATION and  a FEDERAL HATE CRIME.

_____

**Stan J. Caterbone, Pro Se**
**ADVANCED MEDIA GROUP**

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

## I) OBJECTIVES OF THE HATE CRIME

- **OBSTRUCTION OF DUE PROCESS AND JUSTICE OF ALL LEGAL PRECEEDINGS**

- **EXTORTION OF ALL FINANCIAL ASSETS**

- **LIBEL AND SLANDER PROFESIONAL REPUTATION**

- **FABRICATION OF CRIMINAL RECORD**

- **FABRICATION OF MENTAL HEALTH RECORD**

- **PROVIDE DEFENSE FOR ALL DEFENDANTS IN LOCAL, STATE, AND FEDERAL COURTS**

- **RECONSTRUCT HISTORY OF STAN J. CATERBONE, SAMUEL P. CATERBONE, JR., (FATHER); SAMMY CATERBONE, (BROTHER), AND TOMMY CATERBONE, (BROTHER)**

- **CONTINUE TO COVER-UP THE ORIGINAL 1987 WHISTLEBLOWING ACTIVITIES REGARDING INTERNATIONAL SIGNAL AND CONTROL, Plc., OR ISC**

- **DISPUTE ALL FACTUAL EVIDENCE OF U.S. SPONSORED MIND CONTROL HISTORY AND CURRENT ACTIVITIES OF MILITARY-INTELLIGENCE AGENCIES**

- **DISPUTE THE ALLEGATIONS OF GROUND-ZERO AS IT RELATES TO THE SYNERGY AND HISTORY OF BOBBY RAY INMAN, ROBERT ZOOK, Mathew Baurash, STAN J. CATERBONE, SAMUEL P. CATERBONE, AND SAMMY CATERBONE**

## II) TACTICS USED TO FACILITATE THE HATE CRIME

- **UNJUST ENRICHMENT: A general equitable principle that no person should be allowed to profit at another persons expense without making restitution for the reasonable value of any property, services, or other benefits that have been unfairly received and retained.**

- **COINTELPRO-LIKE TACTICS BY LOCAL AND STATE POLICE, AND FEDERAL LAW ENFORCEMENT AGENCIES**

- **COMMUNITY GANG-STALKING**

- **EXTENSIVE HARASSMENT CAMPAIGNS**

- **EXTENSIVE COMPUTER AND ELECTRONICS HACKING CAMPAIGNS**

- **EXTENSIVE ELECTROMAGNETIC WEAPONS ATTACKS THROUGH MICROWAVE TECHNOLOGIES**

- **EXTENSIVE CAMPAIGNS OF VANDALISM AND THEFTS OF PERSONAL AND REAL PROPERTY**

- **THE USE OF POISONING AND TAINTING OF FOODS**

- **THE USE OF THE ELECTROMAGNETIC WEAPONS TO CAUSE SYMPTOMS SUCH AS A RUNNING NOSE, CHOKING, AND THE INVOLUNTARY MOVEMENTS OF THE BODY**

- **THE CRIPPLING OF THE LEGS AND CORE TO THE POINT OF MAKING IT NEAR IMPOSSIBLE TO WALK**

- **THE DISSEMINATION AND DISTRIBUTION ON A MASS SCALE OF FORGED AND FABRICATED DOCUMENTS AND NARRATIVES THAT COMPLETELY DISCREDIT THIS REPORT**

- **THE USE OF A DATE-RAPE DRUG, POSSIBLY ROHIPNOL AT NIGHT**

- **THE USE OF AEROSOL SPRAYS AND OTHER MEANS OF CHLOROPHORME-LIKE AGENTS**

- **EXTENSIVE CIVIL RIGHTS VIOLATIONS ESPECIALLY WITH REGARDS TO COMPLAINTS TO LAW ENFORCEMENT REGARDING ANY OF THE ABOVE**

- **THE SIGNING OF 3 NEW EXECUTIVE ORDERS IN THE FIRST 3 MONTHS BY THE TRUMP ADMINISTRATION TO EXPAND COMMUNITY POLICING AND ENCOURAGING UNFETTERED ABUSES BY LAW ENFORCEMENT**

- **EXTENSIVE CAMPAIGN TO SABATAGE ALL COURT FILINGS BY PERPETRATORS AND THE CLERKS OF THE RESPECTIVE COURTS; KNOWING THERE IS NO PROCEDURE OR NO AUTHORITY THAT PROVIDES ANY OVERSIGHT, INCLUDING JUDICIAL REVIEW BOARDS THAT ONLY INCLUDE JUDGES**

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

## III) THE EVIDENCE

**STAN CATERBONE ONLINE EVIDENCE FOR REVIEW FOLDERS**
**LINKS TO 4 ONLINE FOLDERS OF OVER 700 DOCUMENTS, AUDIO RECORDINGS, VIDEOS, AND COURT FILINGS SUPPORTING AS EVIDENCE OF THE FOLLOWING CLAIMS (CLICK HERE)**
https://drive.google.com/open?id=0BwT2QmkUTiXcQlZ6YWR3MTZJTkE

**THE SUPPORTING FILES AND EVIDENCE PROVIDES SUBSTANTIAL PROOF OF THE FOLLOWING CLAIMS AND ALLEGATIONS:**

1. OBSTRUCTION OF JUSTICE AND DUE PROCESS UTILIZING A FEDERAL COINTELPRO-LIKE PROGRAM USING FEDERAL, STATE, AND LOCAL LAW ENFORCEMENT AND THE FORGING, DELETING, AND MANIPULATION OF COURT FILINGS BY CLERKS AND JUDGES SINCE 1987

2. IN DR. JOHN HALL'S BOOK, "SATELLITE TERRORISM IN AMERICA" AND IN HIS MANY INTERVIEWS, HE DETAILS THAT THE VICTIMIZATION OF HIS THEN GIRLFRIEND WAS BEING CARRIED OUT BY FORMER FBI AGENTS

3. VICTIMIZATION OF U.S. SPONSORED MIND CONTROL AND RELATED ELECTROMAGNETIC WEAPONS SINCE 2005 AS PROVEN IN THE SOCIAL SECURITY DISABILITY FILE

4. THE AWARDING OF SOCIAL SECURITY DISABILITY BENEFITS IN AUGUST 2009 SPECIFICALLY FOR THE VICTIMIZATION OF U.S. SPONSORED MIND CONTROL SINCE DECEMBER OF 2005

5. THE LONG-TERM CLASSIFICATION OF A PENNSYLVANIA DEPARTMENT OF TRANSPORTATION HANDICAP PLACARD FOR PHYSICAL AILMENTS RELATED TO THE SUSTAINED DEGRADATION OF THE LOWER EXTREMETIES AND CORE DUE TO THE EXTREME FREQUENCY OF THE ATTACKS OF THE ELECTROMAGNET WEAPONS SINCE 2015

6. THE UTILIZATION OF LOCAL ORGANIZED GANG-STALKING GROUPS TO INDUCE BULLYING AND HARASSMENT CAMPAIGNS OF EXTREME NATURE SINCE 1987

7. THE FABRICATION AND FALSE STATEMENTS OF WITNESSES, POLICE, AND SOME JUDGES RESULTING IN OVER 30 FALSE ARRESTS AND OVER 40 ILLEGAL NO-TRESPASS NOTICES SINCE 1987

8. THE UTILIZATION OF LAW ENFORCMENT AND CITIZENS TO INDUCE A FEDERALY FUNDED NATIONAL HATE CRIME

9. THE DAILY VANDALISM AND THEFTS OF BOTH THE HOME AND AUTO RESULTING IN TENS OF THOUSANDS OF DOLLARS OF CASH LOSSES

10. THE CUMULATION OF SOME $1,000,000 IN LEGAL PRO SE BILLINGS FOR THE OVER 160 COURT CASES SINCE 2005 WITH CASE LAW SUPPORTING THAT THE BILLINGS WILL BE PAID

11. THE CUMULATIVE VALUE OF THE FEDERAL ANTI-TRUST CASE WORTH OVER $250 MILLION DOLLARS SINCE 1987

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

12. THE FEDERAL FALSE CLAIMS ACT AND WHISTLEBLOWING ACTIVITIES REGARDING LOCAL DEFENSE CONTRACTOR INTERNATIONAL SIGNAL AND CONTROL, PlC., (ISC) AND THE RELATIONSHIP OF A COVERT OPERATION WITH THE CENTRAL INTELLIGENCE AGENCY, CIA AND THE NATIONAL SECURITY AGENCY, NSA SINCE 1987

13. THE FACT THAT LOCAL DISTRICT ATTORNEY CRAIG STEDMAN IS A FORMER AND MAYBE PRESENT DEPARTMENT OF DEFENSE AND ARMY INTELLIGENCE OFFICER WHO CAME TO LANCASTER IN 1991, THE VERY SAME YEAR THAT ISC WAS FEDERALLY INDICTED FOR THE $BILLION DOLLAR FRAUD AND FORMER SECRETARY OF DEFENSE AND DIRECTOR OF CIA ROBERT GATES WAS NOMINATED, IRRESPECTIVE OF THE ALLEGATIONS OF HIS ISC CONNECTIONS.

14. THE MANY LINKS AND SUPPORTING EVIDENCE THAT LANCASTER MAYBE GROUND ZERO FOR SOME OF THE U.S. SPONSORED MIND CONTROL TECHNOLOGIES, ESPECIALLY CONSIDERING THE FORMER ISC BOARD MEMBER AND MILITARY RESUME OF BOBBY RAY INMAN

15. THE RECENT EFFORTS BY THE TRUMP ADMINISTRATION TO EXECUTE UNCHECKED AND ABUSIVE POLICE POWERS THAT ARE THE RESULT OF 3 EXECUTIVE ORDERS SIGNED INTO OFFICE IN THE FIRST FEW MONTHS OF OFFICE IN 2017.

16. THE COMPLETE FABRICATION OF BOTH THE CRIMINAL AND MENTAL HEALTH RECORDS OF THE PAST 31 YEARS SINCE 1987

17. EVIDENCE THAT STAN J. CATERBONE'S FATHER, SAMUEL AND BROTHER SAMMY WERE BOTH VICTIMS OF THE CIA MIND CONTROL PROGRAM MKULTRA.

18. EVIDENCE THAT THE CASH ACCOUNTS OF SOME $60,000 HELD IN JUNE OF 2015 WERE DRAINED IN SIMILAR FASHION, THAT HAS BEEN DONE ON 4 OCCASSIONS SINCE 1987 AND THAT THE CONTINUED VANDALISM AND THEFS ARE THE TOOLS OF CHOICE TODAY TO DRAIN CASH ASSETS.

19. THAT ALL THREE DECENDANTS, SAMUEL, FATHER; SAMMY, BROTHER; AND TOMMY, BROTHER ALL DIED OF SUSPICIOUS DEATHS IN NEW YORK, SANTA BARBARA, CA AND KILL DEVIL HILLS, NC RESPECTIVELY.

20. THAT THE CURRENT PENDING AND PAST PROTECTED FEDERAL CLAIMS OF STAN J. CATERBONE V. THE LANCASTER CITY POLICE DEPARTMENT IN FEDERAL AND STATE COURTS AND THE CRIMINAL CASE OF FATHER SAMUEL P. CATERBONE BY THE LANCASTER CITY POLICE ARE ALL AREAS OF INTEREST TO THE UNITED STATES ATTORNEY GENERAL AND DEPARTMENT OF JUSTICE WHICH ARE BEING COVERED-UP.

21. THAT THE PREMATURE DEATHS OF U.S. ATTORNEY JONATHAN LUNA, FOUND IN A CREEK IN LANCASTER COUNTY AND THOMAS FLANNER OF LANCASTER NEWSPAPERS WHO WAS ONE OF THE ORIGINAL JOURNALIST ON THE 1991 ABC NEWS NIGHTLINE EPISODE EXPOSING THE COVERT CIA/ISC OPERATION - MAY BE RELATED.

