IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY J. CATERBONE, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 18-CV-2710 |
| : | |
| LANCASTER CITY BUREAU : | |
| OF POLICE, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 24th day of July, 2018, upon consideration of Plaintiff Stanley J. Caterbone's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* "Preliminary Injunction for Emergency Relief" (ECF No. 2), which the Court has construed as his Complaint, and his *pro se* "Amended Preliminary Injunction for Emergency Relief" (ECF No. 3), which the Court has construed as an Amended Complaint, it is **ORDERED** that:

    1. Leave to proceed *in forma pauperis* is **GRANTED**.

    2. The Complaint and Amended Complaint are **DISMISSED with prejudice** with the exception of the claims otherwise specified in the Court's Memorandum and this Order.

    3. Caterbone's claims based on the events surrounding his involuntary commitment in 2016 and his arrest and imprisonment on a stalking charge in November of 2017 are **DISMISSED without prejudice** to Caterbone's right to file a second amended complaint within thirty (30) days of the date of this Order **as to those claims only**. Any second amended complaint shall identify all defendants in the caption of the pleading. Additionally, any second amended complaint shall, as clearly and briefly as possible, state the factual basis for Caterbone's claims against each defendant, state the basis for the Court's jurisdiction over the claim, and state the relief that Caterbone seeks from this Court. Caterbone should not reassert

any claims regarding the government's mind control over him or other claims that the Court has determined to be factually frivolous. If Caterbone files a second amended complaint, the Clerk of Court should not make service until so **ORDERED**.

4. If Caterbone fails to file a second amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**