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

22. THAT THE STATEMENT BY THE NSA AGENT IN 1998 REGARDING THE "GOOD OLD BOYS" AND THE ALLEGATIONS BY FORMER PENNSYLVANIA ATTORNEY GENERAL KATHLEEN KANE DEPICTING THE "GOOD OLD BOYS" AS THE CAUSE .

23. THAT THE AMICUS BRIEFS RECORDED IN THE KATHLEEN KANE CASE, THE LISA MICHELLE LAMBERT CASE, THE CIA TORTURE CASE, (WHICH THE CIA PSYCHOLOGISTS LOST AND SETTLED), THE ACLU v. The NSA CASE, THE TABITHA BUCK CASE, THE SIRHAN SIRHAN CASE (BOBBY KENNEDY ASSASINATION CASE - WHICH A FEW WEEKS AGO FAMILY MEMBERS PETITIONED TO BE RE-OPONED AND BELIEVED SIRHAN WAS NOT THE KILLER), THE LANCASTER COUNTY CONVENTION CENTER CASE, THE ESTABAN SANTIAGO CASE, THE NIKOLAS CRUZ CASE, AND THE MEHGAN LIAPPATT CASE WERE ALL MOTIVES IN THE PREVIOUS ACTS BY THE CORRUPT LANCASTER COUNTY DISTRICT ATTORNEY.

24. THAT THE RECENT FINDINGS THAT LANCASTER COUNTY DISTRICT ATTORNEY, CRAIG STEDMAN, AND THE FACT THAT HE CAME TO LANCASTER IN 1991 WITH A RESUME WITH MILITARY-INTELLIGENCE MAYBE MORE CENTRAL TO THE PROGRAM THEN ONCE REALIZED

25. THAT THE LANCASTER COUNTY DISTRICT ATTORNEY OFFICE, THE LANCASTER CITY POLICE DEPARTMENT, AND THE LANCASTER COUNTY SHERIFF DEPARTMENT MAY ALL BE BONA FIDE CRIMINAL ENTERPRISES AS DEFINED IN FEDERAL RICO LAWS

26. THAT THE PENDING AMICUS BRIEFS IN THE ESTABAN SANTIAGO CASE AND THE NIKOLAS CRUZ CASE IN FEDERAL AND STATE COURTS IN FLORIDA ARE CAUSING THE DEPARTMENT OF JUSTICE TO PUSH THE LOCAL LAW ENFORCEMENT TO ILLEGALLY HOLD STAN J. CATERBONE IN FABRICATED CRIMINAL PROCEEDINGS IN ORDER TO DISCRDIT ALL THE CLAIMS AND ALLEGATIONS CONTAINED IN THIS REPORT

June 17, 2018

Respectfully,

Stan J. Caterbone, Pro Se Litigant
ADVANCED MEDIA GROUP
Freedom From Covert Harassment & Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA 17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
717-327-1566

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

**Notice and Disclaimer:** Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media. Reply if you wish to be removed from our Contact List. How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel (And the Torture from U.S. Sponsored Mind Control)?

## STAN J. CATERBONE IS ACTIVE IN THE FOLLOWING COURTS FOR 2018

- **U.S. SUPREME COURT**
- **UNITED STATES THIRD CIRCUIT COURT OF APPEALS**
- **UNITED STATES ELEVENTH CIRCUIT COURT OF APPEALS**
- **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
- **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
- **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
- **UNITED STATES BANKRUPTCY COURT FOR EASTERN PENNSYLVANIA**
- **PENNSYLVANIA SUPERIOR COURT, EASTERN DISTRICT**
- **PENNSYLVANIA SUPERIOR COURT, MIDDLE DISTRICT**
- **LANCASTER COUNTY COURT OF COMMON PLEAS, CIVIL DIVISION**
- **LANCASTER COUNTY COURT OF COMMON PLEAS, CRIMINAL DIVISION**
- **6 LANCASTER COUNTY MAGISTERIAL DISTRICT COURTS**

## ACTIVE COURT CASES

- **J.C. No. 03-16-90005 Office of the Circuit Executive, United States Third Circuit Court of Appeals - COMPLAINT OF JUDICIALMISCONDUCT OR DISABILITY re 15-3400 and 16-1149;  03-16-900046 re ALL FEDERAL LITIGATION TO DATE**
- **U.S. Supreme Court Pending U.S.C.A. Third Circuit 17-1904 PENDING**
- **U.S. Supreme Court Case No. 16-6822 PETITION FOR WRIT OF CERTIORARI re  Case No. 16-1149 MOVANT for Lisa Michelle Lambert**
- **U.S.C.A. Third Circuit Court of Appeals Case No. 17-1904 CATERBONE v. NSA, et.al.,; Case No. 17-3400 Habeus Corpus; Case No. 16-3284; Case No. 16-1149 MOVANT for Lisa Michelle Lambert;15-3400 MOVANT for Lisa Michelle Lambert;; 16-1001; 07-4474**
- **U.S.C.A. ELEVENTH CIRCUIT Court of Appeals, Atlanta, GA – Case No. 18-10134-C Ft. Lauderdale Shooter AMICUS Appeal**
- **U.S. District Court Eastern District of PA Case No. 17-5133 Chapter 11 Appeal; Case No. 17-01233 Chapter 11 Appeal for 17-10615; Case No. 17-0867 Preliminary Injunction from Middle District; Case No. 16-4014 CATERBONE v. United States, et.al.; Case No. 16-cv-49; 15-03984; 14-02559 MOVANT for Lisa Michelle Lambert; 05-2288; 06-4650, 08-02982;**
- **U.S. District Court Middle District of PA Case No. 16- 2513 INJUNCTION; Case No. 16-cv-1751 PETITION FOR HABEUS CORPUS**
- **Commonwealth of Pennsylvania Judicial Conduct Board – Case No. 2016-462 Complaint against Lancaster County Court of Common Pleas Judge Leonard Brown III**
- **Pennsylvania Supreme Court Case No. 353 MT 2016; 354 MT 2016; 108 MM 2016 Amicus for Kathleen Kane**
- **Superior Court of Pennsylvania 3575 EDA 2016 Amicus for Kathleen Kane; Summary Appeal Case No. CP-36-SA-0000219-2016, AMICUS for Kathleen Kane Case No. 1164 EDA 2016; Case No. 1561 MDA 2015; 1519 MDA 2015; 16-1219 Preliminary Injunction Case of 2016**
- **Lancaster County Court of Common Pleas Case No. 16-05815 Injunction; Case No. 16-08472 INJUNCTION re Pain Meds; Case No. 15-10167 Film Commission; Case No. 08-13373; 15-10167; 06-03349, CI-06-03401**
- **U.S. Bankruptcy Court for The Eastern District of Pennsylvania Case No. 17-16204; Case No. 17-10615; Case No. 16-10157**

# THIS PAGE INTENTIONALLY LEFT BLANK



Tuesday June 12, 2012
Stan J. Caterbone, Pro Se

# Hate crime - Wikipedia



🕐 This article needs to be **updated**. Please update this article to reflect recent events or newly available information. *(March 2017)*

A **hate crime** (also known as a **bias-motivated crime** or **bias crime**[1]) is a prejudice-motivated crime which occurs when a perpetrator targets a victim because of his or her membership (or perceived membership) in a certain social group or race.

Examples of such groups can include and are almost exclusively limited to: sex, ethnicity, disability, language, nationality, physical appearance, religion, gender identity or sexual orientation.[2][3][4] Non-criminal actions that are motivated by these reasons are often called "bias incidents".

"Hate crime" generally refers to criminal acts which are seen to have been motivated by bias against one or more of the social groups listed above, or by bias against their derivatives. Incidents may involve physical assault, damage to property, bullying, harassment, verbal abuse or insults, mate crime or offensive graffiti or letters (hate mail).[5]

A **hate crime law** is a law intended to deter bias-motivated violence.[6] Hate crime laws are distinct from laws against hate speech: hate crime laws enhance the penalties associated with conduct which is already criminal under other laws, while hate speech laws criminalize a category of speech. Hate speech laws exist in many countries. In the United States, hate crime laws have been upheld by both the Supreme Court [7] and lower courts, especially in the case of 'fighting' words and other violent speech, but they are thought by some people to be in conflict with the First Amendment right to freedom of speech, but hate crimes are only regulated through threats of injury or death.[8]

# History[edit]

The term "hate crime" came into common usage in the United States during the 1980s, but the term is often used retrospectively in order to describe events which occurred prior to that era.[9] From the Roman persecution of Christians to the Nazi slaughter of Jews, hate crimes were committed by both individuals and governments long before the term was commonly used.[4]

As Europeans began to colonize the world from the 16th century onwards, indigenous peoples in the colonized areas, such as Native Americans increasingly became the targets of bias-motivated intimidation and violence.[citation needed] During the past two centuries, typical examples of hate crimes in the U.S. include lynchings of African Americans, largely in the South, and lynchings of Mexicans and Chinese in the West; cross burnings to intimidate black activists or to drive black families from predominantly white neighborhoods both during and after Reconstruction; assaults

on white people traveling in predominantly black neighborhoods; assaults on lesbian, gay, bisexual and transgender people; the painting of swastikas on Jewish synagogues; and xenophobic responses to a variety of minority ethnic groups.[10]



The verb "to lynch" is attributed to the actions of Charles Lynch, an 18th-century Virginia Quaker. Lynch, other militia officers, and justices of the peace rounded up Tory sympathizers who were given a summary trial at an informal court; sentences handed down included whipping, property seizure, coerced pledges of allegiance, and conscription into the military. Originally, the term referred to extrajudicial organized but unauthorized punishment of criminals. It later evolved to describe execution outside "ordinary justice." It is highly associated with white suppression of African Americans in the South, and periods of weak or nonexistent police authority, as in certain frontier areas of the Old West.[4]

The murders of Channon Christian and Christopher Newsom and the Wichita Massacre were not classified as "hate crimes" by U.S. investigative officials or the media. In the early 21st century, conservative commentators David Horowitz, Michelle Malkin (Fox News channel and author) and Stuart Taylor Jr. (journalist) did describe these events as "hate crimes against whites by blacks."[11]

# Psychological effects[edit]

Hate crimes can have significant and wide-ranging psychological consequences, not only for their direct victims but for others as well. A 1999 U.S. study of lesbian and gay victims of violent hate crimes documented that they experienced higher levels of psychological distress, including symptoms of depression and anxiety, than lesbian and gay victims of comparable crimes which were not motivated by antigay bias.[12] A manual issued by the Attorney-General of the Province of Ontario in Canada lists the following consequences:[13]

Impact on the individual victim
    psychological and affective disturbances; repercussions on the victim's identity and self-esteem; both reinforced by a specific hate crime's degree of violence, which is usually stronger than that of a common crime.
Effect on the targeted group
    generalized terror in the group to which the victim belongs, inspiring feelings of vulnerability among its other members, who could be the next hate crime victims.
Effect on other vulnerable groups

**STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE**

ominous effects on minority groups or on groups that identify themselves with the targeted group, especially when the referred hate is based on an ideology or a doctrine that preaches simultaneously against several groups.

Effect on the community as a whole

divisions and factionalism arising in response to hate crimes are particularly damaging to multicultural societies.

Hate crime victims can also develop depression and psychological trauma.[14]

A review of European and American research indicates that terrorist bombings cause Islamophobia and hate crimes to flare up but, in calmer times, they subside again, although to a relatively high level.[15] Terrorist's most persuasive message is that of fear and fear, a primary and strong emotion, increases risk estimates and has distortive effects on the perception of ordinary Muslims.[15] Widespread Islamophobic prejudice seems to contribute to anti-Muslim hate crimes, but indirectly: terrorist attacks and intensified Islamophobic prejudice serve as a window of opportunity for extremist groups and networks.[15]

# Hate crime laws[edit]

Hate crime laws generally fall into one of several categories:

1. laws defining specific bias-motivated acts as distinct crimes;
2. criminal penalty-enhancement laws;
3. laws creating a distinct civil cause of action for hate crimes; and
4. laws requiring administrative agencies to collect hate crime statistics.[16] Sometimes (as in Bosnia and Herzegovina), the laws focus on war crimes, genocide, and crimes against humanity with the prohibition against discriminatory action limited to public officials.

## Eurasia[edit]

### European Union[edit]

Since 2002, with an amendment to the Convention on Cybercrime, the European Union mandates individual states to punish as a crime hate speech done through the internet.[17]

### Andorra[edit]

Discriminatory acts constituting harassment or infringement of a person's dignity on the basis of origin, citizenship, race, religion, or gender (Penal Code Article 313). Courts have cited bias-based motivation in delivering sentences, but there is no explicit penalty enhancement provision in the Criminal Code. The government does not track hate crime statistics, although they are relatively rare.[16]

### Armenia[edit]

Armenia has a penalty-enhancement statute for crimes with ethnic, racial, or religious motives (Criminal Code Article 63).[16]

## Austria[edit]

Austria has a penalty-enhancement statute for reasons like repeating a crime, being especially cruel, using others helpless state, playing a leading role in a crime, or committing a crime with racist, xenophobic or especially reprehensible motivation (Penal Code section 33(5)).[18]

## Azerbaijan[edit]

Azerbaijan has a penalty-enhancement statute for crimes motivated by racial, national, or religious hatred (Criminal Code Article 61). Murder and infliction of serious bodily injury motivated by racial, religious, national, or ethnic intolerance are distinct crimes (Article 111).[16]

## Belarus[edit]

Belarus has a penalty-enhancement statute for crimes motivated by racial, national, and religious hatred and discord.[16][19]

## Belgium[edit]

Belgium's Act of 25 February 2003 ("aimed at combating discrimination and modifying the Act of 15 February 1993 which establishes the Centre for Equal Opportunities and the Fight against Racism") establishes a penalty-enhancement for crimes involving discrimination on the basis of gender, supposed race, color, descent, national or ethnic origin, sexual orientation, civil status, birth, fortune, age, religious or philosophical beliefs, current or future state of health and handicap or physical features. The Act also "provides for a civil remedy to address discrimination."[16] The Act, along with the Act of 20 January 2003 ("on strengthening legislation against racism"), requires the Centre to collect and publish statistical data on racism and discriminatory crimes.[16]

## Bosnia and Herzegovina[edit]

The Criminal Code of Bosnia and Herzegovina (enacted 2003) "contains provisions prohibiting discrimination by public officials on grounds, inter alia, of race, skin colour, national or ethnic background, religion and language and prohibiting the restriction by public officials of the language rights of the citizens in their relations with the authorities (Article 145/1 and 145/2)."[20]

## Bulgaria[edit]

Bulgarian criminal law prohibits certain crimes motivated by racism and xenophobia, but a 1999 report by the European Commission against Racism and Intolerance

found that it does not appear that those provisions "have ever resulted in convictions before the courts in Bulgaria."[21]

## Croatia[edit]

The Croatian Penal Code explicitly defines hate crime in article 89 as "any crime committed out of hatred for someone's race, skin color, sex, sexual orientation, language, religion, political or other belief, national or social background, asset, birth, education, social condition, age, health condition or other attribute".[22] On 1 January 2013, a new Penal Code was introduced with the recognition of a hate crime based on "race, skin color, religion, national or ethnic background, sexual orientation or gender identity".[23]

## Czech Republic[edit]

The Czech legislation finds its constitutional basis in the principles of equality and non-discrimination contained in the Charter of Fundamental Rights and Basic Freedoms. From there, we can trace two basic lines of protection against hate-motivated incidents: one passes through criminal law, the other through civil law. The current Czech criminal legislation has implications both for decisions about guilt (affecting the decision whether to find a defendant guilty or not guilty) and decisions concerning sentencing (affecting the extent of the punishment imposed). It has **three levels**, to wit:

- a **circumstance determining whether an act is a crime** – hate motivation is included in the basic constituent elements. If hate motivation is not proven, conviction for a hate crime is not possible.
- a **circumstance determining the imposition of a higher penalty** – a hate motivation is included in the qualified constituent elements for some types of crimes (murder, bodily harm). If hate motivation is not proven, the penalty is imposed according to the scale specified for the basic constituent elements of the crime.
- **general aggravating circumstance** – the court is obligated to take the hate motivation into account as a general aggravating circumstance and determines the amount of penalty to impose. Nevertheless, it is not possible to add together a general aggravating circumstance and a circumstance determining the imposition of a higher penalty. (see Annex for details)

Current criminal legislation **does not provide for special penalties** for acts that target another by reason of his **sexual orientation, age or health status**. Only the constituent elements of the criminal offense of Incitement to hatred towards a group of persons or to the curtailment of their rights and freedoms, and general aggravating circumstances include attacking a so-called different group of people. Such a group of people can then, of course, be also one defined by sexual orientation, age or health status. A certain disparity has thus been created between, on the one hand, those groups of people who are victimized by reason of their skin color, faith, nationality, ethnicity or political persuasion and enjoy increased protection, and, on the other hand, those groups that are victimized by reason of their sexual orientation, age or health status and are not granted increased protection. This gap in protection

against attacks motivated by the victim's sexual orientation, age or health status cannot be successfully bridged by interpretation. Interpretation by analogy is inadmissible in criminal law, sanctionable motivations being exhaustively enumerated.[24]

## Denmark[edit]

Although Danish law does not include explicit hate crime provisions, "section 80(1) of the Criminal Code instructs courts to take into account the gravity of the offence and the offender's motive when meting out penalty, and therefore to attach importance to the racist motive of crimes in determining sentence."[25] In recent years judges have used this provision to increase sentences on the basis of racist motives.[16][26]

Since 1992, the Danish Civil Security Service (PET) has released statistics on crimes with apparent racist motivation.[16]

## Estonia[edit]

Under section 151 of the Criminal Code of Estonia of 6 June 2001, which entered into force on 1 September 2002, with amendments and supplements and as amended by the Law of 8 December 2011, "activities which publicly incite to hatred, violence or discrimination on the basis of nationality, race, colour, sex, language, origin, religion, sexual orientation, political opinion, or financial or social status, if this results in danger to the life, health or property of a person, are punishable by a fine of up to 300 fine units or by detention".[27]

## Finland[edit]

Finnish Criminal Code 515/2003 (enacted January 31, 2003) makes "committing a crime against a person, because of his national, racial, ethnical or equivalent group" an aggravating circumstance in sentencing.[16][28] In addition, ethnic agitation (Finnish: *kiihotus kansanryhmää vastaan*) is criminalized and carries a fine or a prison sentence of not more than two years. The prosecution need not prove that an actual danger to an ethnic group is caused but only that malicious message is conveyed. A more aggravated hate crime, warmongering (Finnish: *sotaan yllyttäminen*), carries a prison sentence of one to ten years. However, in case of warmongering, the prosecution must prove an overt act that evidently increases the risk that Finland is involved in a war or becomes a target for a military operation. The act in question may consist of

1. illegal violence directed against foreign country or her citizens,
2. systematic dissemination of false information on Finnish foreign policy or defense
3. public influence on the public opinion towards a pro-war viewpoint or
4. public suggestion that a foreign country or Finland should engage in an aggressive act.[29]

## France[edit]

In 2003, France enacted penalty-enhancement hate crime laws for crimes motivated by bias against the victim's actual or perceived ethnicity, nation, race, religion, or sexual orientation. The penalties for murder were raised from 30 years (for non-hate crimes) to life imprisonment (for hate crimes), and the penalties for violent attacks leading to permanent disability were raised from 10 years (for non-hate crimes) to 15 years (for hate crimes).[16][30]

## Georgia[edit]

"There is no general provision in Georgian law for racist motivation to be considered an aggravating circumstance in prosecutions of ordinary offenses. Certain crimes involving racist motivation are, however, defined as specific offenses in the Georgian Criminal Code of 1999, including murder motivated by racial, religious, national or ethnic intolerance (article 109); infliction of serious injuries motivated by racial, religious, national or ethnic intolerance (article 117); and torture motivated by racial, religious, national or ethnic intolerance (article 126). ECRI reported no knowledge of cases in which this law has been enforced. There is no systematic monitoring or data collection on discrimination in Georgia."[16]

## Germany[edit]

The German Criminal Code does not have hate crime legislation, but instead criminalizes hate speech under a number of different laws, including Volksverhetzung. In the German legal framework motivation is not taken into account while identifying the element of the offence. However, within the sentencing procedure the judge can define certain principles for determining punishment. In section 46 of the German Criminal Code it is stated that "the motives and aims of the perpetrator; the state of mind reflected in the act and the willfulness involved in its commission."[31] can be taken into consideration when determining the punishment; under this statute, hate and bias have been taken into consideration in sentencing in past cases.[32]

Hate crimes are not specifically tracked by German police, but have been studied separately: a recently published EU "Report on Racism" finds that racially motivated attacks are frequent in Germany, identifying 18,142 incidences for 2006, of which 17,597 were motivated by right wing ideologies, both about a 14% year-by-year increase.[33] Relative to the size of the population, this represents an eightfold higher rate of hate crimes than reported in the US during the same period.[34] Awareness of hate crimes and right-wing extremism in Germany remains low.[35]

## Greece[edit]

Article Law 927/1979 "Section 1,1 penalises incitement to discrimination, hatred or violence towards individuals or groups because of their racial, national or religious origin, through public written or oral expressions; Section 1,2 prohibits the establishment of, and membership in, organisations which organise propaganda and activities aimed at racial discrimination; Section 2 punishes public expression of offensive ideas; Section 3 penalises the act of refusing, in the exercise of one's

occupation, to sell a commodity or to supply a service on racial grounds."[36] Public prosecutors may press charges even if the victim does not file a complaint. However, as of 2003, no convictions had been attained under the law.[37]

## Hungary[edit]

Violent action, cruelty, and coercion by threat made on the basis of the victim's actual or perceived national, ethnic, religious status or membership in a particular social group are punishable under article 174/B of the Hungarian Criminal Code.[16] This article was added to the Code in 1996.[38]

## Iceland[edit]

Section 233a of the Icelandic Penal Code states "Anyone who in a ridiculing, slanderous, insulting, threatening or any other manner publicly abuses a person or a group of people on the basis of their nationality, skin colour, race, religion or sexual orientation, shall be fined or jailed for up to two years."[39]

## Ireland[edit]

"The Prohibition of Incitement to Hatred Act 1989" makes it an offense to incite hatred against any group of persons on account of their race, color, nationality, religion, sexual orientation, ethnic or national origins, or membership of the Traveller community, an indigenous minority group."[16]

Ireland does not systematically collect hate crime data.[16]

## Italy[edit]

Italian criminal law, at Section 3 of Law No. 205/1993, the so-called *Legge Mancino* (Mancino law), contains a penalty-enhancement provision for all crimes motivated by racial, sex/gender, ethnic, national, or religious bias.[16]

## Kazakhstan[edit]

In Kazakhstan, there are constitutional provisions prohibiting propaganda promoting racial or ethnic superiority.[16]

## Kyrgyzstan[edit]

In Kyrgyzstan, "the Constitution of the State party prohibits any kind of discrimination on grounds of origin, sex, race, nationality, language, faith, political or religious convictions or any other personal or social trait or circumstance, and that the prohibition against racial discrimination is also included in other legislation, such as the Civil, Penal and Labour Codes."[40]

Article 299 of the Criminal Code defines incitement to national, racist, or religious

hatred as a specific offense. This article has been used in political trials of suspected members of the banned organization Hizb-ut-Tahrir.[16][41]

### Russia[edit]

Article 29 of the penal code of the Russian Federation bans incitement to riot for the sake of stirring societal, racial, ethnic, and religious hatred as well as the promotion of the superiority of the same. Article 282 further includes protections against incitement of hatred (including gender) via various means of communication, instilling criminal penalties including fines and imprisonment.[42]

### Spain[edit]

Article 22(4) of the Spanish Penal Code includes a penalty-enhancement provision for crimes motivated by bias against the victim's ideology, beliefs, religion, ethnicity, race, nationality, gender, sexual orientation, illness or disability.[16]

### Sweden[edit]

Article 29 of the Swedish Penal Code includes a penalty-enhancement provision for crimes motivated by bias against the victim's race, color, nationality, ethnicity, sexual orientation, religion, or "other similar circumstance" of the victim.[16][43]

### United Kingdom[edit]

For England, Wales, and Scotland, the Crime and Disorder Act 1998 makes hateful behaviour towards a victim based on the victim's membership (or presumed membership) in a racial group or a religious group an aggravation in sentencing for specified crimes.[44] The Anti-terrorism, Crime and Security Act 2001 (c. 24) amended sections of the Crime and Disorder Act 1998.[45] For Northern Ireland, Public Order (Northern Ireland) Order 1987 (S.I. 1987/463 (N.I. 7)) serves the same purpose.[46] A "racial group" is a group of persons defined by reference to race, colour, nationality (including citizenship) or ethnic or national origins. A "religious group" is a group of persons defined by reference to religious belief or lack of religious belief. The specified crimes are assault, criminal damage, offences under the Public Order Act 1986, and offences under the Protection from Harassment Act 1997.

Sections 145 and 146 of the Criminal Justice Act 2003 require a court to consider whether a crime which is not specified by the Crime and Disorder Act 1998 is racially or religiously aggravated, and to consider whether the following circumstances were pertinent to the crime:

> (a) that, at the time of committing the offence, or immediately before or after doing so, the offender demonstrated towards the victim of the offence hostility based on—
>> (i) the sexual orientation (or presumed sexual orientation) of the victim, or
>> (ii) a disability (or presumed disability) of the victim, or

(b) that the offence is motivated (wholly or partly)—
>  (i) by hostility towards persons who are of a particular sexual orientation, or
>  (ii) by hostility towards persons who have a disability or a particular disability.[47][48]

The Crime Survey for England and Wales (CSEW) reported in 2013 that there are an average of 278,000 hate crimes a year with 40% being reported according to a victims survey, although police records only identified around 43,000 hate crimes a year.[49] It was widely reported that police recorded a 57% increase in hate crime complaints in the four days following the UK's European Union membership referendum, however a press release from the National Police Chief's Council stated that "this should not be read as a national increase in hate crime of 57 per cent".[50][51]

In 2013, police in Greater Manchester began recording attacks on goths, punks and other alternative culture groups as hate crimes.[52]

On December 4, 2013 Essex Police launched the 'Stop the Hate' initiative as part of a concerted effort to find new ways to tackle hate crime in Essex. The launch was marked by a conference in Chelmsford, hosted by Chief Constable Stephen Kavanagh, which brought together 220 delegates from a range of partner organisations involved in the field. The theme of the conference was 'Report it to Sort it' and the emphasis was on encouraging people to tell police if they have been a victim of hate crime, whether it be based on race, religion, sexual orientation, transgender identity or disability.[53]

Crown Prosecution Service guidance issued on 21 August 2017 stated that online hate crimes should be treated as seriously as offences in person.[54]

Perhaps the most high-profile hate crime in modern Britain occurred in Eltham, London, on 24 April 1993, when 18-year-old black student Stephen Lawrence was stabbed to death in an attack by a gang of white youths. Two white teenagers were later charged with the murder, and at least three other suspects were mentioned in the national media, but the charges against them were dropped within three months after the Crown Prosecution Service concluded that there was insufficient evidence to prosecute. However, a change in the law a decade later allowed a suspect to be charged with a crime twice if new evidence emerged after the original charges were dropped or a "not guilty" verdict was delivered in court. Gary Dobson, who had been charged with the murder in the initial 1993 investigation, was found guilty of Stephen Lawrence's murder in January 2012 and sentenced to life imprisonment, as was David Norris, who had not been charged in 1993. A third suspect, Luke Knight, had been charged in 1993 but was not charged when the case came to court nearly 20 years later.

**Scotland[edit]**

Under Scottish Common law[citation needed] the courts can take any aggravating factor into account when sentencing someone found guilty of an offence. There is legislation dealing with the offences of incitement of racial hatred, racially aggravated

harassment, prejudice relating to religious beliefs, disability, sexual orientation, and transgender identity.[55] A Scottish Executive working group examined the issue of hate crime and ways of combating crime motivated by social prejudice, reporting in 2004.[56] Its main recommendations were not implemented, but in their manifestos for the Scottish Parliament election, 2007 several political parties included commitments to legislate in this area, including the Scottish National Party who now form the Scottish Government. The Offences (Aggravation by Prejudice) (Scotland) Bill was introduced on 19 May 2008 by Patrick Harvie MSP,[57] having been prepared with support from the Scottish Government, and was passed unanimously by the parliament on 3 June 2009.[58]

## Eurasian countries with no hate crime laws[edit]



A photograph of the famous fresco *Bathing of the Christ*, after being vandalized by a Kosovo Albanian mob during the 2004 unrest in Kosovo

Albania, Cyprus, San Marino, Slovenia and Turkey have no hate crime laws.[16]

# North America[edit]

## Canada[edit]

"In Canada the legal definition of hate crime can be found in sections 318 and 319 of the Criminal Code". [59]

In 1996 the federal government amended a section of the Criminal Code that pertains to sentencing. Specifically, section 718.2. The section states (with regard to the hate crime):

*A court that imposes a sentence shall also take into consideration the following principles:*

*(a) a sentence should be increased or reduced to account for any relevant aggravating or mitigating circumstances relating to the offence or the offender, and, without limiting the generality of the foregoing,*

*(i) evidence that the offence was motivated by bias, prejudice or hate based on race, national or ethnic origin, language, colour, religion, sex, age, mental or physical disability, sexual orientation, or any other similar factor, . . . shall be deemed to be aggravating circumstances."* [59]

A vast majority (84 per cent) of hate crime perpetrators were "male, with an average age of just under 30. Less than 10 of those accused had criminal records, and less than 5 per cent had previous hate crime involvement (ibid O'Grady 2010 page 163.)." [60] "Only 4 percent of hate crimes were linked to an organized or extremist group (Silver et al., 2004)." [61]

As of 2004, Jewish people were the largest ethnic group targeted by hate crimes, followed by blacks, Muslims, South Asians, and homosexuals (Silver et al., 2004).[61]

During the Nazi regime, anti-Semitism was a cause of hate related violence in Canada. For example, on August 16, 1933 there was a baseball game in Toronto and one team was made up of mostly Jewish players. At the end of the game, a group of Nazi sympathizers unfolded a Swastika flag and shouted 'Heil Hitler'. That event erupted into a brawl that had Jews and Italians against Anglo Canadians and the brawl went on for hours.[59]

The first time someone was charged with hate speech over the internet occurred on 27 March 1996. "A Winnipeg teenager was arrested by the police for sending an email to a local political activist that contained the message 'Death to homosexuals' it's prescribed in the Bible! Better watch out next Gay Pride Week.' (Nairne, 1996)."[61]

Robert suggests that "Canada lags behind other nations in collecting comprehensive statistics on hate crime." [62][*context?*]

## United States[edit]



Hate crime laws have a long history in the United States. The first hate crime[63] laws were passed after the American Civil War, beginning with the Civil Rights Act of 1871, to combat the growing number of racially motivated crimes being committed by the Reconstruction era Ku Klux Klan. The modern era of hate-crime legislation began in 1968 with the passage of federal statute, 18 U.S. 245, part of the Civil Rights Act which made it illegal to "by force or by threat of force, injure, intimidate, or interfere

with anyone who is engaged in six specified protected activities, by reason of their race, color, religion, or national origin." However, "The prosecution of such crimes must be certified by the U.S. attorney general.".[64]

The first state hate-crime statute, California's Section 190.2, was passed in 1978 and provided for penalty enhancement in cases where murder was motivated by prejudice against four "protected status" categories: race, religion, color, and national origin. Washington included ancestry in a statute passed in 1981. Alaska included creed and sex in 1982 and later disability, sexual orientation, and ethnicity. In the 1990s some state laws began to include age, marital status, membership in the armed forces, and membership in civil rights organizations.[65]

Criminal acts which could be considered hate crimes in various states included aggravated assault, assault and battery, vandalism, rape, threats and intimidation, arson, trespassing, stalking, and various "lesser" acts until in 1987 California state legislation included all crimes as possible hate crimes.[66]

Defined in the 1999 National Crime Victim Survey, "A hate crime is a criminal offense. In the United States, federal prosecution is possible for hate crimes committed on the basis of a person's race, religion, or nation origin when engaging in a federally protected activity." In 2009, the Matthew Shepard Act added actual or perceived gender, gender identity, sexual orientation, and disability to the federal definition, and dropped the prerequisite that the victim be engaging in a federally protected activity.

Forty-five states and the District of Columbia have statutes criminalizing various types of hate crimes. Thirty-one states and the District of Columbia have statutes creating a civil cause of action in addition to the criminal penalty for similar acts. Twenty-seven states and the District of Columbia have statutes requiring the state to collect hate crime statistics.[67]

According to the FBI Hate Crime Statistics report for 2006, hate crimes increased nearly 8% nationwide, with a total of 7,722 incidents and 9,080 offenses reported by participating law enforcement agencies. Of the 5,449 crimes against persons, 46% were classified as intimidation and 32% as simple assaults. 81% of the 3,593 crimes against property were acts of vandalism or destruction.[68]

However, according to the FBI Hate Crime Statistics for 2007, the number of hate crimes decreased to 7,624 incidents reported by participating law enforcement agencies.[69] These incidents included 9 murders and 2 rapes(out of the almost 17,000 murders and 90,000 forcible rapes committed in the U.S. in 2007).[70]

Attorney General Eric Holder said in June 2009 that recent killings show the need for a tougher U.S. hate crimes law to stop "violence masquerading as political activism".[71]

The 2011 hate crime statistics show 46.9% were motivated by race and 20.8% by sexual orientation.[72]

In 2015, the Hate Crimes Statistics report identified 5,818 single-bias incidents

**STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE**

involving 6,837 offenses, 7,121 victims, and 5,475 known offenders[73]

Prosecutions of hate crimes have been difficult in the United States. Recently though, state governments have attempted to re-investigate and re-try past hate crimes. One prominent example is Mississippi's decision in 1990 to retry Byron De La Beckwith for the murder of Medgar Evers, a prominent figure in the NAACP.[74] This would be the first time in U.S. history that an unresolved civil rights case would be re-opened. Byron De La Beckwith, a member of the Ku Klux Klan, was tried for the murder on two previous occasions and it resulted with a hung jury. However, he was finally sentenced to life in prison in 1994. Presented with testimony of two FBI informants who had infiltrated the KKK, the missing transcript from the first trial, the relocation of missing witnesses, numerous witness admissions of Beckwith bragging about his role in the murder and Beckwith's own racist writings, a mixed race jury found Beckwith guilty of murder. Even though De La Beckwith was 73 years of age when he was sentenced to life in prison, the 1994 conviction has been interpreted as a way for Mississippi to shed its racist past.[75]

According to a November 2016 report issued by the FBI hate crime statistics are on the rise in the United States.[76] The number of hate crimes increased from 5,850 in 2015, to 6,121 hate crime incidents in 2016, an increase of 4.6 percent.[77][78][79]

**Victims in the United States[edit]**

The largest single category of hate crimes in the United States are committed against African Americans: of the 8,208 hate crimes reported to the FBI in 2010, 48% were race related – with 70% of those having an anti-black bias.[80] This is believed to be based on the history of African slavery in this country. One of the largest waves of hate crimes took place during the civil rights movement. During the 1950s and 1960s, both violence and threats of violence were common against African Americans, and hundreds of lives were lost due to such acts. Members of this social class faced violence from groups such as the Ku Klux Klan as well as violence from individuals who were committed to maintaining segregation.[81] At the time, civil rights leaders such as Martin Luther King Jr. and their supporters fought hard for the right of African Americans to vote as well as for equality in their everyday lives. African Americans have been the target of hate crimes since the Civil War,[82] and the humiliation of this social class was also desired by many Anti-black individuals. Other frequently reported bias motivations were bias against a religion, bias against a particular sexual orientation, and bias against a particular ethnicity/national origin.[80] At times, these bias motivations overlapped, because violence can be both anti-gay and anti-black, for example.[83]

Analysts have compared groups in terms of the per capita rate of hate crimes committed against them, to allow for differing populations. Overall, the total number of hate crimes committed since the first hate crime bill was passed in 1997 is 86,582.[84]

## Hate Crimes in the US (2008–2012) by Population Group

| Jewish | 5,248,674[91] | 4,457 | 84.9 | 411 | 7.8 |
|--------|---------------|-------|------|-----|-----|

### Hate Crimes in the US (2008–2012) by Population Group

| Group | Population | Count | Rate | Count2 | Rate2 |
|---|---|---|---|---|---|
| LGBT | 9,000,000[92] | 7,231 | 66.9 | 3,849 | 35.6 |
| Muslim | 1,852,473[91] | 761 | 41.1 | 258 | 13.9 |
| Black | 38,929,319[93] | 13,411 | 34.4 | 4,356 | 11.2 |
| Aboriginal | 2,932,248[93] | 364 | 12.4 | 161 | 5.5 |
| Hispanic | 50,477,594[93] | 3,064 | 6.1 | 1,482 | 2.9 |
| Asian & Pacific Islander | 15,214,265[93] | 798 | 5.2 | 276 | 1.8 |
| White | 223,553,265[93] | 3,459 | 1.5 | 1,614 | 0.7 |
| Catholic | 67,924,018[94] | 338 | 0.5 | 32 | 0.0 |
| Atheist & Agnostic | 17,598,496[94] | 47 | 0.3 | 5 | 0.0 |
| Protestant | 148,197,858[94] | 229 | 0.2 | 17 | 0.0 |
| Heterosexual | 297,939,444[92] | 118 | 0.0 | 42 | 0.0 |

Among the groups currently mentioned in the Hate Crimes Statistics Act, the largest number of hate crimes are committed against African Americans.[95] During the Civil Rights Movement, some of the most notorious hate crimes included the 1968 assassination of Martin Luther King Jr., the 1964 murders of Charles Moore and Henry Dee, the 1963 16th Street Baptist Church bombing, the 1955 murder of Emmett Till,[82] as well as the burning of crosses, churches, Jewish synagogues and other places of worship of minority religions. Such acts began to take place more frequently after the racial integration of many schools and public facilities.[95]

High-profile murders targeting victims based on their sexual orientation have prompted the passage of hate crimes legislation, notably the cases of Sean W. Kennedy and Matthew Shepard. Kennedy's murder was mentioned by Senator Gordon Smith in a speech on the floor of the US Senate while he advocated such legislation. The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act was signed into law in 2009. It included sexual orientation, gender identity and expression, the disabled, and military personnel and their family members.[96][citation needed] This is the first all-inclusive bill ever passed in the United States, taking 45 years to complete.[clarification needed]

Gender-based crimes may also be considered hate crimes. This view would designate rape and domestic violence, as well as non-interpersonal violence against women such as the École Polytechnique massacre in Quebec, as hate crimes.[97][98][99]

In May 2018, ProPublica reviewed police reports for 58 cases of purported anti-heterosexual hate crimes. ProPublica found that about half of the cases were anti-LGBT hate crimes that had been miscategorized, and that the rest were motivated by hate towards Jews, blacks or women or that there was no element of a hate crime at all. ProPublica found not a single case of a hate crime spurred by anti-heterosexual bias.[100]

## South America[edit]

## Brazil[edit]

In Brazil, hate crime laws focus on racism, racial injury, and other special bias-motivated crimes such as, for example, murder by death squads[101] and genocide on the grounds of nationality, ethnicity, race or religion.[102] Murder by death squads and genocide are legally classified as "hideous crimes" (*crimes hediondos* in Portuguese).[103]

The crimes of racism and racial injury, although similar, are enforced slightly differently.[104] Article 140, 3rd paragraph, of the Penal Code establishes a harsher penalty, from a minimum of 1 year to a maximum of 3 years, for injuries motivated by "elements referring to race, color, ethnicity, religion, origin, or the condition of being an aged or disabled person".[105] On the other side, Law 7716/1989 covers "crimes resulting from discrimination or prejudice on the grounds of race, color, ethnicity, religion, or national origin".[106]

In addition, the Brazilian Constitution defines as a "fundamental goal of the Republic" (Article 3rd, clause IV) "to promote the well-being of all, with no prejudice as to origin, race, sex, color, age, and any other forms of discrimination".[107]

## Chile[edit]

In 2012, the Anti-discrimination law amended the Criminal Code adding a new aggravating circumstance of criminal responsibility, as follows: "Committing or participating in a crime motivated by ideology, political opinion, religion or beliefs of the victim; nation, race, ethnic or social group; sex, sexual orientation, gender identity, age, affiliation, personal appearance or suffering from illness or disability." [108][109]

# Support for and opposition to hate crime laws[edit]

## Support[edit]

Justifications for harsher punishments for hate crimes focus on the notion that hate crimes cause greater individual and societal harm.[*citation needed*] It is said[110] that, when the core of a person's identity is attacked, the degradation and dehumanization is especially severe, and additional emotional and physiological problems are likely to result. Society then, in turn, can suffer from the disempowerment of a group of people.[*citation needed*] Furthermore, it is asserted that the chances for retaliatory crimes are greater when a hate crime has been committed. The riots in Los Angeles, California that followed the beating of Rodney King, a Black motorist, by a group of White police officers are cited as support for this argument.[10] The beating of white truck driver Reginald Denny by black rioters during the same riot is also an example that supports this argument.

In *Wisconsin v. Mitchell*, the U.S. Supreme Court unanimously found that *penalty-*

*enhancement* hate crime statutes do not conflict with free speech rights, because they do not punish an individual for exercising freedom of expression; rather, they allow courts to consider motive when sentencing a criminal for conduct which is not protected by the First Amendment.[111] Whilst in the case of *Chaplinsky v. New Hampshire* the court defined "fighting words" as "those which by their very utterance inflict injury or tend to incite an immediate breach of the peace."[112]

## Opposition[edit]

The U.S. Supreme Court unanimously found the St. Paul Bias-Motivated Crime Ordinance amounted to viewpoint-based discrimination is in conflict with rights of free speech, because it selectively criminalized bias-motivated speech or symbolic speech for disfavored topics while permitting such speech for other topics.[113] Many critics further assert that it conflicts with an even more fundamental right: free thought. The claim is that hate-crime legislation effectively makes certain ideas or beliefs, including religious ones, illegal, in other words, thought crimes.[114][115][116][117][118][119][120]

In their book *Hate Crimes: Criminal Law and Identity Politics*, James B. Jacobs and Kimberly Potter criticize hate crime legislation for exacerbating conflicts between groups. They assert that by defining crimes as being committed by one group against another, rather than as being committed by individuals against their society, the labeling of crimes as "hate crimes" causes groups to feel persecuted by one another, and that this impression of persecution can incite a backlash and thus lead to an actual increase in crime.[121] Some have argued hate crime laws bring the law into disrepute and further divide society, as groups apply to have their critics silenced.[122] Some have argued that if it is true that all violent crimes are the result of the perpetrator's contempt for the victim, then all crimes are hate crimes. Thus, if there is no alternate rationale for prosecuting some people more harshly for the same crime based on who the victim is, then different defendants are treated unequally under the law, which violates the United States Constitution.[123] American forensic psychologist Karen Franklin said that the term *hate crime* is somewhat misleading since it assumes there is a hateful motivation which is not present in many occasions;[124] in her view, laws to punish people who commit hate crimes may not be the best remedy for preventing them because the threat of future punishment does not usually deter such criminal acts.[125] Some on the political left have been critical of hate crime laws for expanding the criminal justice system and dealing with violence against minority groups through punitive measures.[6]

# See also[edit]

- Bashing (pejorative)
- Communal violence
- Disability hate crime
- Documenting Hate
- Fighting Discrimination
- Hate group
- Racial hoax

- Thoughtcrime
- Violence against LGBT people

# References[edit]

1. **Jump up ^** {cite web| url=http://www.dictionary.com/browse/hate-crime%7Cwebsite=Dictionary.com%7Cquote="Also called **bias crime**."}
2. **Jump up ^** *Stotzer, R. (June 2007). "Comparison of Hate Crime Rates Across Protected and Unprotected Groups" (PDF). Williams Institute. Retrieved 2012-03-17.* "A hate crime or bias motivated crime occurs when the perpetrator of the crime intentionally selects the victim because of his or her membership in a certain group."
3. **Jump up ^** *"Methodology". FBI.*
4. ^ Jump up to: **a b** c Streissguth, Tom (2003). *Hate Crimes* (Library in a Book), p. 3. ISBN 0-8160-4879-7.
5. **Jump up ^** *"Home Office | Hate crime". Archived from the original on 26 November 2005.*
6. ^ Jump up to: **a b** Meyer, Doug (2014). *"Resisting Hate Crime Discourse: Queer and Intersectional Challenges to Neoliberal Hate Crime Laws". Critical Criminology.* **22**: 113. *doi:10.1007/s10612-013-9228-x.*
7. **Jump up ^** *Chaplinsky v. New Hampshire*, 315 U.S. 568, 572 (1942)
8. **Jump up ^** *"Do Hate Crime Laws Violate the First Amendment?". www.criminaldefenselawyer.com. Retrieved 2017-11-27.*
9. **Jump up ^** *"Hate Crimes". FBI. Retrieved May 26, 2015.*
10. ^ Jump up to: **a b** *"A Policymaker's Guide to Hate Crimes" (PDF). Retrieved 2011-11-14.*
11. **Jump up ^** Stuart Taylor, Jr. "'Hate Crimes' and Double Standards", *The Atlantic*, 29 May 2007
12. **Jump up ^** *Herek, Gregory M.; Gillis, J. Roy; Cogan, Jeanine C. (1999). "Psychological Sequelae of Hate-Crime Victimization Among Lesbian, Gay, and Bisexual Adults". Journal of Consulting and Clinical Psychology.* **67** *(6): 945–51. doi:10.1037/0022-006X.67.6.945. PMID 10596515.*
13. **Jump up ^** *"Crown Policy Manual" (PDF). 21 March 2005. Retrieved 2009-06-21.*
14. **Jump up ^** *Cox, William T. L.; Abramson, Lyn Y.; Devine, Patricia G.; Hollon, Steven D. (2012). "Stereotypes, Prejudice, and Depression: The Integrated Perspective". Perspectives on Psychological Science.* **7** *(5): 427–49. doi:10.1177/1745691612455204. PMID 26168502.*
15. ^ Jump up to: **a b c** *Borell, Klas (2015). "When Is the Time to Hate? A Research Review on the Impact of Dramatic Events on Islamophobia and Islamophobic Hate Crimes in Europe". Islam and Christian–Muslim Relations.* **26** *(4): 409–21. doi:10.1080/09596410.2015.1067063. Retrieved 2015-12-15.*
16. ^ Jump up to: **a b c d e f g h i j k l m n o p q r s t u** *"Michael McClintock: "Everyday Fears: A Survey of Violent Hate Crimes in Europe and North America"" (PDF). Humanrightsfirst.org. Retrieved 2013-01-21.*
17. **Jump up ^** Arias, Martha L.
18. **Jump up ^** § 33 StGB Besondere Erschwerungsgründe, StGB, accessed 2015-02-15.

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

19. **Jump up ^** Criminal Code of the Republic of Belarus, § 64 (1), para. 9 (translated from the Russian), June 9, 1999.
20. **Jump up ^** Office of the High Representative, Criminal Code of Bosnia and Herzegovina, January 2003.
21. **Jump up ^** ECRI, "Second Report on Bulgaria", adopted on June 18, 1999, and made public on March 21, 2000.
22. **Jump up ^** *"71 28.6.2006 Zakon o izmjenama i dopunama Kaznenog zakona"*. *Narodne-novine.nn.hr*. 2006-06-28. Retrieved 2011-11-14.
23. **Jump up ^** *"Centar za LGBT ravnopravnost » Vlada prihvatila prijedloge Centra za LGBT ravnopravnost"*. *Ravnopravnost.hr*. Archived from the original on 2012-03-31. Retrieved 2011-11-14.
24. **Jump up ^** *"Zpráva o násilí z nenávisti v České republice za rok 2011"* (PDF). Retrieved 2012-11-11.
25. **Jump up ^** ECRI, Second Report on Denmark, adopted on June 16, 2000, and made public on April 3, 2001, para. 9.
26. **Jump up ^** Chahrokh, Klug, and Bilger, Migrants, Minorities, and Legislation.
27. **Jump up ^** Criminal Code of Estonia of 6 June 2001, entered into force on 1 September 2002, with amendments and supplements and latest amendment by the Law of 8 December 2011, published in RT I, 29.12.2011, 1 and entered into force on 1 January 2012 (excerpts), accessed 27 August 2017
28. **Jump up ^** EUMC, Racism and xenophobia in the E.U., p. 51.
29. **Jump up ^** Penal Code (39/1889) as of 1006/2004. §§ 6:5.1.4 (ethnic hatred as an aggravating factor), 11:8 (ethnic agitation) and 12:2 (warmongering). The points cited remain in force on the day of retrieval, checked from the Finnish version: Rikoslaki. The Government proposal HE 55/2007 Archived 2011-03-11 at the Wayback Machine. will move the § 11:8 to §11:10 without changing the content, if the proposal is passed by the Parliament of Finland. Retrieved 11-23-2007.
30. **Jump up ^** *Loi n° 2003–88 du 3 février 2003 visant à aggraver les peines punissant les infractions à caractère raciste, antisémite ou xénophobe*
31. **Jump up ^** *"Criminal Code (Strafgesetzbuch, StGB)"*. *Iuscomp.org*. Retrieved 2011-11-14.
32. **Jump up ^** Marc Coester (2008): Das Konzept der Hate Crimes aus den USA unter besonderer Berücksichtigung des Rechtsextremismus in Deutschland. Peter Lang: Frankfurt/Berlin/Bern/Bruxelles/New York/Oxford/Wien
33. **Jump up ^** *"EU Xenophobia Report: Racism On the Rise in Germany"*. *Der Spiegel*. Retrieved 2011-11-14.
34. **Jump up ^** *"2006 Hate Crime in the U.S"*. *Fbi.gov*. Retrieved 2011-11-14.
35. **Jump up ^** *"Interview with Racism Expert: 'Awareness of Ethnic Discrimination Is Low in Germany'"*. *Der Spiegel*. Retrieved 2011-11-14.
36. **Jump up ^** ECRI, Second Report on Greece, adopted on 1999-12-10, and made public on 2000-06-27.
37. **Jump up ^** Sitaropoulos, N.: Executive Summary on Race Equality Directive, State of Play in Greece Archived 2005-05-13 at the Wayback Machine., section 5, 2003-10-12. Retrieved on 2007-08-02.
38. **Jump up ^** *"Treaty Bodies Database – Document – Concluding Observations/Comments – Hungary"*. *unhchr.ch*. United Nations.
39. **Jump up ^** *"Icelandic Penal Code (in Icelandic)"*. *Althingi.is*. Retrieved 2011-11-14.

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

40. **Jump up ^** CERD, Consideration of Reports Submitted by States Parties under Article 9 of the Convention; Concluding Observations: Kyrgyzstan, 1999. Retrieved on 2007-08-02.
41. **Jump up ^** Human Rights in the OSCE Region: Europe, Central Asia and North America, Report 2004 (Events of 2003) Archived 2011-07-26 at the Wayback Machine., International Helsinki Federation, 2004-06-23. Retrieved on 2007-08-02.
42. **Jump up ^** *"The Criminal Code Of The Russian Federation (in English)"* (PDF). Wipo.int. Retrieved 2017-08-09.
43. **Jump up ^** *"Swedish Penal Code"* (PDF). Archived from the original (PDF) on 2012-10-01. Retrieved 2013-01-21.
44. **Jump up ^** *"Crime and Disorder Act 1998"*. legislation.gov.uk.
45. **Jump up ^** *"Anti-terrorism, Crime and Security Act 2001"*.
46. **Jump up ^** *"Public Order (Northern Ireland) Order 1987"*.
47. **Jump up ^** Sections 145 and 146 of the Criminal Justice Act 2003
48. **Jump up ^** "Hate crime" legislation is distinct from "hate speech" legislation. See Hate speech laws in the United Kingdom.
49. **Jump up ^** Arnett, G., Hate crime in England and Wales: how prevalent is it?, *The Guardian*, 17 December 2013, accessed 29 June 2016
50. **Jump up ^** Cameron condemns xenophobic and racist abuse after Brexit vote, *The Guardian* 27 June 2016, accessed 29 June 2016
51. **Jump up ^** *"Hate crime is unacceptable in any circumstances say police"*. National Police Chief's Council. 27 June 2016. Retrieved 13 October 2016.
52. **Jump up ^** *"Manchester police to record attacks on goths, emos and punks as hate crimes"*. The Guardian. London. 2013-04-03.
53. **Jump up ^** *"Launch of 'Stop the Hate' initiative"*. Stop the hate. 2013-12-04. Retrieved 2014-07-12.
54. **Jump up ^** Hate crimes: Fresh guidance on online offences, accessed 21 August 2017
55. **Jump up ^** *"Offences (Aggravation by Prejudice) (Scotland) Act 2009"*. www.legislation.gov.uk.
56. **Jump up ^** [1] Archived October 12, 2014, at the Wayback Machine.
57. **Jump up ^** *"Offences (Aggravation by Prejudice) (Scotland) Bill"*. Scottish.parliament.uk. Archived from the original on 2011-08-25. Retrieved 2013-01-21.
58. **Jump up ^** MSPs approve new hate crime laws BBC News 3 June 2009
59. ^ Jump up to: **a b c** O'Grady, William (2011). *Crime In Canadian Context: debates and controversies. Oxford University Press.* p. 161. ISBN 978-0-19-543378-4.
60. **Jump up ^** O'Grady, William (2011). *Crime In Canadian Context: debates and controversies. Oxford University Press.* p. 163. ISBN 978-0-19-543378-4.
61. ^ Jump up to: **a b c** O'Grady, William (2011). *Crime In Canadian Context: debates and controversies. Oxford University Press.* p. 162. ISBN 978-0-19-543378-4.
62. **Jump up ^** O'Grady, William (2011). *Crime In Canadian Context: debates and controversies. Oxford University Press.* p. 164. ISBN 978-0-19-543378-4.
63. **Jump up ^** *"Hate Crime Statistics, 2015"* (PDF). ucr.fbi.gov. Fall 2016.
64. **Jump up ^** Streissguth (2003), p. 20.
65. **Jump up ^** Streissguth (2003), pp. 20–21.

66. **Jump up ^** Streissguth (2003), p. 21.
67. **Jump up ^** State Hate Crime Laws Archived 2007-06-14 at the Wayback Machine., Anti-Defamation League, June 2006. Retrieved 2007-05-04.
68. **Jump up ^** Statistics, 2006 Hate Crime Statistics, 2006, Federal Bureau of Investigation Archived July 17, 2015, at the Wayback Machine.
69. **Jump up ^** Statistics, 2007 Hate Crime Statistics, 2007, Federal Bureau of Investigation Archived July 9, 2014, at the Wayback Machine.
70. **Jump up ^** Statistics, 2007 FBI Crime in the United States 2007, Federal Bureau of Investigation Archived May 4, 2015, at the Wayback Machine.
71. **Jump up ^** *"Attorney general urges new hate crimes law – Crime & courts"*. *MSNBC*. 2009-06-16. Retrieved 2011-11-14.
72. **Jump up ^** *"FBI releases 2011 hate crime statistics"*. *Lakeconews.com*. 2012-12-11. Archived from the original on 2013-05-17. Retrieved 2013-01-21.
73. **Jump up ^** *"Hate Crime Statistics, 2015"* (PDF). ucr.fbi.gov.
74. **Jump up ^** Labuda, P. (2011). *"Racial Reconciliation in Mississippi: An Evaluation of the Proposal to Establish a Mississippi Truth and Reconciliation Commission"*. *Harvard Blackletter Law Journal*. **271**: 1–48.
75. **Jump up ^** Alston, A.A.; Dickerson, J.L. (2009). *Devil's Sanctuary: An Eye-Witness History of Mississippi Hate Crimes*. Chicago, IL: Lawrence Hill Books.
76. **Jump up ^** *"Latest Hate Crime Statistics Released - Annual Report Sheds Light on Serious Issue"*. *FBI*. FBI. Retrieved 18 December 2016.
77. **Jump up ^** Lichtblau, Eric (14 November 2016). *"U.S. Hate Crimes Surge 6%, Fueled by Attacks on Muslims"*. *New York Times*. Retrieved 18 December 2016.
78. **Jump up ^** Mathias, Christopher. *"Hate Crimes Rose About 5 Percent In 2016, FBI Report Says"*. *The Huffington Post*. Retrieved 14 November 2017.
79. **Jump up ^** *"2016 Hate Crime Statistics"*. *FBI*. Retrieved 14 November 2017.
80. ^ Jump up to: *a b* *"Hate Crime Statistics, 2010"*. *Federal Bureau of Investigation*. Retrieved March 16, 2012.
81. **Jump up ^** *"Hate Crimes that Changed History | Criminal Law"*. *CriminalDefenseLawyer.com*. Retrieved 2016-12-02.
82. ^ Jump up to: *a b* *"10 Of The Worst Hate Crimes and Violence in Domestic American History"*. americansperspective.com. 2015-06-22. Retrieved 2016-12-02.
83. **Jump up ^** Meyer, Doug (2010). *"Evaluating the Severity of Hate-motivated Violence: Intersectional Differences among LGBT Hate Crime Victims"*. *Sociology*. **44** (5): 980–95. doi:10.1177/0038038510375737.
84. **Jump up ^** Shepard, Mathew; Byrd, James Jr. (2011–2014). *"Hate Crimes Law"*. *Human Rights Campaign*.
85. **Jump up ^** FBI Hate Crimes 2008. Retrieved May 17, 2014
86. **Jump up ^** FBI Hate Crimes 2009. Retrieved May 17, 2014
87. **Jump up ^** FBI Hate Crimes 2010. Retrieved May 17, 2014
88. **Jump up ^** FBI Hate Crimes 2011. Retrieved May 17, 2014
89. **Jump up ^** FBI Hate Crimes 2012. Retrieved May 17, 2014
90. **Jump up ^** Violent Hate Crimes include: Homicide, Robbery, Aggravated Assault, Simple Assault and Sexual Assault/Rape
91. ^ Jump up to: *a b* In US, 77% Identify as Christian. Retrieved May 17, 2014
92. ^ Jump up to: *a b* How many people are lesbian, gay, bisexual, and

**STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE**

transgender? Retrieved May 17, 2014

93. ^ Jump up to: *a b c d e* American Fact Finder. Retrieved May 17, 2014

94. ^ Jump up to: *a b c* "Nones" on the Rise, Retrieved May 17, 2014

95. ^ Jump up to: *a b* "Reports and Curricula". The Leadership Conference on Civil and Human Rights. Retrieved 2016-12-02.

96. **Jump up ^** "The Matthew Shepard And James Byrd, Jr., Hate Crimes Prevention Act Of 2009 | CRT | Department of Justice". www.justice.gov. Retrieved 29 March 2017.

97. **Jump up ^** Angelari, Marguerite (1997). "Hate Crime Statutes: A Promising Tool for Fighting Violence Against Women". In Karen J. Maschke. Pornography, Sex Work, and Hate Speech. Taylor & Francis. ISBN 9780815325208.

98. **Jump up ^** Gerstenfeld, Phyllis B. (2013). Hate Crimes: Causes, Controls, and Controversies. Sage. ISBN 9781452256627.

99. **Jump up ^** McPhail, Beverly (2003). "Gender-Bias Hate Crimes: A Review". In Barbara Perry. Hate and Bias Crime: A Reader. Psychology Press. ISBN 9780415944076.

100. **Jump up ^** "Police Are Mislabeling Anti-LGBTQ and Other Crimes as Anti-Heterosexual — ProPublica". ProPublica. Rachel Glickhouse,Rahima Nasa. 2018-05-15. Retrieved 2018-05-21.

101. **Jump up ^** "L8072". www.planalto.gov.br.

102. **Jump up ^** "L2889". www.planalto.gov.br.

103. **Jump up ^** Law 8072/1990 (aforementioned link), Article 1st, I and single paragraph.

104. **Jump up ^** "Racismo ou injúria racial? - Boletim Jurídico". Boletimjuridico.com.br. Retrieved 2013-01-21.

105. **Jump up ^** "DEL2848compilado". Planalto.gov.br. Retrieved 2013-01-21.

106. **Jump up ^** "L7716". Planalto.gov.br. Retrieved 2013-01-21.

107. **Jump up ^** http://www.planalto.gov.br/ccivil_03/Constituicao /Constituiçao_Compilado.htm

108. **Jump up ^** "COD-PENAL 12-NOV-1874 MINISTERIO DE JUSTICIA - Ley Chile - Biblioteca del Congreso Nacional". www.leychile.cl.

109. **Jump up ^** "LEY-20609 24-JUL-2012 MINISTERIO SECRETARÍA GENERAL DE GOBIERNO - Ley Chile - Biblioteca del Congreso Nacional". www.leychile.cl.

110. **Jump up ^** Marian Duggan and Vicky Heap, Administrating Victimization: The Politics of AntiSocial Behaviour and Hate Crime Policy, Palgrave Macmillan, 2014.

111. **Jump up ^** "Wisconsin v. Mitchell". Enotes.com. Retrieved 2011-10-12.

112. **Jump up ^** Sumner, L.W. (2005), "Hate crimes, literature, and speech", in Frey, R.G.; Heath Wellman, Christopher, A companion to applied ethics, Blackwell Companions to Philosophy, Oxford, UK Malden, Massachusetts: Blackwell Publishing, pp. 89–101, doi:10.1002/9780470996621.ch11, ISBN 9781405133456.

113. **Jump up ^** R. A. V. v. City of St. Paul, 505 U.S. 377 (1992).

114. **Jump up ^** The Essayist (1998). Hate Crime Premise. 24 Jul. 1998.

115. **Jump up ^** Evenson, Brad (2003). Looking for thoughtcrime to crimestop. National Post. February 8, 2003.

116. **Jump up ^** Schwartz, L., I.T. Ulit, & D. Morgan (2006). "Straight talk about

hate crimes bills: Anti-gay, anti-transgender bias stall federal hate crimes legislation". *Georgetown Journal of Gender & the Law. 7 (2): 171–86.*

117. **Jump up ^** Icke, David (2003). *Tales from the Time Loop.* Bridge of Love. ISBN 0-9538810-4-0. [2]

118. **Jump up ^** Smith, Peter J. (2007). Democrats refuse religious freedom amendment to hate crimes bill. *LifeSite*, 26 April 2007.

119. **Jump up ^** Kamine, Wendy. The Return of the Thought Police: "Hate crime" legislation is an assault on civil liberties. *The Wall Street Journal.* October 28, 2007.

120. **Jump up ^** Wolski, Chris (1999). Hate Crime Laws Will Spawn Thought Police. *Capitalism Magazine* Website. Retrieved 2009-06-18.

121. **Jump up ^** Jacobs, James B. & Kimberly Potter. (1998). Hate Crimes: Criminal Law and Identity Politics. New York: Oxford University Press, pp. 130–44

122. **Jump up ^** Troy, Daniel E. (1999-08-04). *"AEI – Short Publications". Aei.org.* Archived from *the original* on 2011-06-10. Retrieved 2011-11-14.

123. **Jump up ^** *"Constitutional Challenges to Hate Crimes Statutes". Adl.org.* Archived from *the original* on 2011-10-12. Retrieved 2011-11-14.

124. **Jump up ^** Frontline (PBS),Interviews, Accessed July 26, 2014, "...forensic psychologist, Karen Franklin's dual interests in psychology and the law brought her to question the roots of anti-gay hate crimes... badly needed empirical data on the nature and extent of negative reactions to gays..."

125. **Jump up ^** *Dan Quinn (Jun 10, 1997). "the crime that's not necessarily a crime". Here Publishing; The Advocate.* Retrieved September 1, 2015. "...No. 735, ISSN 0001-8996, page 51...Karen Franklin ... in the real world, criminals don't calculate their moves based on the specific punishment they will suffer if caught..."

# External links[edit]

- Hate crimes information, by Dr. Gregory Herek
- Alexander Verkhovsky Criminal Law on Hate Crime, Incitement to Hatred and Hate Speech in OSCE Participating States – The Hague: SOVA Center, 2016 - 136 pages. ISBN 978-5-98418-039-9
- *Hate Crime Survey*, annual Human Rights First report on the prevalence of hate crimes in the Organization for Security and Co-operation in Europe region.
- *Hate Crime Statistics*, annual FBI/U.S. Department of Justice report on the prevalence of hate crimes in the United States. Required by the Hate Crime Statistics Act.
- A Policymaker's Guide to Hate Crimes, a publication by the National Criminal Justice Reference Service, part of the U.S. Department of Justice. Many parts of this article have been adapted from this document.
- Tolerance.org, a web project sponsored by the Southern Poverty Law Center
- Peabody, Michael "Thought & Crime," Liberty Magazine, March/April 2008, review of recently proposed hate crime legislation and criminal intent issues.
- "Hate Crime." Oxford Bibliographies Online: Criminology.
- OSCE *Hate Crime Reporting* website

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

# Hate Crimes — FBI

Hate crimes are the highest priority of the FBI's Civil Rights program, not only because of the devastating impact they have on families and communities, but also because groups that preach hatred and intolerance can plant the seed of terrorism here in our country. The Bureau investigates hundreds of these cases every year and works to detect and deter further incidents through law enforcement training, public outreach, and partnerships with a myriad of community groups.

Traditionally, FBI investigations of hate crimes were limited to crimes in which the perpetrators acted based on a bias against the victim's race, color, religion, or national origin. In addition, investigations were restricted to those wherein the victim was engaged in a federally protected activity. With the passage of the Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act of 2009, the Bureau became authorized to investigate these crimes without this prohibition. This landmark legislation also expanded the role of the FBI to allow for the investigation of hate crimes committed against those based on biases of actual or perceived sexual orientation, gender identity, disability, or gender.

## History

The FBI investigated what are now called hate crimes as far back as World War I. Our role increased following the passage of the Civil Rights Act of 1964. Before then, the federal government took the position that protection of civil rights was a local function, not a federal one. However, the murders of civil rights workers Michael Schwerner, Andrew Goodman, and James Chaney, near Philadelphia, Mississippi, in June 1964 provided the impetus for a visible and sustained federal effort to protect and foster civil rights for African Americans. MIBURN, as the case was called (it stood for Mississippi Burning), became the largest federal investigation ever conducted in Mississippi. On October 20, 1967, seven men were convicted of conspiring to violate the constitutional rights of the slain civil rights workers. All seven were sentenced to prison terms ranging from three to ten years.

The burned interior of the station wagon that was discovered following the disappearance of activists Michael Schwerner, James Chaney, and Andrew Goodman in Mississippi in 1964.

## Defining a Hate Crime

A hate crime is a traditional offense like murder, arson, or vandalism with an added element of bias. For the purposes of collecting statistics, the FBI has defined a hate crime as a "criminal offense against a person or property motivated in whole or in part by an offender's bias against a race, religion, disability, sexual orientation, ethnicity, gender, or gender identity." Hate itself is not a crime—and the FBI is mindful of protecting freedom of speech and other civil liberties.

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

These efforts serve as a backstop for investigations by state and local authorities, which handle the vast majority of hate crime cases throughout the country.

# The FBI's Role

As part of its responsibility to uphold the civil rights of the American people, the FBI takes a number of steps to combat the problem of hate crimes. The following efforts serve as a backstop to investigations conducted by state and local law enforcement agencies, which handle the vast majority of bias crime investigations throughout the country.

**Investigative Activities**: The FBI is the lead investigative agency for criminal violations of federal civil rights statutes. The Bureau works closely with its local, state, tribal, and federal law enforcement partners around the country in many of these cases.

**Law Enforcement Support**: The FBI works closely with state/local/tribal authorities on investigations, even when federal charges are not brought. FBI resources, forensic expertise, and experience in identification and proof of hate-based motivations often provide an invaluable complement to local law enforcement. Many cases are also prosecuted under state statutes such as murder, arson, or more recent local ethnic intimidation laws. Once the state prosecution begins, the Department of Justice monitors the proceedings in order to ensure that the federal interest is vindicated and the law is applied equally among the 95 U.S. Judicial Districts.

**Prosecutive Decision**: The FBI forwards results of completed investigations to local U.S. Attorneys Offices and the Civil Rights Division at the Department of Justice, which decide whether a federal prosecution is warranted. Prosecution of these crimes may move forward, for example, if local authorities are unwilling or unable to prosecute a crime of bias.

**Hate Crimes Working Groups (HCWGs)**: The majority of the FBI's field offices participate in local Hate Crime Working Groups. These Working Groups combine community and law enforcement resources to develop strategies to address local hate crime problems.

**Public Outreach**: The FBI has forged partnerships nationally and locally with many civil rights organizations to establish rapport, share information, address concerns, and cooperate in solving problems. These groups include such organizations as the American-Arab Anti-Discrimination Committee, American Association of University Women, Anti-Defamation League, Asian American Justice Center, Hindu American Foundation, Human Rights Campaign, The Leadership Conference on Civil and Human Rights, National Association for the Advancement of Colored People, National Center for Transgender Equality, National Council of Jewish Women, National Disability Rights Network, National Gay and Lesbian Task Force, National Organization for Women, Sikh American Legal Defense and Education Fund, The Sikh Coalition, Southern Poverty Law Center, and many others.

**Training**: The FBI conducts hundreds of operational seminars, workshops, and training sessions annually for local law enforcement, minority and religious

STAN J. CATERBONE, PRO SE - A LANDMARK HUMAN RIGHTS, OBSTRUCTION OF JUSTICE, and ANTI-TRUST CASE

organizations, and community groups to promote cooperation and reduce civil rights abuses. Each year, the FBI also provides hate crimes training for new agents, hundreds of current agents, and thousands of police officers worldwide.

# Hate Crime Statistics

**The FBI has gathered and published hate crime statistics every year since 1992. Our latest reports:**

- 2016
- 2015
- 2014
- 2013
- 2012
- 2011
- 2010

For more information please visit ucr.fbi.gov.

Victim Services

## Victim Services

The FBI is committed to ensuring that victims receive the rights they are entitled to and the assistance they need to cope with crime. Treating...

Shepard/Byrd Act Brochure

## Shepard/Byrd Act Brochure

The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act of 2009 gives the FBI authority to...

COAST TO COAST INTERVIEW OF 2010 - Published by Stan J. Caterbone and ADVANCED MEDIA GROUP Copyright 2018©

 

**Stan J. Caterbone**
**ADVANCED MEDIA GROUP**
**Freedom From Covert Harassment &**
**Surveillance,®**
**Registered in Pennsylvania**
**1250 Fremont Street**
**Lancaster, PA   17603**
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
**717-327-1566**

### SATURDAY JANUARY 6, 2018

## COAST TO COAST WITH GEORGE NOORY - TRANSCRIPT INTERVIEW WITH DR. JOHN HALL, AUTHOR OF THE BOOK *A NEW BREED SATELLITE TERRORISM IN AMERICA*

### February 8, 2010

**[GEORGE NOORY]**
People started hearing Voices in their head so I started checking into it and Dr John Hall is now convinced that there's much more going on up next is work **A NEW BREED SATELLITE TERRORISM IN AMERICA** that's next on Coast to Coast AM author of the book I'm holding in my hand **A NEW BREED SATELLITE TERRORISM IN AMERICA** that's next on Coast to Coast AM
**DR. JOHN HALL** in San Antonio Texas author of the book I'm holding in my hand **A NEW BREED SATELLITE TERRORISM IN AMERICA** he is an active member of the Mind Science Foundation dedicated to the study of human consciousness he sits on the medical Committee of the human rights organization **FREEDOM FROM COVERT HARASSMENT AND SUERVEILLANCE, FFCHS**, you are going to love this program tonight here's Dr John Hall John how are you,

**[DR. JOHN HALL]**
I'll tell you I'm a big fan of the show I really good Georgia tell you I'm a big fan of the show and I'm really honored to be I'm glad you're helping people out.....

**[GEORGE NOORY]**
I can't put your book down John it's already and it's scary it's informative and I've got to ask you just to start how did this all start for you was that what happened I was in a relationship with a woman began getting stalked started with stocking and we have noticed that people following her to and from my home meat following me to and from her home in conversations with people that weren't there.... being drugged with a Rohypnol a date rape drug and raped by people that were breaking into her condominium.

**[DR. JOHN HALL]**
So I started writing down the plate (license) numbers of the stalkers and **they all**

COAST TO COAST INTERVIEW OF 2010 - Published by Stan J. Caterbone and ADVANCED MEDIA GROUP Copyright 2018©

traced back to a private investigative service owned by a former FBI guy and some of his relatives, some of which were former members of the **Department of Defense** so I did a little checking into what was going on with her. She has no evidence of mental illness in the past or anything like that. So I started checking into what the technologies could do this and heard a little bit about **SATELLITE SURVEILLANCE** in the past and luckily have a friend in the intelligence business and spoke to a friend in the CIA AND FBI **that verified some of the technology** and it seemed to be following her everywhere and indeed they said - yeah the can use x-ray Imaging to see you indoors and there are directed energy weapons on it to attack you with and as well as some **AUDIO HARASSMENT TOOLS**, two of which we found out about being what you covered on your show before which is called **VOICE TO SKULL (SYNTHETIC TELEPATHY)**.

I know I've heard from other people that you had on – and mentioned having voice to skull. some people think they're hearing the voice of God. One of your guests went for a couple of months thinking that she's been anointed before she become a profit - before somebody explain to her she was being harassed.

**[GEORGE NOORY]**
In your particular case with your girlfriend at the time - would did they want with her?

**[DR. JOHN HALL]**
In our case it was purely a sexual assault and based on other victims that I've spoken with and that we've interviewed - there's a lot of reasons - some people are WHISTLEBLOWERS, some people are what we like to call social outliers, possibly people that have had some drug problems that are easily discredited by their lifestyles. So when this starts to happen to them nobody listens. (AUTHORITIES, FAMILY, FRIENDS, MEDICAL PROFESSIONALS)

**[GEORGE NOORY]**
How long has it been going on?

**[DR. JOHN HALL]**
It's all over the place. I know most of the victims I talked to including several people here in San Antonio that it's been going on for over a decade. Probably one of the earliest reports that I've gotten was a victim that was in a motorcycle accident - he was taken to UC Davis and in 1981 and his problem started after being released from the hospital. **It included not only directed energy attacks but stalking as well as hearing voices.**

**[GEORGE NOORY]**
Was a point where you said to yourself was something wrong with her I got to get her some help was something wrong with her?

COAST TO COAST INTERVIEW OF 2010 - Published by Stan J. Caterbone and ADVANCED MEDIA GROUP Copyright 2018©

**[DR. JOHN HALL]**
**That's one of the problems with this technology – it was developed to simulate mental illness or delusional disorder or schizophrenia.** That's one of the things that myself and several other doctors, including a PhD that are looking into this.   We are trying to develop some criteria for distinguishing between true mental illness and someone who's being victimized.

It is very hard to do but as mean as you know mental illness does exist and with schizophrenic  there are certain delusions that include auditory delusions – they will hear voices.

Now the biggest difference that I've seen is that most schizophrenics will tell you that the voices  kind of sound like garbled voices in a Subway multiple voices. The Voice to Skull voices of these victims here are usually very clear, very distinct, sometimes multiple people talking not only to them but to each other. Sometimes using their real name sometimes the victims know the names of the people that are doing the watching - you know it's obviously surveillance combined with attacks.  A lot of the people are being attacked 24/7. Some of the goals of the attack is to keep people up 24 hours a day, or sleep deprivation, which is one of the other reasons that were looking at this as possible **GOVERNMENT EXPERIMENTATION (PROGRAM)**.

**[GEORGE NOORY]**
I was going to ask you that it it sounds like that they may be picking people and then just testing

We done through **THE FREEDOM FROM COVERT HARASSMENT AND SURVEILLANCE, A   HUMAN RIGHTS ORGANIZATION** we've done some pretty extensive surveys.   70% are women.  TO BE CONTINUED......

**SATURDAY JANUARY 6, 2018**

_[signature]_

**Stan J. Caterbone, Pro Se Litigant**
**ADVANCED MEDIA GROUP**
**Freedom From Covert Harassment & Surveillance,®**
**Registered in Pennsylvania**
**1250 Fremont Street**
**Lancaster, PA   17603**
**www.amgglobalentetainmentgroup.com**
**stancaterbone@gmail.com**
**717-327-1566**

**Notice and Disclaimer:** Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud

COAST TO COAST INTERVIEW OF 2010 - Published by Stan J. Caterbone and ADVANCED MEDIA GROUP Copyright 2018©

within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media. Reply if you wish to be removed from our Contact List. How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel (And the Torture from U.S. Sponsored Mind Control)?

**ACTIVE COURT CASESACTIVE COURT CASES**

- J.C. No. 03-16-90005 Office of the Circuit Executive, United States Third Circuit Court of Appeals - COMPLAINT OF JUDICIALMISCONDUCT OR DISABILITY re 15-3400 and 16-1149;  03-16-900046 re ALL FEDERAL LITIGATION TO DATE
- U.S. Supreme Court Case No. 16-6822 PETITION FOR WRIT OF CERTIORARI re  Case No. 16-1149 MOVANT for Lisa Michelle Lambert
- U.S.C.A. Third Circuit Court of Appeals Case No. 16-3284; Case No. 16-1149 MOVANT for Lisa Michelle Lambert;15-3400 MOVANT for Lisa Michelle Lambert;; 16-1001; 07-4474
- U.S. District Court Eastern District of PA Case No. 17-01233 Chapter 11 Appeal for 17-10615; Case No. 17-0867 Preliminary Injunction from Middle District; Case No. 16-4014 CATERBONE v. United States, et.al.; Case No. 16-cv-49; 15-03984; 14-02559 MOVANT for Lisa Michelle Lambert; 05-2288; 06-4650, 08-02982;
- U.S. District Court Middle District of PA Case No. 16- 2513 INJUNCTION; Case No. 16-cv-1751 PETITION FOR HABEUS CORPUS
- Commonwealth of Pennsylvania Judicial Conduct Board – Case No. 2016-462 Complaint against Lancaster County Court of Common Pleas Judge Leonard Brown III
- Pennsylvania Supreme Court Case No. 353 MT 2016; 354 MT 2016; 108 MM 2016 Amicus for Kathleen Kane
- Superior Court of Pennsylvania 3575 EDA 2016 Amicus for Kathleen Kane; Summary Appeal Case No. CP-36-SA-0000219-2016, AMICUS for Kathleen Kane Case No. 1164 EDA 2016; Case No. 1561 MDA 2015; 1519 MDA 2015; 16-1219 Preliminary Injunction Case of 2016
- Lancaster County Court of Common Pleas Case No. 16-05815 Injunction; Case No. 16-08472 INJUNCTION re Pain Meds; Case No. 15-10167 Film Commission; Case No. 08-13373; 15-10167; 06-03349, CI-06-03401
- U.S. Bankruptcy Court for The Eastern District of Pennsylvania Case No. 17-10615; Case No. 16-10157



### International Center Against Abuse of Covert Technologies

*"Injustice anywhere is a threat to justice everywhere."*
- Martin Luther King Jr -

HOME    ABOUT US    EVENTS    VIDEO    AUDIO    MEDIA    WEB LINKS    CONTACT

ICAACT was created to bring awareness to the general public and the legal systems around the world about serious human rights abuses utilizing remote influencing technologies. Our aim is to obtain evidence.

## DR. JOHN HALL'S BOOK TO BECOME MOVIE

Home / Articles                                Latest update: 2013-09-01

*"What we do in life echoes in eternity."*
-- Quote from Gladiator

This podcast is unavailable or has been deleted.

When Dr. John Hall wrote the book "*A new Breed: Satellite Terrorism in America*", information about the technologies and techniques for remote influencing, where basically unknown to most people. The case of one individual – a woman that Dr. John Hall knew – was used in the book to illustrate the daily horror, harassment and torture that many people in our world today have to experience. These people are the victims of a new form of worldwide terrorism – an endless orgy of abuse and torture; People who could have lived happy healthy existences, but whose lives have been ruthlessly destroyed without warning or a good reason. Worst of all: there is nowhere to run! This world becomes because of this remote technology the victim's prison: A prison without walls or bars, yet inescapable.

Convincing a large majority of people of a phenomenon that is real but that cannot be seen is a great challenge.  And what societal means can one use to spread a message that cannot be put in words but that only experienced can be fully understood?

You read the headline of this article! Dr. John Hall's book is going to become a movie.

Movies are not just entertainment. Over decades movies have been used as one of the most powerful tools in bringing about social change and promoting new ethical value systems by taking the spectator into the subjective and often complicated realms of the underprivileged and the unheard. In this way, movies have been a tool for reaching goals that have to do with social justice by promoting social responsibility, values and ethics.

Unfortunately, in movies, given their influence, remote influencing technologies and microchips, those tools that plague victims of the cause ICAACT represents, often fall into the genre of science fiction. Nonetheless, as mirrors of what's going on in society at a particular time, these films play their role and do their job. As historical evidence, films show the attitudes of the time regarding social issues.

For Dr. John Hall, making a movie based on a real life event means doing all of that: changing attitudes in society, reflecting a very important matter and making history.

Support The New Breed Movie: Newbreedmovie.com

©Carmen Lupan (mytwice@gmail.com)

### RECOMMENDED

**SCANNING PHASE III MR. MAGNUS OLSSON**

**Lecture on History of Remote Influencing Technologies: Lars Drudgaard**

Copyright © icaact.org 2012. All rights reserved.

Stan J. Caterbone and ADVANCED MEDIA GROUP - Pro Se Litigant - Victim of a Federal Hate Crime

# STAN J. CATERBONE - EVIDENCE OF BB AND GUN SHOTS AT MY HOME
## Tuesday June 19, 2018

| LEFT SIDE PICS | RIGHT SIDE PICS |
|---|---|
| 1. BATHROOM WINDOW Monday June 18, 2018 | 4. 2004 SANTA FE WINDSHIELD November 2017 |
| 2. 2004 SANTA FE WINDSHIELD November 2017 | 5. FRONT PORCH LIGHT Sunday June 10, 2018 |
| 3. 2004 SANTA FE WINDSHIELD November 2017 | 6. BATHROOM WINDOW Monday June 18, 2018 |










THERE WAS NO BULLET FRAGMENTS OR BULLETS LEFT INSIDE THE HOUSE WHICH
IS EVIDENCE THAT SOMEONE RIGGED THE SHOOTINGS AND EITHER HELD A BACKSTOP
INSIDE THE BATH AND BEDROOMS OR SHOT FROM INSIDE TO THE OUTSIDE WHILE I WAS AWAY

Stan J. Caterbone and ADVANCED MEDIA GROUP - Pro Se Litigant - Victim of a Federal Hate Crime

